```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    NOTICE OF APPEARANCE AND
                                      REQUEST FOR ELECTRONIC
     -v.-                        :    NOTIFICATION

WESAM EL-HANAFI,                 :    S3 10 Cr. 162 (KMW)
  a/k/a "Khaled," and
SABIRHAN HASANOFF,               :
  a/k/a "Tareq,"
                                 :
          Defendants.
                                 :
- - - - - - - - - - - - - - - -x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                    by:     /s/ John P. Cronan
                            John P. Cronan
                            Assistant United States Attorney
                            Tel.: (212) 637-2779

TO:  Janeanne Murray, Esq.
     Justine Aleta Harris, Esq.
     *By electronic mail*