UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    -v.-                            :

SABIRHAN HASANOFF,                  :
  a/k/a "Tareq,"
                                       :

        Defendant.
                                       :
- - - - - - - - - - - - - - - - x

ORDER

S3 10 Cr. 162 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/10

        Upon the application of the United States of America, by and through Assistant United States John P. Cronan, and with the consent of the defendant, SABIRHAN HASANOFF, a/k/a "Tareq," by and through his counsel, Anthony L. Ricco, Esq., it is hereby ORDERED that the time between the date of this Order and the date of HASANOFF's arraignment, May 17, 2010, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because, among other things, it will allow HASANOFF an opportunity to meet with his counsel and discuss the case in advance of his initial appearance.

        SO ORDERED.

Dated:    May 14, 2010
            New York, New York

                                                      /s/ Kimba M. Wood
                                                   THE HONORABLE KIMBA M. WOOD
                                                   United States District Judge