```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                        ORDER
     -v.-                        :
                                        S3 10 Cr. 162 (KMW)
SABIRHAN HASANOFF,               :
  a/k/a "Tareq,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - - - x
```

┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 5/14/10         │
└─────────────────────────────┘

Upon the application of the United States of America, by and through Assistant United States John P. Cronan, and with the consent of the defendant, SABIRHAN HASANOFF, a/k/a "Tareq," by and through his counsel, Anthony L. Ricco, Esq., it is hereby ORDERED that the time between the date of this Order and the date of HASANOFF's arraignment, May 17, 2010, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because, among other things, it will allow HASANOFF an opportunity to meet with his counsel and discuss the case in advance of his initial appearance.

SO ORDERED.

Dated:   May 14, 2010
         New York, New York

_____
THE HONORABLE KIMBA M. WOOD
United States District Judge