```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/10
```

        -against-

10 CR 162 (KMW)
ORDER

WESAM EL-HANAFI
SABIRHAN HASANOFF

                        Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference in the above-captioned case, currently scheduled for Thursday, September 2, 2010, is moved to Tuesday, August 31, 2010 at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
         August 24, 2010

                                                */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE