# Murray Law LLC

Woolworth Building 233 Broadway, Suite 2208, New York, NY 10279
tel: 212.941.9266   fax: [redacted]@murraylawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/10

August 27, 2010

VIA FACSIMILE
Honorable Kimba M. Wood
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

U.S. v. El-Hanafi, et al., 10 CR 162 (KMW)

Dear Judge Wood:

We are writing on Mr. El-Hanafi's behalf to request that the status conference currently scheduled in this case for August 31 be adjourned for two weeks. We request the additional time in part because the date conflicts with Ms. Harris' previously scheduled vacation, and because we are still reviewing and analyzing disks of discovery recently provided by the government.

Both the government and counsel for co-defendant Sabirhan Hasanoff, Anthony Ricco, consent to this adjournment.

Mr. El-Hanafi consents to the exclusion from Speedy Trial calculations of the period from September 2, 2010, to the next conference date.

Thank you for your attention to this matter.

*The conference is adjourned to Thursday, September 16, 2010 at 10:30 a.m.*

Respectfully submitted,

JaneAnne Murray

/s/
Justine Harris
Colson & Harris LLP

Counsel for Mr. El-Hanafi

8-30-10

SO ORDERED: N.Y., N.Y.

KIMBA M. WOOD

cc:   All counsel (via E-mail)