```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

     -v.-                       :     ORDER

WESAM EL-HANAFI,                :     S3 10 Cr. 162 (KMW)
  a/k/a "Khaled," and
SABIRHAN HASANOFF,              :
  a/k/a "Tareq,"
                                :
          Defendants.
                                :
- - - - - - - - - - - - - - - - x
```

<div style="float:right; border:1px solid black; padding:4px;">
USDS SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 8/31/10
</div>

Upon the application of the United States of America, by and through Assistant United States John P. Cronan, it is hereby ORDERED that the time between the date of this Order and September 16, 2010, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because, among other things, it will allow defendants WESAM EL-HANAFI, a/k/a "Tareq," and SABIRHAN HASANOFF, a/k/a "Tareq," and their attorneys, to continue their review of discovery produced by the Government. The Court notes that on June 29, 2010, time was excluded to September 2, 2010.

SO ORDERED.

Dated:   August 31, 2010
         New York, New York

_____
THE HONORABLE KIMBA M. WOOD
United States District Judge