C:\Case Files\Hasanoff\Appearance (10-13-2010).wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,         :

   -against-                                       :            10-cr-00162 (S4) (KMH)

SABIRHAN HASANOFF,                  :            ATTORNEY APPEARANCE

                                 Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

The undersigned attorney, a member of the bar of this Court, hereby enters an appearance in this matter on behalf of the defendant Sabirhan Hasanoff. Counsel requests that his name be added to ECF notifications at the e-mail addresses provided below.

                                              RUHNKE & BARRETT
                                              47 Park Street
                                              Montclair, New Jersey 07042
                                              (973)744-1000
                                              (973)746-1490 (fax)

                                              2 Wall Street, 3rd Floor
                                              New York, New York 10005
                                              (212)608-7949
                                              (212)571-3792
                                              Attorneys for Sabir Hasanoff

                                   By:  /s/ David A. Ruhnke
                                         DAVID A. RUHNKE
                                         davidruhnke@ruhnkeandbarrett.com
                                         dr@ruhnkeandbarrett.com

<u>Filed via ECF</u>:      New York, New York
                         October 13, 2010