# Murray Law LLC

Woolworth Building 233 Broadway, Suite 2208 New York NY 10279
tel: 212.941.9266   fax: 866.259.7819   jmurray@murraylawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/10

November 7, 2010

Honorable Kimba M. Wood
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

<u>U.S. v. El-Hanafi and Hasanoff, 10 CR 162 (KMC)</u>

Dear Judge Wood:

    I am writing on behalf of both defendants in the above-captioned case to request that the court conference currently scheduled to occur on November 15, 2010, be adjourned by one week to November 22, 2010. I have conferred with the government, which does not oppose this request, but requests a time after 2:00 p.m.

    We seek this adjournment to permit defense counsel for both defendants to confer with each other and with the government regarding the issues to be raised with the Court at the conference. Given the schedules of the four defense counsel, this additional week will facilitate those discussions.

    We consent to the exclusion of this additional week from the computation of Speedy Trial time.

    Thank you for your attention to this matter.

*The conference is adjourned to November 23, 2010 at 11:00 a.m.*

Respectfully submitted,

JaneAnne Murray
Attorney for Mr. El-Hanafi

cc: All counsel (via E-mail)

11-8-10
SO ORDERED: N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.