USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA            :

      -v-                                               :        ORDER
                                                                           10 CR 162 (KMW)
WESAM EL-HANAFI,
SABIRHAN HASANOFF,                        :

                Defendants.        :

-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on Tuesday, November 23, 2010 at 11:00 a.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for November 15, 2010, because the parties need time to discuss issues that will be raised at the next conference.

    The Court excludes the time from today until November 23, 2010 from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(8)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss issues that will need to be brought to the Court's attention at the next conference.

Dated: New York, New York
       November 8, 2010

                                                /s/ Kimba M. Wood
                                           KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE