UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                            :

UNITED STATES OF AMERICA,       :       S4 10 Cr. 162 (KMW)
                            :       <u>Electronically Filed</u>

       *– against –*          :

WESAM EL-HANAFI,           :       NOTICE OF APPEARANCE
     a/k/a "Khaled," and      :       AND REQUEST FOR
SABIRHAN HASANOFF,       :       ELECTRONIC NOTIFICATION
     a/k/a "Tareq,"           :

                            :

               Defendants.    :

                            :
-------------------------------------------------------x

       Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of

SABIRHAN HASANOFF and respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

       I am an attorney in good standing in the State of New York, as well as the United States

District Courts for the Southern District of New York.


Dated: New York, New York
       November 15, 2010

                                 Respectfully submitted,

                                 <u>/s/Joshua L. Dratel</u>
                                 Joshua L. Dratel
                                 JOSHUA L. DRATEL, P.C.
                                 2 Wall Street, 3rd Floor
                                 New York, New York 10005
                                 (212) 732-0707
                                 jdratel@joshuadratel.com

                               *Attorney for Defendant Sabirhan Hasanoff*