

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10

MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2010

**By Facsimile**

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

        Re:    United States v. Wesam El-Hanafi and Sabirhan Hasanoff
                  S4 10 Cr. 162 (KMW)

Dear Judge Wood:

      We write respectfully on behalf of the Government in the above-referenced case. We understand that Your Honor has adjourned the next pretrial conference from today to December 2, 2010, at 9:30 a.m. Enclosed for Your Honor's consideration is a draft order, excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, from the date of the order until December 2, 2010. This exclusion is sought in the interests of justice, as it would allow the defendants and their attorneys to continue their review of discovery that has been produced by the Government. *See* 18 U.S.C. § 3161(h)(7)(A). The defense has advised the Government that there is no objection to this request. We appreciate the Court's consideration of this matter.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                    By:    /s/
                         Brendan R. McGuire
                         John P. Cronan
                         Aimee Hector
                         Assistant United States Attorneys
                         Tel.:   (212) 637-2220 / 2779 / 2203
                         Fax:   (212) 637-0097

SO ORDERED: 11/23/10
/s/ Kimba M. Wood
KIMBA M. WOOD
U. S. D. J.

*[Margin annotation: Granted. KMW]*

Enclosure

cc:    JaneAnne Murray, Esq., Attorney for Wesam El-Hanafi (By facsimile)
       Anthony L. Ricco, Esq., Attorney for Sabirhan Hasanoff (By facsimile)