```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    -v.-                              :     ORDER

WESAM EL-HANAFI,                   :     S4 10 Cr. 162 (KMW)
  a/k/a "Khaled," and
SABIRHAN HASANOFF,                 :
  a/k/a "Tareq,"
                                   :
        Defendants.
                                   :
- - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by and through Assistant United States Brendan R. McGuire, it is hereby ORDERED that the time between the date of this Order and December 2, 2010, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because, among other things, it will allow defendants WESAM EL-HANAFI, a/k/a "Tareq," and SABIRHAN HASANOFF, a/k/a "Tareq," and their attorneys, to continue their review of discovery produced by the Government.

      SO ORDERED.

Dated:    November 23, 2010
           New York, New York

                                          *[signature]*
                                      THE HONORABLE KIMBA M. WOOD
                                      United States District Judge