```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  1/11/11
```

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: amysliwiec@JoshuaDratel.com

JOSHUA L. DRATEL
—
AARON MYSLIWIEC
ALICE FONTIER
LINDSAY LEWIS
STUART WHITE

RYAN DUFFEY
*Paralegal*
STEVEN WRIGHT
*Office Manager*
LAURA REEB
*Secretary*

January 10, 2011 **MEMO ENDORSED**

### BY FACSIMILE [(212) 805-7900]

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:   *United States v. Hasanoff,*
                 S4 10 Cr. 162(KMW)

Dear Judge Wood:

      This letter is submitted in connection with the above-entitled case, in which I (along with David A. Ruhnke, Esq., and Anthony L. Ricco, Esq.) represent defendant Sabirhan Hasanoff, regarding Defendants' Discovery and Bill of Particulars Motions. These motions are currently due Monday, January 17, 2011, which is a court holiday. Thus, it is respectfully requested that a one-day extension, until Tuesday, January 18, 2011, be granted for filing of Defendants' Discovery and Bill of Particulars Motions. It is also respectfully requested that one-day extensions be granted for the filing of the Government's Response, and the Defendants' Reply, until February 1, 2011, and February 8, 2011, respectively. I have spoken with Assistant United States Attorney Brendan R. McGuire, and he has informed me that the government consents to this application.

*Granted.*
*Kimbe*

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
January 10, 2011
Page 2 of 2

Accordingly, it is respectfully requested that the court approve the revised motion schedule set forth above. As noted above, the government consents to this application.

Respectfully submitted,

Joshua L. Dratel

JLD/lal

cc:   Brendan R. McGuire
      Aimee Hector
      Assistant United States Attorneys

      Justine Harris, Esq.
      Jane Ann Murray, Esq.
      Attorneys for Wesam El-Hanafi

**SO ORDERED:   N.Y., N.Y.**
1-11-11

_____
KIMBA M. WOOD
U.S.D.J.