UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S4 10 Cr. 162 (KMW) |
| - against - | : | **NOTICE OF MOTION IN SUPPORT OF DEFENDANT** |
| SABIRHAN HASANOFF, et al., | : | **SABIRHAN HASANOFF'S MOTION FOR A** |
| Defendant. | : | **BILL OF PARTICULARS** |

------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, SABIRHAN HASANOFF, will move before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York on February 17, 2011, at noon, or as soon thereafter as counsel may be heard, for the following relief:

(a)     a Bill of Particulars;

(b)     leave to join co-defendant Wesam El-Hanafi's discovery motions to the extent they benefit Mr. Hasanoff;

(c)     leave to file additional discovery and Bill of Particulars motions as and if they become appropriate in light of further discovery;  and

for any such other and further relief as to the Court seems just and proper.

1

Dated:   New York, New York
         18 January 2011

                                          /S/ Joshua L. Dratel
                                         JOSHUA L. DRATEL
                                         JOSHUA L. DRATEL, P.C.
                                         2 Wall Street
                                         3rd floor
                                         New York, New York 10005
                                         (212) 732-0707

                                         DAVID A. RUHNKE
                                         RUHNKE & BARRETT
                                         47 Park Street
                                         Montclair, New Jersey 07042
                                         (973) 744-1000

                                         *Attorneys for Defendant Sabirhan Hasanoff*

To:     CLERK OF THE COURT

        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF NEW YORK

        ALL DEFENSE COUNSEL