UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S4 10 Cr. 162 (KMW) |
| - against - | : | **NOTICE OF MOTION IN SUPPORT OF DEFENDANT** |
| SABIRHAN HASANOFF, et al., | : | **SABIRHAN HASANOFF'S MOTION FOR A** |
| Defendant. | : | **BILL OF PARTICULARS** |

--------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, SABIRHAN HASANOFF, will move before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York on February 17, 2011, at noon, or as soon thereafter as counsel may be heard, for the following relief:

(a) a Bill of Particulars;

(b) leave to join co-defendant Wesam El-Hanafi's discovery motions to the extent they benefit Mr. Hasanoff;

(c) leave to file additional discovery and Bill of Particulars motions as and if they become appropriate in light of further discovery; and

for any such other and further relief as to the Court seems just and proper.

Dated: New York, New York
18 January 2011

   /S/ Joshua L. Dratel
JOSHUA L. DRATEL
JOSHUA L. DRATEL, P.C.
2 Wall Street
3rd floor
New York, New York 10005
(212) 732-0707

DAVID A. RUHNKE
RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973) 744-1000

*Attorneys for Defendant Sabirhan Hasanoff*

To:   CLERK OF THE COURT

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK

ALL DEFENSE COUNSEL