UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                                S4 10 Cr.  162 (KMW)

   - against -                                                **NOTICE OF MOTION**

SABIRHAN HASANOFF,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **PLEASE TAKE NOTICE**   that Anthony L. Ricco, Esq., on behalf of Sabirhan Hasanoff, moves this Court before the Honorable Kimba M. Wood, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York at a time that is convenient for the Court, for an order granting the following relief:

    1.  For an Order relieving Anthony L. Ricco, Esq., as counsel for Sabirhan Hasanoff.

    2.  For such other and further relief as to this Court may deem just and proper.

Dated:  New York, New York
          February 7, 2011

                                          Yours, etc.

                                          *Anthony L. Ricco*
                                          Anthony L. Ricco, Esq.
                                          Counsel for Sabirhan Hasanoff
                                          20 Vesey Street Suite 400
                                          New York, New York 10007
                                          (212) 791-3919

TO:

    Hon. Kimba M. Wood
    United States District Judge
    Southern District of New York
    United States Courthouse
    500 Pearl Street
    New York, New York 10007

    Brendan McGuire, Esq.
    John P. Cronan, Esq.
    Assistant United States Attorneys
    United States Attorney's Office
    Southern District of New York
    One St. Andrews Plaza
    New York, New York 10007

    All Defense Counsel (E.C.F.)