```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - v. -                    :

WESAM EL-HANAFI,                  :
    a/k/a "Khaled," and
SABIRHAN HASANOFF,                :
    a/k/a "Tareq,"
                                   :
            Defendants.
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>ORDER</u>

S4 10 Cr. 162 (KMW)

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Brendan R. McGuire;

        It is found that Indictments 10 Cr. 162 (KMW) and S1 10 Cr. 162 (KMW), in the above-captioned action, are currently sealed and the United States Attorney's Office has applied to have those two Indictments unsealed, it is therefore,

        ORDERED that Indictments 10 Cr. 162 (KMW) and S1 10 Cr. 162 (KMW) be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            February 15, 2011

                                                  _____
                                                  THE HONORABLE KIMBA M. WOOD
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK