# Murray Law LLC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/11

Woolworth Building  233 Broadway  Suite #208  New York NY 10279
tel: 212.941.9266   fax: 866.250.7819   jmurray@murraylawny.com

March 29, 2011

Honorable Kimba M. Wood
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>U.S. v. El-Hanafi and Hasanoff, 10 CR 162 (KMC)</u>

**MEMO ENDORSED**

Dear Judge Wood:

    I am writing on behalf of both defendants in the above-captioned case to request that the motion schedule established on February 17, 2011, be modified as follows: defense motions due May 13, 2011, government's opposition due July 12, 2011, defense reply due July 27, 2011.

    We propose this extension because the current schedule required defense motions to be filed during the week of Passover, Easter and spring break.

    The government consents to this modification. It does not require any adjournment of court conferences, since none were scheduled, and the trial is not scheduled to begin until early next year.

    We consent to the exclusion of these additional weeks from the computation of Speedy Trial time.

    Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              JaneAnne Murray
                                              Attorney for Mr. El-Hanafi

cc:     All counsel (via E-mail)

**SO ORDERED:**   3-29-11   N.Y., N.Y.

                                  KIMBA M. WOOD
                                  U.S.D.J.