```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S4 10 Cr. 162 (KMW) |
| - against - | : | ORDER FOR ADMISSION *PRO HAC VICE* |
| SABIRHAN HASANOFF, et al., | : | ON WRITTEN MOTION |
| Defendant. | : | |

-------------------------------------------------------X

Upon the motion of Joshua L. Dratel attorney for Defendant Sabirhan Hasanoff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   Ahmed Ghappour
    Firm Name:   The Law Offices of Ahmed Ghappour
    Address:   P.O. Box 20367
    City/State/Zip:   Seattle, WA 98102
    Telephone Number:   (415) 598-8605
    Email Address:   aghappour@gmail.com

is admitted to practice *pro hac vice* as counsel for Sabirhan Hasanoff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 28 March 2011
      New York, New York

                                             _____
                                             The Honorable Kimba M. Wood
                                             United States District Judge