```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA           :           S4 10 Cr. 162 (KMW)

        - against -           :           ORDER FOR ADMISSION
                                                                                                                       *PRO HAC VICE*

SABIRHAN HASANOFF, et al.,           :           ON WRITTEN MOTION

                        Defendant.   :
------------------------------------------------------X

Upon the motion of Joshua L. Dratel attorney for Defendant Sabirhan Hasanoff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Linda Moreno |
| Firm Name: | Linda Moreno, P.A. |
| Address: | P.O. Box 10985 |
| City/State/Zip: | Tampa, FL 33679 |
| Telephone Number: | (813) 247-4500 |
| Email Address: | lindamoreno.esquire@gmail.com |

is admitted to practice *pro hac vice* as counsel for Sabirhan Hasanoff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 18 April 2011
New York, New York

_____
The Honorable Kimba M. Wood
United States District Judge