UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | S4 10 Cr. 162 (KMW) |
| - against - | : | **NOTICE OF MOTION IN SUPPORT OF DEFENDANT SABIRHAN HASANOFF'S PRE-TRIAL MOTIONS** |
| SABIRHAN HASANOFF, et al., | : | |
| Defendant. | : | |

-------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, SABIRHAN HASANOFF, will move before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the following relief:

(a) to dismiss Count Two of the Indictment because it fails to state an offense under 18 U.S.C. §2339B, as the Indictment fails to allege two essential elements of the offense – (i) that the "material support" was provided to a foreign terrorist organization (hereinafter "FTO"); and (ii) that Mr. Hasanoff knew the alleged material support was provided to assist an FTO – and/or because §2339B is unconstitutionally vague as applied in this case;

(b) to modify Count One by removing the term "physical assets" because it is not included within the statutory definition of "material support" and/or because 18 U.S.C. §2339B is unconstitutionally vague as applied in this case;

(c) to compel the government to elect among Counts One, Two, Three, and Four, on the ground of multiplicity, in that they allege a single offense in multiple counts;

1

    (d)    for leave to join in his co-defendant's motions to the extent they inure to his benefit; and

for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
           3 June 2011

       /S/ Joshua L. Dratel
JOSHUA L. DRATEL
JOSHUA L. DRATEL, P.C.
2 Wall Street
3rd floor
New York, New York 10005
(212) 732-0707

DAVID A. RUHNKE
RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973) 744-1000

LINDA MORENO
LINDA MORENO, P.A.
P.O. Box 10985
Tampa, FL 33679
(813) 247-4500

AHMED GHAPPOUR
THE LAW OFFICES OF AHMED GHAPPOUR
P.O. Box 20367
Seattle, WA 98102
(415) 598-8605

*Attorneys for Defendant Sabirhan Hasanoff*

To:   CLERK OF THE COURT

       UNITED STATES ATTORNEY
       SOUTHERN DISTRICT OF NEW YORK

       ALL DEFENSE COUNSEL