UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    - against -<br><br>WESAM EL-HANAFI, et al.,<br>                                    Defendants. | 10 CR 162 (KMW)<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of JaneAnne Murray, Esq., the annexed Declaration of Wesam El-Hanafi,[1] the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, WESAM EL-HANAFI will move before the Honorable Kimba M. Wood, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

(a) dismiss the indictment or order a hearing pursuant to *Kastigar v. United States*, 406 U.S. 441 (1972;

(b) suppress Mr. El-Hanafi's statements;

(c) suppress all evidence seized as a result of searches in Mr. El-Hanafi's email accounts;

(d) permit Mr. El-Hanafi to join the motions filed by Sabirhan Hasanoff to the extent they apply to him;

(e) grant leave to make additional motions as and if they become appropriate in light of further discovery;

---

[1] With the consent of the government, both Declarations will be filed on June 6, 2011.

  (f) Any such other and further relief as to the Court seems just and proper.

Dated:  New York, New York
     June 3, 2011

                 */s/ JaneAnne Murray*

                 JaneAnne Murray, Esq.
                 MURRAY LAW LLC
                 233 Broadway
                 New York, New York 11215
                 Tel.  (212) 941-9266


                 /s/

                 Justine Harris, Esq.
                 COLSON & HARRIS LLP
                 10 East 40th St., Suite 3307
                 New York, New York 10016
                 Tel: (212) 257-6455

                 Attorneys for Mr. Wesam El-Hanafi


To: CLERK OF THE COURT

   UNITED STATES ATTORNEY
   SOUTHERN DISTRICT OF NEW YORK

   ALL DEFENSE COUNSEL