LAW OFFICES OF
**DRATEL & MYSLIWIEC, P.C.**
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/11
```

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
STUART A. WHITE
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

June 3, 2011

**BY FACSIMILE [212-805-7900]**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Hasanoff,*
      S4 10 Cr. 162(KMW)

Dear Judge Wood:

This letter is in regard to the pre-trial motions due today in the above-entitled case, in which David A. Ruhnke, Esq., Linda Moreno, Esq., Ahmed Ghappour, Esq., and I represent the defendant Sabirhan Hasanoff. As a result of the division of labor among counsel, we just yesterday combined the components of the motion together, and anticipated that we would be able to cut down our arguments by several pages. We now realize that the Memorandum of Law will be closer to 30 pages, and it is respectfully requested that the Court grant counsel permission to submit a memorandum of law in support of Mr. Hasanoff's pre-trial motions in excess of the 25-page limit.

*Granted. (KMW)*

Accordingly, it is respectfully requested that this Court permit counsel to submit a memorandum of law in support of Mr. Hasanoff's pre-trial motions in excess of 25 pages.

Respectfully Submitted,

Joshua L. Dratel      6-6-11

JLD/lal
cc:    AUSA John Cronan (by e-mail)

SO ORDERED: N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.