

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/11

July 25, 2011

**By Hand**
The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Wesam El-Hanafi and Sabirhan Hasanoff
      S4 10 Cr. 162 (KMW)

Dear Judge Wood:

The Government's response to defendants' pretrial motions is due on August 2, 2011, and defendants' reply is due on August 17, 2011. Due to the Government's trial schedule on another matter, the Government requests a 10-day extension in the filing deadline, to August 12, 2011, with defendants' reply due August 29, 2011. The defendants, through counsel, have consented to this request.

*Granted. KMW*

On or about June 3, 2011, the Court granted a defense request to submit memoranda of law in excess of the 25-page limit. Thereafter, Defendant Hasanoff filed a memorandum totaling 29 pages and Defendant El-Hanafi filed a memorandum totaling 45 pages. The Government will make every effort to be concise in its response, but also requests permission to file a responsive memorandum in excess of the 25-page limit, so that all of the defendants' arguments can be adequately addressed.

*Granted. KMW*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Brendan R. McGuire
John P. Cronan
Aimee Hector
Assistant United States Attorneys
Tel.:  (212) 637-2200
Fax:   (212) 637-0097

SO ORDERED: N.Y., N.Y.
7-26-11

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

July 25, 2011
Page 2


cc: Attorneys for Wesam El-Hanafi (by email)
    Attorneys for Sabirhan Hasanoff (by email)