
**COLSON & HARRIS** LLP

10 East 40th Street
Suite 3307
New York, NY 10016

T 212-267-6455
F 212-257-6453

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2011
```

## MEMO ENDORSED

August 23, 2011

Via Facsimile

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    *United States v. El-Hanafi and Hasanoff*, 10 CR 162 (KMW)

Your Honor:

    We write on behalf of both defendants to respectfully request that the deadline for defendants' reply brief be extended from Monday, August 29 to Friday, September 2, 2011. The government has no objection to the request. *[Request Granted]*

    We consent to the exclusion of additional time under the Speedy Trial Act. *[Time has already been excluded through 1/23/12]*

    We appreciate the Court's consideration.

                              Respectfully submitted,

                              Justine A. Harris
                              *Attorney for Mr. El-Hanafi*

cc:    All Counsel (via email)

                              SO ORDERED, N.Y., N.Y. 8/23/11

                              KIMBA M. WOOD
                              U.S.D.J.

3734