UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| -v.- | : | |
| WESAM EL-HANAFI, <br>   a/k/a "Khaled," and <br> SABIRHAN HASANOFF, <br>   a/k/a "Tareq," | : | S5 10 Cr. 162 (KMW) |
| Defendants. | : | |

- - - - - - - - - - - - - - - - x

TO: Clerk of Court
    United States District Court
    Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney for the
                      Southern District of New York

           by:    /s/ Glen A. Kopp
                      Glen A. Kopp
                      Assistant United States Attorney
                      Tel.: (212) 637-2210

TO: Defense Counsel
    *By electronic mail*