UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>WESAM El HANAFI, et al.,<br>                          Defendants. | 10-CR-162 (KMW)<br><br>NOTICE OF MOTION |

      PLEASE TAKE NOTICE, that upon the annexed declaration of JaneAnne Murray, Esq., dated December 4, 2011, and all prior proceedings had herein, the undersigned will move this Court at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be designated by the Court for (A) an order granting the motion of Murray Law LLC and Colson & Harris LLP to withdraw as counsel of record for Defendant Wesam El-Hanafi and (B) such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       December 4, 2011

| MURRAY LAW LLC | COLSON & HARRIS LLP |
|---|---|
| *JaneAnne Murray* (signature) | /s/ |
| By: JaneAnne Murray, Esq. | By: Justine Harris, Esq. |
| 233 Broadway, Suite 2208 | 10 E. 40th Street, Suite 3307 |
| New York, NY 10279 | New York, NY 10016 |
| (212) 941.9266 | (212) 257.6455 |

                    Attorneys for Defendant Wesam El-Hanafi