UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

WESAM El HANAFI, et al.,

                    Defendants.

10-CR-162 (KMW)

DECLARATION OF
JANEANNE MURRAY

JANEANNE MURRAY hereby declares under penalty of perjury:

1. I am principal of Murray Law LLC. Along with Justine Harris, a partner in Colson & Harris, LLP, I represent Wesam El-Hanafi in the above-captioned action.

2. I submit this declaration in support of the motion of Murray Law LLC and Colson & Harris LLP (the "Firms") to withdraw as counsel of record for Mr. El-Hanafi.

3. The Firms were retained by Wesam El-Hanafi on or about May 10, 2010, to represent him in connection with this case.

4. On November 29, 2011, Mr. El-Hanafi advised us that he had retained new counsel, the Law Offices of Elizabeth M. Fink, together with Lamis Deek, Esq.

5. On December 1, and December 2, 2011, Elizabeth Fink, Esq. and Sarah Kunstler, Esq. filed notices of appearances in this case on Mr. El-Hanafi's behalf.

2

6. WHEREFORE, I respectfully request that the Court grant the Firms' motion to withdraw.

New York, New York
December 4, 2011

                                                          _____
                                                             JaneAnne Murray