```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    -v.-                             :     ORDER

WESAM EL-HANAFI,                 :     S5 10 Cr. 162 (KMW)
  a/k/a "Khaled," and
SABIRHAN HASANOFF,               :
  a/k/a "Tareq,"
                                 :
        Defendants.
                                 :
- - - - - - - - - - - - - - - - x

       It is hereby ORDERED that the trial in this case scheduled for January 23, 2012, is hereby adjourned to April 16, 2012.

       Upon the application of the United States of America, by and through Assistant United States Attorney Glen Kopp, it is hereby ORDERED that the time between January 23, 2012 and April 16, 2012 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because, among other things, it will allow defendants WESAM EL-HANAFI, a/k/a "Tareq," and SABIRHAN HASANOFF, a/k/a "Tareq," and their attorneys, to prepare for trial.

       SO ORDERED.

Dated:    December 7, 2011
             New York, New York

                                              _____
                                              THE HONORABLE KIMBA M. WOOD
                                              United States District Judge