```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :    ECF CASE

            - v. -                 :    NOTICE OF APPEARANCE AND
                                        REQUEST FOR ELECTRONIC
WESAM EL-HANAFI,                   :    NOTIFICATION
   a/k/a "Khaled," and
SABIRHAN HASANOFF,                 :    S5 10 Cr. 162 (KMW)
   a/k/a "Tareq,"
                                   :
            Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

                         by:   /s/ Michael D. Lockard
                               Michael D. Lockard
                               Assistant United States Attorney
                               (212) 637-2193

TO:  Defense counsel (by ECF)