

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/12
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2012

**By Facsimile**

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1610
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Wesam El-Hanafi and Sabirhan Hasanoff
S5 10 Cr. 162 (KMW)

Dear Judge Wood:

As Your Honor is aware, trial in the above-referenced case is scheduled to commence on April 16, 2012. We write respectfully on behalf of the Government to request that the Court schedule a status conference in this case for February 21, 2012, at 10:00 a.m., which we understand to be an available time for the Court. We appreciate the Court's consideration of this request.

*Granted KMW*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Cronan
Glen A. Kopp
Michael D. Lockard
Assistant United States Attorneys
Tel.: (212) 637-2779 / 2210 / 2193
Fax: (212) 637-0097

cc: Elizabeth Fink, Esq.; Sarah Kuntsler, Esq.; David Ruhnke, Esq.;
Joshua L. Dratel, Esq.; Linda Moreno, Esq.; Lindsay Lewis, Esq.; Ahmed Ghappour
*By Electronic Mail*

SO ORDERED: N.Y., N.Y.
2/15/12

_____
KIMBA M. WOOD
U.S.D.J.

TOTAL P.002