```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____               │
│ DATE FILED: 6/7/12               │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        - v. -                              :          **CONSENT ORDER OF FORFEITURE**

SABIRHAN HASANOFF,                    :
    a/k/a "Tareq,"                             S6 10 Cr. 162 (KMW)
                           :

           Defendant.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about June 4, 2012, SABIRHAN HASANOFF, a/k/a "Tareq,"
(the "defendant"), was charged in a two-count Information, S6 10 Cr.162 (KMW) (the
"Information"), with (1) violating Title 18, United States Code, Sections Sections 2339B(a)(1),
(d)(1)(A), (d)(1)(D), (d)(1)(E), and 2 by providing material support to al Qaeda (Count One); and
(2) violating Title United States Code, Sections Section 371, by conspiring to provide material
support to al Qaeda, in violation of 2339A(b)(1) (Count Two);

WHEREAS, the Information contained a forfeiture allegation giving notice of the
United States' intent to seek forfeiture, pursuant to Title 18, United States Code, Sections
981(a)(1)(G) and 2332b(g)(5), and Title 28, United States Code, Section 2461 of, *inter alia,*:
(i) all right, title, and interest in all assets, foreign and domestic, affording a source of influence
over al Qaeda; (ii) all right, title and interest in all assets, foreign and domestic, acquired and
maintained with the intent and for the purpose of supporting, planning, conducting, and
concealing a Federal crime of terrorism against the United States, citizens and residents of the
United States, and their property; and (iii) all right, title and interest in all assets, foreign and
domestic, derived from, involved in, and used and intended to be used to commit a Federal crime

of terrorism against the United States, citizens and residents of the United States, and their property;

WHEREAS, on June 4, 2012, the defendant pleaded guilty to Counts One and Two of the Information pursuant to a plea agreement;

WHEREAS, pursuant to the plea agreement, the defendant admits the forfeiture allegation with respect to Counts One and Two of the Information, and agrees to forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(G) and 2332b(g)(5), and Title 28, United States Code, Section 2461: (i) all right, title, and interest in all assets, foreign and domestic, affording a source of influence over al Qaeda; (ii) all right, title and interest in all assets, foreign and domestic, acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property; and (iii) all right, title and interest in all assets, foreign and domestic, derived from, involved in, and used and intended to be used to commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property.

WHEREAS, pursuant to Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure, if, before sentencing, the court cannot identify all the specific property subject to forfeiture or calculate the total amount of the money judgment, the court may enter a forfeiture order that describes property subject to forfeiture in general terms and states that the order will be amended under Rule 32.2(e)(1) when additional specific property is identified or the amount of the money judgment has been calculated; and

2

WHEREAS, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final at the time of sentencing, or at any time before sentencing if the defendant consents;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorneys John P. Cronan, Glen A. Kopp, and Michael D. Lockard, of counsel, and the defendant, and his counsel, Joshua Dratel, Esq. that:

1.      As a result of the offenses charged in Counts One and Two of the Information, to which the defendant has pleaded guilty, the defendant shall forfeit (i) all right, title, and interest in all assets, foreign and domestic, affording a source of influence over al Qaeda; (ii) all right, title and interest in all assets, foreign and domestic, acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property; and (iii) all right, title and interest in all assets, foreign and domestic, derived from, involved in, and used and intended to be used to commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the defendant and shall be considered part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

3.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property,

including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(b)(2)(C) and 32.2(e) of the Federal Rules of Criminal Procedure.

5.      The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

4

6    The Clerk is hereby directed to send four certified copies of this Order to

Assistant United States Attorney Sharon Cohen Levin at the U.S. Attorney's Office for the

Southern District of New York, One St. Andrew's Plaza, New York, NY 10007.

Dated: New York, New York
       June    , 2012

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York

By:    _John P. Cronan_____          _6/4/12_____
       John P. Cronan                        DATE
       Glen A. Kopp
       Michael D. Lockard
       Assistant United States Attorneys
       (212) 637-2779/2210/2193


SABIRHAN HASANOFF

By:    _____         _____
       Sabirhan Hasanoff                      DATE
       Defendant

By:    _____         _6/4/12_____
       Joshua L. Dratel                       DATE
       2 Wall Street, 3rd Floor
       New York, NY 10005


**SO ORDERED:**

_Kimba M. Wood_____            _6 - 6 - 12___
HONORABLE KIMBA M. WOOD                  DATE
UNITED STATES DISTRICT JUDGE