```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                          10 CR 162 (KMW)

                                                SENTENCING
                                                SCHEDULING ORDER

SABIRHAN HASANOFF

                                      Defendant.
-----------------------------------------------------------x

KIMBA M. WOOD, District Judge

       The Defendant is scheduled to be sentenced on July 23, 2012 at 10:00 a.m.

       The Presentence Investigation Report is due to the Court on July 9, 2012.

       Any sentencing submissions by Defendant must be made by July 13, 2012, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

       Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea.

       Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

       Any response or other submission from the Government is due July 17, 2012.

SO ORDERED

Dated:  New York, New York
          June 6, 2012

                                                                 /s/ Kimba M. Wood
                                                                 KIMBA M. WOOD
                                                             UNITED STATES DISTRICT JUDGE