**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/12

LAW OFFICES OF
# DRATEL & MYSLIWIEC, P.C.
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL
AARON MYSLIWIEC
—
ALICE L. FONTIER
LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*
RYAN DUFFEY
*Paralegal*

June 22, 2012

**BY FACSIMILE [212-805-7900]**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Hasanoff,*
        S7 10 Cr. 162(KMW)

Dear Judge Wood:

This letter is in regard to an adjournment of the sentencing in the above-entitled case, in which Joshua L. Dratel, Esq., David A. Runke, Esq., Linda Moreno, Esq., Ahmed Ghappour, Esq., and I represent the defendant Sabirhan Hasanoff. Mr. Hasanoff's sentencing is currently scheduled for July 23, 2012, at 10:00 a.m. As per my conversation today with chambers, it is respectfully requested that Mr. Hasanoff's sentencing be adjourned until October 29, 2012. The government consents to this request.

Accordingly, it is respectfully requested that this Court adjourn Mr. Hasanoff's sentencing until October 29, 2012 at a time to be determined by the Court.

*Sentencing is adjourned to October 29, 2012, at 11:00 a.m.*

Respectfully Submitted,

Lindsay A. Lewis

JLD/lal
cc:     AUSA John Cronan (by e-mail)

6-25-12

**SO ORDERED, N.Y., N.Y.**

**KIMBA M. WOOD**
**U.S.D.J.**