UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/12

        -against-

SABIRHAN HASANOFF,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
10 CR 162 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing for the above-captioned defendant, currently scheduled for October 29, 2012, is adjourned to November 15, 2012, at 11:00 a.m. Defendant's sentencing submission is due by November 1, 2012. Any Government response is due by November 8, 2012.

        SO ORDERED.

Dated: New York, New York
         October 17, 2012

                                        _/s/ Kimba M. Wood_
                                        KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE