```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/13
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2013

**By Facsimile**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Sabirhan Hasanoff, a/k/a "Tareq"**
    **S6 10 Cr. 162 (KMW)**

Dear Judge Wood:

The Government writes in the above-referenced case, to respectfully request an extension of Your Honor's page limitation for the Government's sentencing submission, which is due this Friday, May 31. The Government respectfully seeks leave to file a sentencing submission up to fifty pages in length, in order to adequately set forth the defendant's offense conduct and to respond to the arguments raised in the defendant's fifty-four page sentencing letter. Joshua L. Dratel, Esq., attorney for the defendant, has consented to this request.

*Granted.*
*KMW*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Cronan / Aimee Hector
Glenn A. Kopp / Michael D. Lockard
Assistant United States Attorneys
Tel.: (212) 637-2779/-2203/-2210/-2193

cc: Joshua L. Dratel, Esq.; Lindsey Lewis, Esq.
    David A. Ruhnke, Esq.; Linda Moreno, Esq.
    Ahmed Ghappour, Esq.
    *By electronic mail*

5-30-13

**SO ORDERED: N.Y., N.Y.**

_____
KIMBA M. WOOD
U.S.D.J.

TOTAL P.002