LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/13
```

JOSHUA L. DRATEL

LINDSAY A. LEWIS

STEVEN WRIGHT
*Office Manager*

July 2, 2013

**VIA ELECTRONIC MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Hasanoff,*
      S7 10 Cr. 162(KMW)

Dear Judge Wood:

This letter is submitted on behalf of Sabirhan Hasanoff, whom we represent in the above-captioned case, along with David Ruhnke, Esq., and Linda Moreno, Esq., regarding Mr. Hasanoff's sentencing, which is currently scheduled for July 11, 2013. In light of the fact that Mr. Ruhnke has an out-of-town court appearance on July 11th, and that I am commencing a six-week trial July 15, 2013, before Judge Victor Marrero in *United States v. Lesniewski*, 11 Cr. 1091 (VM), it is respectfully submitted that the Court adjourn Mr. Hasanoff's sentencing until September 9, 2013, at 11:30 a.m., a date I am told is convenient to the Court and all counsel. **granted** The government does not object to this request.

Accordingly, it is respectfully submitted that the Court adjourn Mr. Hasanoff's sentencing until September 9, 2013, at 11:30 a.m.

Respectfully submitted,

Joshua L. Dratel

JLD/lal
cc:   AUSAs John Cronan, Glen Kopp, Aimee Hector & Michael Lockard (by electronic mail)

**SO ORDERED:   N.Y., N.Y.** 7/3/13

_____
KIMBA M. WOOD
U.S.D.J.