UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/13

-against-

**ORDER**
10 CR 162 (KMW)

SABIRHAN HASANOFF,

      Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing for the above-captioned defendant, scheduled for September 9, 2013, is adjourned to Monday, September 30, 2013, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
   August 28, 2013

                /s/ Kimba M. Wood
                KIMBA M. WOOD
              UNITED STATES DISTRICT JUDGE