VOLUME 2

# LETTER 28

June 22, 2012

HONORABLE JUDGE KIMBA WOOD
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

(Verbally spoken by                          in Farsi, Translated into English by                   )

Dear Honorable Judge Kimba Wood,

My name is                          ; I am Sabir's mother in law. I have known Sabir since he first respectively asked for my daughter's hand in marriage in 2000. As a mother you always want the best for your children especially your daughter.          is my youngest daughter and her father and I always prayed and dreamed that she would find someone that would treat her and provide for her the way she deserved to be treated. Of course no one is ever good enough for your daughter from a Father and Mothers perspective. However upon meeting Sabir we knew he would take good care of her the way we wanted. His polite and respectful persona really attracted us to him from the moment we met him. Therefore we gave our blessings at a 100%.

Your honor I don't even know where to begin in describing the kindness, honesty, and sincerity of this man Sabir. His generosity never ceased to amaze me. He would befriend strangers, and help them as if they were his brother, sister, or father. There was no question in his mind if they were really being honest about their circumstance. He saw the good in everybody. He worked and studied extremely hard to reach his accomplished positions. Of course he provided a comfortable life for his wife and kids however he did not live a lavish luxurious lifestyle but a very modest one. He would always say that it means more to help those less fortunate than him and the pleasure he received in that meant more than anything else. He sponsored orphans, assisted with families and women in abusive relationships. All his hard earned money went to helping those in need. He was not focused on the materialism of this world.

I got married in Afghanistan to my husband where I gave birth to 4 of my 5 children. We were having a comfortable life, until Russia invaded Afghanistan in 1979 and we were forced to flee the country in order to protect our children from the catastrophic war. We had to leave our home, clothing; precious articles all behind to find safety and shelter from the war and turmoil. Through weeks and weeks of hiding and trying to escape with four kids we finally arrived in Pakistan. We were in Pakistan for 1 year with nothing, no money in our pockets just the clothes on our back. My husband couldn't even secure a job because all he knew was his trade back in Afghanistan. We struggled to provide food for our children; I made some money by sewing belts and selling them on the streets. It was an extremely tough time for us. My husband's brother served in the war back in Afghanistan and we got news that he was killed in his tent one night while sleeping. One of my brother's went missing and till this day we don't know whether he is dead or alive or his whereabouts. After one year in Pakistan many of our family members arrived in the United States of America. I wanted freedom and the best for my children and it was my dream to move to America. My husband did everything he could to get us there. We arrived in America and had to start over from ground up to rebuild our life. We faced many obstacles especially language barrier. My husband secured a job as a taxi driver and was making barely $30 a week. We struggled for many

years until we learned and opened a business of our own,                    . We worked extremely hard to get
to where we are today and faced extreme difficulties. With losing a brother in law, a brother, and being
refugees I never thought we would make it. However coming to America gave us more opportunities.
We are extremely grateful to be American Citizens and live in the land of the free. Your Honor our
family has been through so much. The reason we came to America was for a better life for my children, I
don't want my daughter to go through what I went through.

My husband just passed away in February 2012 from Liver disease. He suffered through his illness for 6
years. The past two years he suffered most because of Sabir's circumstance. Sabir was a companion to
my husband. They were the best of friends. All my husband would say is I can't wait until Sabir is
released; when he is I will throw a huge party. That was his dying wish, and unfortunately he did not get
to live to see that happen. However with your fair and just ruling I have faith that all of our family's wish
will come true.

Honorable Judge Kimba Wood I know people make mistakes in this life. We live and learn from
mistakes, we are all human. I feel that the past 2 years while Sabir has been incarcerated being away
from his beautiful children, wife, and family as well as the reputation that has been formed for him within
the community he has suffered a lot. We the family, have suffered most. I beg you to please be lenient in
your sentencing. My daughter needs her husband. My heart is bleeding for them right now. I see her
children and they need their father in their life. I do not see Sabir as a son in law, but he is my son.
Locking him up is a huge disadvantage for the community, he is an asset to the community definitely not
a threat. The way a mother feels about her children is indescribable, she never wants them to feel an
ounce of pain, or suffering and would do anything to help them. That is the reason I chose to come to
America, and that is for my children. Please help our family, and even though my Husband is no longer
with us, help make his last wish come true.

Thank You for your time and Consideration.

Warm Regards,




Translated and Typed By:

# LETTER 29

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
July 15, 2012

Your Honor,

My Name is                    . I'm Sabir's sister-in-law.   I've owned my own
business, worked as a retail manager and now a stay at home mom after my triplets were
born.

As a human being, no matter what race, color or religion we are; what's important to all
of us is compassion. Some one who is respectful, caring and loving towards everyone
around him. Sabir has all these traits. He respects everyone equally. He has a soft heart
and always eager to help others whether its physical help, like he did for my brother who
is an amputee or when Sabir helped me emotionally get through a stressful divorce from
my first husband. He went out of his way helping me find work and rebuild my life. One
of his hobbies- because he knew so many people was matchmaking. Although
unsuccessful, I appreciated his help.

Sabir has so much respect for women.   One of my relatives works with an organization
called Women for Afghan Women .org that were raising money to build schools for girls
in Afghanistan. Sabir and my family attended the fundraiser; Sabir did not hesitate to
donate money to them especially because it went towards educating women. I printed out
the wonderful work this organization is doing to help women and children get an
education. He was also a mentor to by brother and nieces and nephews on deciding which
path to take on their careers. Sabir was always informing them of the best schools or
career paths they should focus on.

I have witnessed his generosity and bigheartedness for so many people, for battered
women, widows, abused, parentless children. He has done so much good and will do so
much more if given back his freedom.

My absolute favorite part about Sabir is his sense of humor. He makes everyone laugh.
I know Sabir has cried and feels ashamed for his inexcusable mistake. I understand he has
to serve time for it. Please don't judge him on only that awful part of his life and look at
the majority of his life and how much he has done for everyone around him.

His family is suffering. I try so hard to be there for his kids and make my sister happy.
No matter what we do or say or give; it is not enough to make them feel carefree again.
Please bring back this family together again sooner than later.

Respectfully yours,



## Women's Shelters

### Gains Hard Won Seem Precarious:

Jill Abramson, New York Times, September 8, 2011

The sound of their voices was unforgettable — the soft, high voices of girls — and yet some were surrounded by children of their own, and the stories of their journeys to this secret place were chilling.

We were at a women's shelter in Kabul, about 30 women and two Western journalists. As they told of being forced to marry men much older, of being beaten and raped, then finally, of their escape, some wiped back tears. They were asked their ages, and the most common replies were "15" or "16."

A major success of the last decade has been the gains in girls' education and more people around the world embracing the cause of Afghan women generally. Around 5,000 Afghan girls were enrolled in school in 2001. Now there are 2.4 million. Women for Afghan Women, which operates the Kabul shelter and others in Afghanistan, is one of many nonprofits that have attracted considerable financial support from the West. Billions of dollars have been donated to rebuild the education system. But even in recent years, schoolgirls have been targeted by antigovernment forces and extremists, prompting teachers to quit and parents to keep their children out of the classroom.

There is worry that the West is losing interest in the plight of Afghan women, as the focus shifts to troop drawdowns. "I am very concerned that our centers will be closed if the U.S. leaves," said Manizha Naderi, the executive director of Women for Afghan Women.

The Kabul shelter where we met once housed Bibi Aisha, the young woman whose nose had been cut off and who appeared on the cover of Time magazine last year under the headline "What Happens if We Leave Afghanistan." On this visit, a young woman lifted her scarf to show a bald spot where she said her mother-in-law had repeatedly beaten her with a wooden mallet. Another told of running away from a much older brother-in-law who insisted she marry him when she turned 14. "He bothered me for more than four months," she said in a quivering voice. Every woman who runs away in Afghanistan risks arrest for adultery and harsh penalties, even death.

Ms. Naderi, herself six months pregnant, hoped to open two more shelters this year. A 10th-anniversary celebration of her organization in New York might also attract fresh financing. But generating fresh passion

for her cause has become harder. Meanwhile, the women in her shelter continue to dream the dreams that are common to girls around the world. When asked what they hoped to become after they left the shelter, "teacher" and "doctor" were among the more popular answers.

< 1 2 3 >



< 1 2 3 >

**In our seven (thus far) women's shelters**--in Kabul, Kapisa, Mazar-e-Sharif, Kunduz, Faryab, Badakhshan and Saripul--we harbor women in danger of being murdered for shaming the family, women and girls who have been sold or "paid" to other families as restitution for crimes, forced into marriage, forbidden to marry someone they love. You name the violation, we have examples of it.   And women's lives are in danger because of the extreme stigma associated with it.

Our shelter services have come a long way in a short time. Our first shelter was opened in 2007: a tiny building, a builder's afterthought stuck onto the back of our first Family Guidance Center. We thought we could refer women to other shelters if ours was full up, but the two in Kabul were crammed full. We had two floors with about 6 mattress pads on each floor. We soon learned that having a shelter in a publicly known location wasn't safe, so we found a separate building across town. That was the start, in the summer of 2007.

Women in our shelters take literacy, life skills and even some vocational classes. They confer with their counselors and/or lawyers, meet for mediation and counseling with their families, attend sessions with prosecutors (accompanied by their lawyer) and attend their court cases.   Their children enter our kindergartens, learn to read and write, do art, sing songs, play games. For many of our clients, this is the first time they have been able to rest          and          feel          somewhat          human.

Women stay from a few weeks to 2 years. They are depressed, relieved to be out of abusive family situations, worried about their futures. They have

reason                    to                    be                    worried.

Our goal is to have a Family Guidance Center and Shelter (two separate facilities) in every province in Afghanistan, and we are well on our way. All this has taken place in a mere 4 1/2 years. But with the foreign troop withdrawal and the increasing Taliban violence, we are worried about the safety and survival of the facilities we operate, and it remains to be seen whether circumstances will allow us to keep expanding our critical programs.

Copyright © 2011 Women for Afghan Women
All Rights Reserved. Women for Women

# LETTER 30

**The Honorable Judge Kimba Wood**

United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Madam

### Personal reference for Sabir Hassanoff

I write to you in relation to Mr Sabir Hassanoff who I have know in both a personal and professional capacity since 2007 when I was working as Head of Business Development for His Highness Sheikh Rashid Bin Humaid Al Nuaimi of the Royal Family in Ajman, United Arab Emirates.

I am an Associate Member of the Royal Institution of Chartered Surveyors of the United Kingdom, graduating with a Bachelor Degree in Civil and Environmental Engineering from the University College London and a Masters Degree in Property Development and Planning.

I met Sabir when he was working for Price Waterhouse Coopers (PWC), when His Highness was seeking to appoint external auditors. Sabir was very professional and His Highness was very impressed with his presentation on behalf of his firm. I got to know Sabir in a personal capacity and found him to be considerate, generous and a man of integrity.

Although PWC was not awarded the auditing contract, when we were looking to expand our team, Sabir had no hesitation in recommending colleagues and friends who were suitably qualified, reducing our cost of recruitment.

On all the occasions we went out socially for lunch or dinner, Sabir always insisted on paying for everyone, exemplifying his generosity. He always saw the best in people and unfortunately when others took advantage of his generosity, he would let it roll off his back and forge ahead with a smile.

My father became very ill with cancer in 2010 and I had to leave the UAE to return to London for a period of time to care for my father. This time was consuming for my family and I lost touch with many friends from the UAE.

However Sabir is one of the few people that I remember with fondness, a gentleman who was so considerate and generous, who never expected anything in return.

I have no hesitation in acting as a reference for my friend and professional associate, Mr Sabir Hassanoff.

Yours faithfully,

**Monir**

# LETTER 31

June 11, 2012

Honorable US District Judge Kimba Wood
Federal Courthouse
500 Pearl St, New York, NY 10038

Dear Judge Wood,

My name is Mukadas          and I work as a licensed Home Health Aide in New
York.  I have been in the US since March, 2003 and I am writing to support
Sabirhan Hasanoff.  I would like you to know what a giving, kind, generous
person he is and reduce his sentence as much as you can.

I am friends with Sabir's mother, but I also know him personally as someone
who helped me through a very hard time in my life.  I have been working in
the US for years, supporting my 3 children in Uzbekistan. I was very lonely
here after many years single, and I met and married a gentleman in 2006.
After our wedding, he was very abusive.  He was abusive in many ways, calling
me names and humiliating to me in front of other people.  He was also
sexually abusive and I felt like there wasn't anything I could do since he
was my husband.  After being alone for so long, I married someone who turned
out to be a monster.  I had worked so hard trying to support my children in
Uzbekistan and all he cared about was making me work and taking my money.

I told Sabir's mother about this and Sabir overheard our conversation.  He
immediately asked me what he could do to help.  A lot of people don't want to
get involved in other people's personal lives, but Sabir is different.  He
tried to talk to my husband many times to tell him to stop abusing me and
Sabir was sticking up for me.  Unfortunately at that time, I did not listen
to Sabir's advice and I moved with my husband to Atlanta, and then Orlando.
I worked in different jobs and he spent all my money and kept abusing me.

I called Sabir many times and cried, and he told me to leave my husband.  I
finally left and arrived in New York with no money and no place to go.  I
called Sabir and he picked me up from the airport and he was so generous.  He
gave me a job baby-sitting his kids and let me stay in his home free of
charge.  He was always trying to help me and even when he was moving to
Dubai, he asked me to go with him so I could continue to be a live-in
babysitter, but I did not have a green card so I could not leave the US.

He wanted me to get on my feet before he left so he helped me financially so I could study and get my Home Health Aide license. Sabir paid for my classes and since 2008, I have my license and have a steady job as a Home Health Aide. He also helped me apply for a green card through the Violence against Women Act and wrote a letter for my application in 2007, which I have enclosed.  He also gave me money to help pay for some of my immigration lawyer fees.

I am so grateful for everything Sabir did for me.  He barely knew me, but he helped me because he is so generous and kind-hearted and has done so much for me.  I have no family in this country and he did more for me than most people do for their family.  My son was unemployed in Uzbekistan and Sabir continued to help by putting my son in touch with an employer in Dubai.  In 2008, my son arrived in Dubai and because of Sabir's help; he was working and finally earning his own living in Dubai.

I want you to please consider that he is the most generous, kind hearted person and has done so much to help me.  When you consider his sentence, please remember the goodness in his heart and all the help he has given to someone like me.

Thank you for your time


Mukadas

Sabir Hasanoff

US Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, Vermont
05479
USA

Date:

Re: Mukadas (Maria)            : Application for Violence Against Women Act Benefit.

Immigration Review Officer:

My name is Sabir Hasanoff. My wife and I know first-hand of the experiences suffered
by Mukadas            (Maria) during her short-lived marriage to                            .
We know of these experiences in part because the couple lived for a short time in my
parent's home in Brooklyn, New York. During the time that they lived there, we saw
them when we visited my parents. We also know this information because Maria spoke
with both of us extensively over the phone and in person throughout the course of her
marriage.

I can speak about Mr.            's personality traits because I tried to help the couple resolve
their impasses. For a short time I was an informal mediator and tried to reason with Mr.
         in order to help Maria. It was during these information mediation sessions, that I
confirmed that Mr.            was two-faced, a liar, and had shockingly extreme views on
how he was entitled to treat his wife.

Maria and her husband met online through a Muslim internet dating services. Maria was
attracted to him because he was a well-spoken and apparently pious Muslim man who
held a Phd and had authored many books, some of which he gave to myself and my wife
as a gift. Maria, herself well-educated, was lonely in the United States and longed for
someone who came from her background, faith and education level. When she met Mr.
        , she thought she had found this person a companion of her equal.

The trouble began shortly after their marriage. The trouble and arguments were initially
sparked by the couple's financial arrangement. Although Maria had understood that each
would pay one-half of the expenses, the reality was that she paid all of the expenses.
She began to get upset as he continually drained their joint bank accounts, bank accounts
that he forced her to open by telling her that they were required by Immigration. He
frequently spent money she had set aside for necessities and left the bills unpaid.

This behavior led to the initial arguments. I tried to mediate between the two and explain
to him that he could not behave this way. I tried to appeal to his "pious" conscience by
pointing out that the Muslim tradition provides that it is the man's role to provide

financial support. During these sessions, he would turn from the well-spoken man he had always presented and he would become ugly and offensive. I would try to reason with him and point out that under Islamic Law the husband bears the burden of the finances that it was his religious duty to provide for his family. But, instead of considering what I said, he would become demanding and unreasonable. He clearly didn't share my ideas that his wife's and her contributions should be respected. These were the times that I saw myself, first-hand how violent his temper could really get.

Shortly after these initial attempts to resolve their conflicts over finances, I began to get repeated telephone calls from Maria, crying and distraught. Maria would tell us that she was suffering persistent, unwanted sexual advances from him and that he would force her to engage in "sexual" acts with him against her will. This in my mind is what defines rape. He had now proven himself to be a violent "dirty old man".

It was at this time that my entire family, including my wife and mother, began to encourage Maria to leave him because the relationship was simply abusive. To our frustration Maria wouldn't leave. She wouldn't leave because she hoped that their lives would get better. She wouldn't leave because she couldn't bear the humiliation a twice-divorced woman suffers in Islamic culture. She was also afraid to leave him because she didn't know what would happen with her Immigration papers.

It became clear as the marriage wore on that he was using his position over her, particularly his position of power in her Immigration process, as a way to keep her trapped and obedient. He was a creep and as time wore on he continually sucked money from her and treated her increasingly like an animal to be used for sex and work.

I must confess that I became exhausted worrying about Maria. She refused to "stick-up" for herself and leaves this man even after I repeated to her that my suggestion was that she leaves. I simply couldn't understand why someone would tolerate such a demeaning and awful situation. I was very happy to hear that she has managed to release herself from his grip and that she is on the path to genuine improvement in her life.

To that end, if there is any further information that we may be able to provide, please do not hesitate to ask.

Thank you,


Sabir &          Hasanoff

# LETTER 32

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

My name is Mukhamet                     and my wife is Farida                     ı. I was born in
Ghulja, China in 1950. My parents and the parents of                     were best friends and
neighbors in China.          is the father of Sabirhan Hasanoff. Our families were close friends in
China and we consider each other to be like family.

When my daughter,                          ı, wanted to go to the U.S in 2000 from
Tashkent Uzbekistan, where we were living, we arranged for her to stay with          and his
family. When my daughter arrived in America, they took care of her like their own family. Sabir
helped her to settle down in Brighton Beach, Brooklyn and also helped her find a job in a local
store and enroll in American Spanish University to learn English. She was alone in NY and they
helped her a lot in her time there. I was very grateful for all the things Sabir did for her in that
time.

In the days after September 11, 2001, I received a phone call from NY, from my nephew,
Kamaluddin. I had lost my daughter,                     in the attacks on the World Trade Center,
where she had recently started working. In the confusing days following the attacks, my
nephew and Sabir went around searching for her in hospitals, friends, anywhere where they
could find her and keeping me informed of events.

I arrived in America in October 2001. When I arrived, I was greeted by Sabir and his
family. They helped us through this very hard time in our lives. He was ready to help with
anything we asked. I knew right away what my daughter had told me about him was true. He
was always willing to help in any situation and very sincere in his actions. Even when I had 2
surgeries in the following years, he was the one who took care of us and treated us like his own
family. I cannot count the help and favors Sabir has did for our family in those difficult times.

When I heard about the trouble that he was in, I was shocked. I knew Sabir and his personality and could not even put the two together. I even remembered one of the conversations we had after September 11 and how he told me that something like this was not part of our religion because it goes against every principle we believe in which is peace and humanity. How could someone who comforted me with those words be in such a situation?

Honorable Judge, I am writing this letter because of the gratitude I have for Sabir in how he helped my daughter and my family in those difficult times, as I know he has helped many, many people. I considered him to be like a son to me in the last 11 years that I have known him. While speaking to his father and mother, I know that he is deeply sorry for any actions that have led him to this situation. I lost a daughter on September 11, and if Sabir were to be sentenced for a long time I feel like I am losing a son. I am asking on behalf of me and my family, to please reduce and be lenient in any sentence that you give to him. If you knew him personally, you would understand. Please consider all the things he did for us, and he would do for many people, in your decision.

I know that all Sabir wants to do is put this behind him and continue with his life and see his wife and children and parents. His father also told me he has learned a lot from this experience and hopes that everyone forgives him for any mistakes he has committed and takes responsibility for his actions. I truly believe him and hope to see him as soon as I can. We hope you have mercy and compassion for him and his family.

Respectfully yours,


Mukhamet                              FARIDA

# 9/11
# MEMORIAL

May 4, 2011

Dear Mr. & Mrs.                    :

As the 10th anniversary of the 9/11 attacks approaches, we would like to share with you some important information about our dedication plans for the victims' family members. On this solemn and historic occasion, the City of New York will once again host a commemoration ceremony, and the National September 11 Memorial will open to family members on September 11, 2011. The ceremony and opening will be for victims' family members only. You should expect to receive information on the commemoration from the City of New York in the coming months. On the day of the ceremony, you will be able to visit the Memorial and view your loved one's inscribed name.

The names of the 2,982 individuals killed in the attacks of September 11, 2001 and the bombing on February 26, 1993 are inscribed in bronze around the perimeters of the Memorial pools, which are located in the footprints of the Twin Towers. The process of arranging and inscribing the names is complete and installation of the bronze panels on the site is well underway.

Every name on the Memorial has a location on a specific panel around one of the pools (north or south). Each panel has a unique marker that identifies the pool by letter (N for north pool or S for south pool), followed by a number (1 through 76) that corresponds to the panel on that pool. Enclosed is a map to help guide you to the panel on which your loved one's name appears.

Your loved one's name as it has been inscribed reads:


Your loved one's name is located on panel:


We have created a special website where you can explore the full names arrangement and the meaningful relationships that guide it. To view the entire arrangement of names, please visit names.911memorial.org. The same application will also be available on mobile smartphones and tablets, as well as on dedicated kiosks on the Memorial plaza. This version of the website includes information provided to us during the 2009 names verification process; we intend to continue to add meaningful information over time. We hope that you will review the website and share it with other family members and friends.

We will continue to keep you informed by mail and e-mail as the 10th anniversary approaches. Please visit our website—www.911memorial.org—for more information on issues we know are important to family members.  You may also contact us by phone at 1-877-671-1636 (toll free) or e-mail at memorial@911memorial.org.

We continue to keep you and the memory of your loved one in our thoughts, and we hope to see you this September.

Warm regards,

Joe Daniels
President and CEO

*Si usted desea una traducción en español de esta carta y los materiales incluidos, por favor llame al 1-877-671-1636 o envíe por correo electrónico a memorial@911memorial.org.*

**NATIONAL SEPTEMBER 11 MEMORIAL & MUSEUM**
ONE LIBERTY PLAZA, 20TH FLOOR, NEW YORK, NY 10006 P:212-312-8800 F:212-312-7931
**WWW.911MEMORIAL.ORG | NAMES.911MEMORIAL.ORG**

2474

# LETTER 33

To whom it may concern

     I have been the imam and vice-president of                for more than 20 years. Therefore, in such a capacity I would like to confirm that Mr. Sabir Hassanoff has been a member of our congregation for over 10 years at our previous location.

     During these years, Sabir has been an active member in our community, always helping when needed and participating in the lectures and events held at our Masjid. For example, we held an Interfaith Open House where Sabir was a volunteer assisting in the activities.

     He is seen generally as an upstanding citizen by all of us. I, personally, can testify of him to be a reliable, hard-working, conscientious, honest, peace-loving and courteous individual.

     Therefore, please take into account his excellent comportment during all these years when making your decision.

                             Sincerely,

                             Mustafa

# LETTER 34

Honorable Judge Kimba Wood

United States Courthouse

500 Pearl St.

New York, NY 10007-1312


June 10, 2012


Honorable Judge Kimba Wood,

My name is _____, I am 21 years old and a college student at CUNY Hunter College studying Medical Laboratory Science at the Health Sciences Department. I am a first cousin to Sabirhan Hasanoff and I am the eldest daughter of Sabir's aunt _____. Sabir abi (as I call him) has been a big brother to me my whole life. When my family moved back to the U.S. from Turkey, my mother turned to him to ask for financial advice and support. That's how I know Sabir abi to be -- always around and helping out. When I was growing up, he would help his parents out at their newsstand, on Saturdays we would all fold newspapers together, he would always make us laugh and sneak candy to me and my younger sister. He would babysit us when my parents had to work. Years later, I now babysit his three lovely children.

The latest memory I have of Sabir abi dates to 2009, prior to his arrest when my mother, aunt, my cousin, and I visited him in Dubai for about 3 weeks. I was on Winter break and he taught me to ski for the first time in an indoor ski rink. He took off time from work to take us sightseeing, shopping, to picnics, and other family excursions. Even with all that Dubai has to offer, my fondest memory from that trip was not any of the touristic attractions. Frankly, the family conversations we had; sitting around and sipping instant coffee in my cousin's living room was the best part of my trip. Sabir abi encouraged me to pursue medicine because of my love for science and even named his daughter '____' meaning '_____,' so that one day, she may live up to the namesake.

Judge Wood, I am fully aware of the situation Sabir Hasanoff is in and have been following the events from day one. I was in attendance at the bail hearing and I will be with him and his family until sentencing. I am writing on behalf of what I and many others recognize as .

the true character of Sabir abi. To express that he is a kind-hearted, hardworking, and intelligent man, a good husband to his wife          and their children, and a great big brother to all of us younger cousins. Sabir abi together with the young generation of my family all recognize and respect the effort our elders put into building a future for us here in the U.S.A. Sabir abi is deeply in regret of what he intentionally or not did and for befriending foes disguised as friends.

For the past two years, Sabir abi has asked to see pictures from every family event celebrated - BBQs, graduations, birthdays, and weddings. His only wish henceforth is to be with his family. He wants to see his children grow up and more importantly be there by their side as they experience their firsts - a first bike ride, a first day of school, and many others. It is my greatest wish to see that the children I babysit have their father, Sabir abi who I know would cheer the loudest at soccer games and would make corny jokes, that only parents make when their kids are with friends. Please remember that along with your decision, the lives of three little children and their mother is also in your hands.

Your honor, I am appealing to your mercy. The charges he is facing can mean 20 long years away from his family and loved ones. Please feel free to take into consideration all I have mentioned for Sabir abi's sentencing.

Respectfully yours,

# LETTER 35

June 25, 2012

Dear Judge Kimba Wood,

My name is _____ , I reside in _____ , New Jersey. I am a naturalized Citizen of Unites States of America since 1976. I am employed by City University of New York, Baruch College since 1983. My current position is network/system administrator.

I am writing this letter of support for Sabirhan Hasanoff. He is the son of my cousin _____ . I got to know Sabirhan while he was attending Baruch College for his BBA degree, majoring in Accountancy. At the time he was a student at Baruch, I was the Manager of user services at Baruch's Computing & Technology Center. Part of my responsibility was to manage and supervise the student computer labs at Baruch College. Sabirhan frequently used the PC facility for his school work. He also studied for his classes and exams here in our main lab. He was always a very kind, polite, courteous young man. In the lab, I observed that he was very giving, was always available to help other students with their school work. Occasionally he helped me out when some of the student employees were not able to come to work.

He graduated Magna Cum Laude with a 3.704 GPA, and earned many academic awards. I remember when his parents came to the awards ceremony to support him just a few days before commencement, his mother, my cousin _____ , was so so proud of his academic accomplishments at Baruch. He was very ambitious and took advantage of all the opportunities in NY, and made a great career in accounting.

After graduation we would ran into each other at family gatherings and functions. He has always been extremely respectful and has a kind heart. Despite his busy career, Sabirhan frequently visited my homebound elderly parents when he was living in New York. He was very gentle and kind to them, and would ask often about their health and well-being.

I attended his wedding. Over the years, I came to know his lovely wife _____ . I observed that they are very loving and devoted to each other and their young children. He is family oriented, and not just with his immediate family, but also distant relatives. I ask you to please remember that when considering his sentence and allow him to return home to his family as quickly as possible.

Respectfully yours,

# LETTER 36

Dear Honorable Judge Kimba Wood,                                    July 29, 2012

My name is                    . I am a mother of 5 and a stay at home mom. Sabir is married to my husband's sister. I have known him for 10 years. What I have learned about this person in the time I have known him, is that he is a friendly, fun, humble, family man and very enthusiastic when it comes time to offer his help.  No one is more hospitable than Sabir.  I remember many times we have been to his home and he was always welcoming and trying to feed us his famous spicy chicken kabob. No matter if you were invited or stopped by unexpectedly he was happy to have you over and ready to feed you.  My husband and I with 2 kids visited Dubai. We were going to stay at a hotel but he insisted on us staying with him at his home. He treated us like we were his own family.

Sabir is a humble man. Even when he had a good job, He was not the kind of man that would boast about any of his achievements. Instead he would see how he could help you reach your full potential. He would give advice to my little brother in-law on how hard work and dedication will help you get to where you want in life.

What I most respect about Sabir is how he treats his wife and kids. When they moved to Dubai in order to make the transition easier for them he was always doing things for them. He would take them to the carnival, picnics on the beach, shopping with his wife, vacations to various parts of the world and spending quality time as a family. Sabir is definitely  a family man. I think that's how he sees everyone around him, as his family.  When we were at their house in Dubai, he would roll around on the floor with them, help them read books, play with their toys, and teach them new things. I always wondered how he had the energy after a long day at work. . Even today his kids can't wait to have their father back in their lives. His 3rd child did not get to cuddle, or wake up next to her dad, or to see her dads smile or hug or see all the loving things his other children have seen. The past two years have affected them tremendously. His oldest son      is lost without his father. His behavior has deter rioted. His eldest daughter          has also suffered in the past two years. She does not like to hug or feel close with anyone. She is very closed off. She will not allow anyone in.

So Judge Wood I beg you to have leniency on Sabir when sentencing him. I know  he is regretful for what he has done and will do everything in his power to live a humble, simple life with his family.  For the sake of his children, let them grow up with a father.  Let them see his true character, that he is a friendly, fun, humble,  family man. Let them learn that people can change and live to appreciate all that life has to offer. Let them see that you can learn from your mistakes and make a change to be a better human being. I am a firm believer in second chances. Given the opportunity people appreciate all that they have and would never risk it to be taken away from them again. Please have these three little angels on your mind when you exercise your discretion by issuing a lenient sentence on Sabir.


Respectfully yours,

# LETTER 37

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

June 15, 2012

Dear Judge Kimba Wood,

       I am writing this letter on behalf of Sabirhan Hasanoff who is my dear and elder cousin. My name is      and I am a rising junior at New York University, College of Arts and Science, where I'm studying Economics and Business Studies. I've known Sabir all my life, and ever since I was a little kid I felt the presence of his fun and loving character. Aside from his cheerfulness, I've always recognized Sabir as a role model and I've aspired to work hard, be successful, and give back to family just as he has. You see your honor, Sabir was the first cousin in my family to graduate from college, and for that I have the utmost esteem for him.

       Judge Wood the reason I write this letter is to ask for your kindness, forgiveness and mercy. The man you are about to sentence is not some cardboard character that you've read about in a novel or watched in a film, he is a beloved son, a loving husband and father, and he is my cousin and my role model. Sabir is a family man, and his family is the essence of him.
       I understand that he is in trouble, and I am aware of the ongoing case. I do acknowledge that Sabir, as all human beings do, has made a mistake. However, all I ask of you is to remember that Sabir Hasanoff is part of a family that truly loves and cares about him. I suppose the thing about family is that no matter the mistakes they make, it is impossible to tear them from your heart. So, please try to see Sabir Hasanoff from my point of view too.

       Sabir Hasanoff has many great qualities that I cannot even begin to list, but I am know that he is a very hardworking, respectful, and honest man. You see your honor, he's helped my family through hard times by giving my parents advice and support. When we first arrived in the U.S., my parents went through financial difficulties, and Sabir genuinely helped us. Once my Mom and Dad saved enough, he helped them find and invest in a real estate property, as that was his hobby, and that really helped our family get established here and be financially stable. Because of his help in purchasing the property, the investment grew, and my parents are able to send me and my sister to college.

       Judge Wood, I hope you will consider the individual Sabir and what a good, decent person he is. If I've learned anything in life, it is that we continue to trust the one's we love because otherwise there's nothing to live for. Sabir Hasanoff is a good man, but even more so a great father, a husband, and an excellent son. He has three children,     and    . I know because I babysit them, I know because everything that is happening to Sabir affects his children and his family. Please consider Sabir and his family and be lenient in your sentencing.

Respectfully yours,

# LETTER 38

TOTAL P.04

The Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Wood,

My name is Numan          and I am an American Citizen residing in the UAE with my wife and five children.  I am writing to provide a character reference for Mr. Sabir Hasanoff.

Like many of the expatriates who have come to the UAE from all over the world, I came to the UAE due to career opportunities. I have known Mr. Sabir Hasanoff as my neighbor living in the same apartment building for about four years in the UAE, and we have shared a variety of family activities such as dinners, sports and picnics.

As a neighbor, I noticed Mr. Sabir Hasanoff's care towards others which he either expressed verbally or by his actions.  He got along well with many of the residents in our building.  Many of the working families living in the thirty floor building know each other due to the different facilities and activities that are held in the building like kids activities (Karate, swimming, gym, etc..) and the schools the parents send their children to. Like other parents in the building, the main concern for my wife and I was our children's schooling and after school activities.  I had inquired and discussed with many parents in the building including  Mr. Sabir Hassanoff the best schools in the community.   He took time and discussed the criteria for selecting a school like having a Western style curriculum and a nearby location.  He took his children's schooling very seriously and eventually sent them to a nearby prestigious Australian school.  After hearing that I have five children, he advised me very politely to balance my work schedule and give my family especially my kids more time and attention due to my hectic work schedule.  He also advised me politely to make more time for my wife by taking her out more often to restaurants and surprising her with flowers since she worked hard all day taking care of the kids.  He even offered to babysit the kids.  I can attest that his advise made me realize the importance of spending quality time with my family and also made me conscience of balancing my work schedule and personal life.

Mr. Sabir Hasanoff has also helped members of the community.  There was a Canadian couple who had marital problems where the husband was physically abusing his wife and oldest daughter. The wife and daughter had no one to turn to or support them in the UAE but Mr Sabir Hasanoff was instrumental in assisting them with shelter at a hotel until the wife's parents arrived to take her back to Canada.  When the wife's parents arrived in the UAE, they were very appreciative and thankful to Mr. Hasanoff for helping their daughter and her children.

Mr. Sabir Hasanoff was involved in helping very needy children.  There was a specific school located in a poorer section of the UAE where many of the students were either orphans or from very poor backgrounds. I remember when Mr. Sabir Hasanoff was involved in a toy drive for these kids and he advised others in the building to get involved as well.  Very similar to the "Toys for Tots" campaign in the United States.  I believe that there was about one thousand students at this school.  High end brand name toys were purchased from a

major toy vendor.  A Barbie like fashion doll was chosen for the girls and a very popular top toy was chosen for the boys.  It was a really touching moment when I saw the children full of joy and beautiful smiles as soon as the toys were given out.   I don't think that I can describe that beautiful moment.  Later on, I became aware that Mr. Sabir Hassanoff convinced his employer to donate toy robots to many students in the same school.

Finally I do want to mention that Mr. Sabir Hasanoff made an impact on my entire family by suggesting to me to take my kids to buy cat food and feed the hungry stray cats outside our apartment building that are always looking for food near the trash bins.  He said it would teach our kids compassion and love for animals early on in their lives.  This is now something that my family and I do regularly thanks to Mr Hasanoff's suggestion.  Now when we go shopping, my kids make it a point to stop by the pet food section to stock up on cat food.  It's amazing how one idea can make such an impact.

My family and I consider Mr. Sabir Hasanoff to be a person who has a positive impact on individuals and is a contributing member of society.  His compassion and eagerness to help others makes his presence felt.  As you can see from the above experiences that I had with him, he always helped people without any hesitation.  Your Honor, I would kindly request that you consider Mr Sabir Hasanoff's positive character traits and reunite him with his wife and three children who he loves very dearly and grant him his only wish to be with them very soon.

Sincerely,
Numan

# LETTER 39

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Wood


This is a character reference for my dear friend and former business associate Sabirhan Hasanoff.

My name is Oumar ████████ a British Citizen and Transportation Planner. I have been working in Dubai and Abu Dhabi since 2006 as a Chief Engineer and Transportation Expert working on infrastructure projects. I am also an investor in Real Estate which is where I met Sabir.

I have known Sabir for the last 5 years and have been touched by his energy, openness and professionalism. In summary Sabir is an asset to those who are fortunate to know him and his country.

During the 2007/2008 economic boom in Dubai, I was fortunate enough to be his investment partner in buying and selling property in the UAE. With his energy, knowledge of the industry and financial know how we were able to make intelligent and profitable investments whilst ensuring we did not over stretch ourselves. We also planned and embarked on ventures to profit from east-west trade, i.e. buying luxury clothing brands from his home city and fashion capital New York to sell in an increasingly trendier Dubai.

Sabir is unique in his generosity when it comes to investment. For example, whenever he would come across a great real estate deal or a business opportunity he would immediately look for ways to let others benefit from it, his family, friends and colleagues. He would call, meet and email close friends and family explaining what a great deal he has come across ensuring that they understand the potential risks involved. He preferred this win-win approach to taking bank loans. He would always do the leg work himself, free of charge.

Sabir's most outstanding attribute is his energy which emphasizes all that is good about him. We would visit property developer after property developer, night after night with no deals in sight yet his focus and sense of humor would often grow with the night and would rarely dim. Even after the Dubai and global financial collapse of September 2008 when the markets froze and the value of our assets plummeted he would constantly be looking for opportunities and openings from far east trade to bargain USA real estate.

Sabir is a devoted family man and an ethical Muslim yet open to all and understanding. His answer to what he considered unethical wasn't simply to distance himself from it but to find and benefit from its alternatives. Take for example banking, Islam (and now much of the whole world) considers interest loan based banking unjust as its making a business out of debt which, without rules and oversight, leads to exploitation. Sabir's response to this was not that of many devoted Muslims who simply leave western banks for Muslim banks, his response was lets work with western banks (in our case HSBC) to support their more ethical services, otherwise how would things change. This is the same approach he had a CFO.

Sabir's American heritage played a role in all his dealings. He had a capitalist outlook which was complemented by his generous social and religious framework. He believed in hard work and would spend long hours at work and beyond with bankers, executives and investors yet he would often enquire about a cleaner, or the victim of domestic abuse or ask me to give money to the family of a friend out of work. He would reminisce about New York and his Hispanic and Jewish American friends and colleagues as much as he would about Philly Stakes!

As a down to earth CFO of one of the largest conglomerates in Dubai he was instantly identifiable as a successful American Muslim. Sabir is exactly the type of everyday east to west, American Muslim Bridge that both the USA and the Muslim World benefits from. He is an inspiring example of how Muslims can succeed in and with the USA.

Your honor, as I have been told I cannot comment on his innocence. I hope and pray that you will see this incident as a "once in a lifetime" mistake. My experience of Sabir is so far from anything criminal or fanatical but is of a caring and successful man who was devoted to working within both legal and ethical barriers.

Your honor, I appreciate the chance to summarize my experiences with this wonderful human being and would like to offer to be present at the sentencing hearing.

Finally, your honor, due to his enriching generous character and hard working nature as well as the knowledge that this tragic incident is so out of his nature, I respectfully ask you to apply the lightest possible sentence.


Yours Faithfully



Oumar

21/07/2012

# LETTER 40



# UNITED STATES GOVERNMENT
# MEMORANDUM

---

**Metropolitan Correctional Center, New York, New York**

Date: November 16th 2012

MEMORANDUM FOR: TO WHOM IT MAY CONCERN

FROM: Rev. Steve Mun, Chaplain

SUBJECT: Mr. Hasanoff Sabirhan
　　　　　Register Number: 75730-083/ Housing Unit – 7 S

This memo is being written to acknowledge the outstanding contribution that Mr. Hasanoff has made as an active member of Muslim Faith Community at the MCC New York.

Mr. Hasanoff arrived at the MCC New York in May 2010 and immediately established himself as a faithful member of the Muslim community.  Mr.Hasanoff has been attending at weekly Jumah services and assisting for Jumah services in the capacity of helper for Mulsim community, and is doing a wonderful job in that role.

Mr. Hasanoff is in line for a Certificate of Appreciation for his outstanding service to the Muslim Faith Community.

The Religious Services Department sees Mr. Hasanoff a positive model for other Muslim inmates, and prays that he continues to strive for excellence in faith.

Rev. Steve Mun, Chaplain

# LETTER 41

Judge Kimba Wood
US District Court

August 15, 2012

Honorable Judge Kimba Wood,

My name is Dr. Richat.                  . I am currently a Director and Clinical Pharmacology Lead at
Pfizer, Inc.  I received my PhD in Pharmaceutical Sciences from Ohio State University in 1994. I
have worked on the research and development of various cardiovascular, diabetes and cancer
medications and authored over 100 publications in the area of drug research and development.

Sabirhan's father was one of my father's students in mid 1960s at Xinjiang University in China,
where my father was a Professor and Dean of Chinese Language Department; our families have
known each other for over four decades. I first met Sabirhan during my visit to his family in
Brooklyn as an old family friend soon after I arrived in the U.S. in 1989 from China as a graduate
student. His parents have always been hard-working, generous, warm-hearted and welcoming – all
traits that Sabirhan has.

Even at a young age, Sabirhan was helpful to his parents.  His parents worked very hard in their
newsstand, opening 7 days a week from 8 am until 10 pm, rain or shine. I would see Sabirhan
would come home from school and help his parents run the newsstand, and at the same time
worked hard at succeeding in school. As one of the eldest children in their community in Brooklyn,
he worked hard and others always looked up to him as a example to follow. Years later I attended
his wedding, where he had over 400 guests; many friends of his from all across the world and of all
faiths and cultures.

As our family backgrounds are similar, I can surely say that we very much appreciate the
opportunities the U.S. has given us.  Sabirhan's family endured a lot, fleeing from Uzbekistan, to
China and then coming to the US and starting life over.  Even though he was just a teenager,
Sabirhan was aware of the sacrifices his family made, and he worked hard to receive an education
and have a successful life. He took advantage of all the opportunities the U.S. has to offer and
established a great professional career. I know his family is incredibly grateful for all the U.S. has
given them.

As humans, we are prone to make mistakes and I am sure Sabirhan is incredibly regretful. He has a
wonderful family who will be there to support him after his release. I sincerely hope that you
would consider his family background and all his wonderful qualities and grant him a lenient
sentence.

Respectfully yours,

Richat          PhD

# LETTER 42

Judge Kimba Wood
US Federal Court
New York, New York

July 17, 2012

Dear Judge Wood,

My name is Risalet          and I am a mother of 3 teenagers (2 boys and 1 girl). I live in New Jersey and I'm currently working as a limo driver.

I am writing this letter to support Sabirhan Hasanoff. He is my best friend's nephew, and I have known him since he was a teenager. I got to know him much better when I was going through a very tough time in my life.

I separated from my husband 10 years ago. It was very hard, he left me and our 3 children for another woman, and did not ever support us financially. He was also abusive, there were many times when he tried to choke me in front of my kids and neighbors called the police. After he finally left our home, I was left on my own to raise our 3 children.

It was difficult; I had no other family here to help me. I turned to others in the community to help. Although Sabir was engaged and preparing for his wedding at the time, he heard of my news and asked my best friend (Sabir's aunt) how he could help. He paid for 3 months of my rent because I could not afford to pay it. I was trying to make ends meet cleaning houses and doing odd jobs here and there, but with 3 children, I couldn't afford all our expenses.

After a few more months had passed, I managed to get more steady jobs, but from time to time I still needed help with my expenses. My ex-husband gave me no support financially at all (and still doesn't). Sabir again helped me by asking his friends who were all working in good jobs, and he helped to raise money for me. He raised $3,000. I still remember the day I got the money, I cried as it was such a life-saver for me. Whenever he would see my kids, he would always put a few dollars in their pocket and spend a few minutes talking to them and asking them about school. Most people his age would be thinking about their next vacation or buying the next best computer, but he always was thinking of people who had less than him. After he moved to Dubai, he kept in touch and he would always tell me when the kids were older he wanted to bring me to Dubai for a much needed vacation.

I couldn't believe the news about him. I cried so much when I heard. He was always so honest, I saw him grow up to be a good person, smart, and a family man. I would always tell my kids about good role models, and Sabir is definitely one of them. He is someone you can count on and I ask you to please remember the good that he has done. Please do not give him a lengthy jail time, please let him come home to raise his children. I am now raising my children without a father and I know how hard it is. His children are very young, please let his children have a father in their lives.

Thank you,


Risalet

# LETTER 43

Honorable Judge Kimba Wood
US District Court of New York
500 Pearl St New York, New York

July 3, 2012

Dear Judge Kimba Wood,

My name is                and I am Sabirhan Hasanoff's aunt. I run a small business in
Brooklyn and have 3 children, one son in high school and 2 daughters in college.
Sabir's mother is my sister and we have a total of 11 siblings, 9 in NY and 2 in Australia.
Sabir is the eldest of all my sibling's children in New York and has always been a good
role model to all his cousins. As the eldest cousin here and the first to go to college, we all
relied on him. He would help his parents and grandparents and other aunts and uncles in
translating anything they needed and as he got older and in college, he was always there to
help any of us in bookkeeping and taxes.
I moved back to NY from Turkey in 1999 after the earthquake with my husband and 3
children. I remember Sabir as being devoted to his parents and always willing to help his
family. He would go to college, work at different accounting jobs and still make time to
help his parents run their newsstand.
Once he graduated college, he was so interested in business and real estate. – the things he
learned in college. He was always looking in newspapers, talking to real estate agents and
helping family members who wanted to invest. He would tell us about the stock market
and different ways of investing in stock market and real estate.
I really wanted to make something more for my family and I wanted to invest in real estate.
I went to Sabir and he took me around on the weekends and helped me find a property to
invest in. He helped me talk to banks to get a mortgage and helped me prepare documents
for my closing. This is how Sabir was to all his relatives, always helping all of us.
I hope you understand Judge that Sabir is loved by all his family. As the first one of our
children to go to college, he used that education to help all of us and made us all proud. He
was able to make a great career for himself, and still was there to help any of us. I visited
him in Dubai in 2009 with my daughter, sister and niece and he took time of from work to
show us the sights and spend time with us. We had such a great time – I remember he was
always telling everyone to come and visit him. He took us skiing, picnics, shopping and
sight-seeing.
Please be lenient on him. His family means everything to him, please let him come home
quickly.


Regards,

# LETTER 44

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

June 25, 2012

Dear Honorable Judge K. Wood,

I would like to begin by introducing myself; my name is            and I am an accountant with
            in Northern Virginia. I am the first cousin of Sabirhan Hasanoff, my father and his mother are
siblings. Sabirhan and I grew up in Australia in a very close knit family; we attended the same local high
school and were in many classes together in the same grade level, until his family moved away to the US.
Though we may have lived in two entirely different continents, this distance did not change our strong
family connection or our lifetime of friendship.

Our kinship was rekindled after I moved to the US in 1993 upon entering an arranged marriage at the age
of seventeen to a US citizen. Within a short time span I found myself in an abusive relationship and did
not know who to turn to for help. Being young, naive and alone (my ex-husband cut me off from other
family members in the US) in a different country and not having an understanding of the world, I was
distressed and confused. It was difficult to speak with the elder family members as I was embarrassed, but
being the same age and having grown up together, Sabirhan was the first person I reached out to for help.
Sabirhan, who as a brother would come to the defense of a sister, came to my aid and helped me to get out
of the relationship. Since I was unfamiliar with the legal system in the US and previously never had been
in such dire circumstances, Sabirhan helped me find a lawyer to begin divorce proceedings from my ex-
husband.

He also was there for me in the long-term; guiding me in making the right choices in order to prosper in
my life thereafter. I moved in with his family, and he helped me to enroll in the local community college,
where I studied for a year prior to transferring to a four year college; Baruch College where he was
already completing his bachelor's degree in accounting. He was actively engaged in the Accounting
Society at Baruch and also served as the President. Not only was he my mentor in my education, he
helped me to find an internship at an accounting firm, which turned into a part-time position throughout
my college years. I was not only working towards getting an education, but I was also financially stable. I
have a deep respect for my cousin as he was always looking out for my best interests. I can un-doubtfully
say that because of my cousin's constant support I graduated from college and moved on with a
successful career in accounting.

After having graduated from college, my cousin was very happy for me when I remarried, and supported me when I moved away to California with my spouse to begin a new life. He was very proud of my accomplishment, for the person that I became and I can strongly say that he was a great influence in the choices that I made in my life and I am grateful to him for the way that my life has worked out for the better. I am in a stable and loving relationship with my current spouse and have two lovely daughters. Though I moved away we still maintained our friendship because I have learned that family is the one thing that you can always rely on no matter where your life may lead you. Having a close knit family who support, care and work towards your best interest and go out of their way to help you simply because you are a part of the family made me feel as though I could conquer anything. I believe that I owe my cousin my sincerest gratitude in helping me and guiding me to become who I am today.

If there was anything that I could do to help him in return, I would do it in a heartbeat. I wouldn't need to think twice or have to discuss the issue on hand with my significant other simply because I know that Sabirhan would do the same for me, as he had done in the past. People make mistakes in life or find oneself in a situation where you do not have all the facts or comprehend what is actually going on. I am glad that my cousin was there by my side to guide me towards the right path when I made the wrong choices in life.

Therefore, I ask that you be lenient in sentencing simply because my cousin is of good character and has up until this period of his life lead a good moral life. He has proven time and time again that he has a sincere compassion for others and has an understanding that it is his duty to help others in need. I believe that he made a terrible mistake in this phase of his life; he made an error in judgment and regrets it deeply.

Respectfully,

# LETTER 45

" 10 "   08       2012 "

Honorable Judge Kimba Wood
United States Courthouse

I am the President for the Turkish side of the
International University. I have had this position for the past year here in
Kazakhstan. Before this, I worked at both Istanbul University and Gebze Yüksek
Teknoloji Enstitüsü (GYTE), (Gebze Institute of High Technology) in Turkey. I was
the Dean of the                          faculty for seven years and
of GYTE for three years. I also served three years as a board member on
the Council of Ethics for the Public Service of the Republic of Turkey.

I first met Sabirhan Hasanoff and his family in 1989 when I went to the United
States. I had the opportunity to get to know him better in 1995-96 when I attended
Columbia University for research. At this time, I was living in the same neighborhood
as Sabirhan and his family. His family had a newspaper and magazine stand.
Sabirhan was attending University and at the same time, helping out his family run
the stand. Everyday when I went to buy a newspaper, I had a chance to talk to
Sabirhan. Sabirhan was very interested in history, especially Turkic history and we
used to have long conversations about the history of our people. He was very proud
about his culture and family and the struggles they endured. Although he was
younger than myself, because of his polite, honest, friendly and trustworthy
character, we became very good friends.

In the following years, I went to the United States several times. Each time I went, I
had a chance to visit with Sabirhan. As always, he was generous, respectful and
hospitable. Sabirhan is very social and he likes people. In other words, he has a
characteristic which is sociable, outgoing and positive toward people.

When I heard about what happened, I was in shock. Sabirhan has always been a
person with the best of intentions and knowing how much he has helped others, I
believe he is a benefit and gain to society. Please issue him the most lenient
sentence possible.

Sincerely,

Prof. Dr. Salih

# LETTER 46

07 August 2012

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Sir

**Re: Sabir Hasnaoff**
My name is Sani           I am a Qualified Chartered Accountant born and raised in the UK
and have been living in the UAE for the last 8 years.
I am a friend of the above individual having met him during work in 2005; we quickly
developed a friendship due to his friendly and welcoming good nature.

I have been following his case with great interest and can only say I am utterly dismayed
at what has happened.

Sabir is one of the kindest, friendliest and considerate human being I have had the
pleasure of meeting. Whilst I have known him, I have seen him help considerable number
of people less fortunate then himself.

I am a member of a community initiative that helps feed the poor and needy on Fridays
and during the Holy Month of Ramadan in UAE. Over the last 7 years we have fed over
400,000 people!!
Upon joining the programme Sabir has been a keen and active member of this initiative
providing countless hours of financial and physical support, we have all missed him
immensely here.
Due to his friendliness and good nature he made a great number of friends with the
labourers we fed, even though he didn't share any common language or culture with
them.

I am personally unsure as to how effective this letter will be to his case, nonetheless I will
say this of my own personal free will, Sabir is a sincere, compassionate and humane
individual and he is immensely missed by me and so many members of society here.

I sincerely pray that the court can find it in its heart to find a compassionate solution for
our dear friend and return him to us as soon as possible.

Yours faithfully

Sani

# LETTER 47

July 15, 2012

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Kimba Wood:

My name is Shoaib          . I am a 30 year old father, husband, and Federal Revenue Agent with the Internal
Revenue Service (US Dept. of Treasury). I have known Sabir Hassanoff since graduating from college back in
2004. He and I met while we were employed at PricewaterhouseCoopers LLP and our friendship continued
beyond my tenure at the firm.

Sabir was an exceptional role model and adviser during my earlier years in professional practice. He was a
dedicated, highly energetic, and brilliant colleague. He went out of his way to make sure his staff was well
cared for and had all the necessary tools and knowledge they needed in order to do their jobs. On one
occasion, Sabir put his own career and reputation on the line when he solicited some of the partners to
promote one of his subordinates to "senior staff" while many considered the candidate to be ill equipped for
such a position. He even met with his staff on the weekends to show them how to study and tackle their
upcoming CPA examinations. Sabir instilled in his staff the need for an appropriate work life balance. He
exemplified this by volunteering for the local mosque via clothing drives, soup kitchens, and disaster relief.

He was an extremely generous individual often donating his money and spare time to any effort that would
benefit the local community, whether the recipients were people of his faith or not. For example, one of
Sabir's neighbors was a Mexican immigrant,          , who was supporting his 5 children back in Mexico and
needed to earn some extra income whenever he could. Sabir paid him to do upkeep on his house and
whenever someone needed contracting/repair services, he would always refer          , as a way to help boost
his income. I saw Sabir's kindness firsthand at one of his summer barbecues, when he gave          a box
full of toys and clothes that his children had outgrown.

As a new father, I often use Sabir as my "yard stick" for how a Dad should be. I often recall his patience and
wisdom in dealing with his children and I try to mimic his parenting techniques with my daughter. He would
tell me that as a father, your job is to provide your daughter with a moral compass and to be the voice of
reason and guidance. It is because of this that I believe he is acknowledging his mistake and admitting his
guilt.

I am aware of Sabir's guilty plea and sadly, I am humbly asking for your leniency in sentencing and I pray that
your sentence be merciful and not punitive. Please take into consideration the many lives that are going to be
touched and affected by your decision.

Respectfully yours.

Shoaib

# LETTER 48



Honorable Judge Kimba Wood
United States Court House
500 Pearl St
New York, NY 10007

Dear Judge Wood,

Subject: Sentencing of Mr Sabirhan Hasanoff

My name is                    I was born in a town called Khulja in Xinjiang
province China on the        Febuary 1974. I have now been living with my family
in Adelaide Australia since 1980.

Currently I am a director of a company called
Our core business is the supply of mud to contractors in the drywall industry in
Adelaide and Melbourne. We proudly source and import into Australia 80% of
our materials from various companies in the United States.

I am writing this letter to you on behalf of my cousin Sabir Hasanoff and ask for
your discretion in giving him the most lenient sentence you can possibly hand
him for his recent guilty plea.

Sabir is my favorite and closest 1st cousin from my father's side.  We were both
born in Khulja China and while he was in Australia we went to the same high
school and lived one street apart in the same neighborhood.

When he moved to New York in the early 90s we kept in regular contact. In fact I
lived with him in Brighton Beach Brooklyn for several months before finally
deciding to return to Australia.

Between 1993 and 1999 Sabir was busy studying hard to achieve his goal of
becoming an accountant and working for one of the big four accounting firms in
the US, which he finally achieved after years of hard work.

While Sabir was busy doing this I was going in a completely different direction
by dropping out of university, washing dishes for several years at the Adelaide
Convention Centre and then helping out at the family store.

In 1999 I once again paid a visit to my relatives in New York. At this time Sabir
was still studying in his final year at Baruch College.  We spent a lot of time
together both day and night. That year, I stayed at their home for 8 months
trying to get my life together and figure out my future.

As a result of Sabir's positive influence, 1999 in New York for me will be the most
memorable in terms of my life taking a positive turn for the better. His advice
about the importance of education, his advice about setting goals and working
hard to achieve them have all had a positive impact on me.

While in New York in 1999 I met and married the girl of my dreams, Sabir was an integral part of my wedding as he organized many surprises for me, such as a limo hire, he also paid a lot of the expenses of the wedding on my behalf.

I owe this man a lot for all the good things he has done for me. He arranged for and paid for goods that I imported from Dubai, which included a container of basecoat for drywall and he helped me source and negotiate a deal on beverages from the UAE. It is actually from his loans, advice and running around on my behalf in Dubai that my business started at all.

I am still continuing the drywall mud supply business, which Sabir helped me to start approx 5 years ago.

The last time I have seen Sabir personally was in 2009 during a family visit to Dubai, we also subsequently met up in New York in the same year. We spent time while I was in Dubai travelling through the Emirates; he took me camping and scuba diving in Oman for a couple of days which was a very memorable time for me. Sabir always was up to take his guests camping, fishing, bowling, or just any thing where an entire family can have a good time.

Sabir's nature is one of a gentle giant, so this is why I am in a state of shock as to his current situation. However people make mistakes, and therefore I am urging you, your honor to please grant this man leniency in his sentencing.

He has a young family who are missing him a lot; he needs to be a father to his children, and a life companion to his wife. I also need his guidance in business as he has immense experience in this area. Lately, our business has been growing and usually we turned to Sabir for business advice and coaching, which we cannot now due to his circumstances. Our community needs him, so that others can look at him as an example of the success that can be achieved with hard work and persistence. Sabir has visited Australia a few times and literally has dozens of uncles, cousins, and relatives here. He always kept in contact with all of us by phone, email and even made a surprise unannounced visit one time during one of our relatives weddings. That's just the kind of guy he is.

On that note please Judge Kimba Wood, use your discretion to give Sabir the lightest possible sentence that you can, he is needed by a lot people both in the USA and Australia as one of the pillars of our respective communities.

Respectfully yours,

# LETTER 49

To The Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


    My name is Susanne     and I have had the pleasure of being a neighbor to Mr. Sabir Hasanoff and his family. We were neighbors for four years. They loved the luxuries of life and enjoyed going out as a family regularly and loved to go to different restaurants and new places. I remember them being very concerned for their children's education and eventually putting their children in Victorian Australian School.

    Having said that, I must say a particular event sticks out to me the most which describes the type of person Mr. Hasanoff is. We were acquainted with a Canadian couple who had five children. The wife revealed to some of the neighbors that her husband was physically abusive to her and her eldest daughter and that she decided to leave him but she had no one to help her, and had no money, and her passports were with her husband. Eventually the Canadian lady left her husband managing only to take her eldest daughter and leaving her other four children behind. She had no money, no identification and no family. At that time, Mr. Sabir Hasanoff and his wife took her in and she stayed in his house for a while. He also paid for a lawyer to represent her and work on getting her kids back. He also sent a letter to the Canadian embassy asking them to help her. Furthermore when her parents flew in from Canada he not only welcomed them in his home with open arms but went the extra mile in order to make them feel welcomed. He also helped pay for her living expenses. Mr Hasanoff also took in her housemaid who at the time was a 21 year old Ethiopian girl who seemed a bit shaken by the experience. He did everything that he could to make her feel safe, comfortable and welcomed in his house.

    I would ask you your honor to take into consideration Mr. Hasanoff being a person with these attributes as an asset to society. Also considering the amazing father he is who I regularly saw going out with his children, a good husband who adored his wife and a man who did not turn away from a person in need.


Sincerely,

Susanne

# LETTER 50

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Friday, July 6th, 2012

My name is Tejbhama          and my husband's name is Chanram          . We
migrated to Canada in 1981 from Guyana, South America. We moved to Canada to
provide our family with a future full of opportunities. For the past 16 years I have been
working with the Peel Public District School Board as a teaching assistant. My husband
is a Certified Accountant and Financial Auditor. He is now retired but worked for the
Ontario Ministry of Health and Long Term Care Cluster for 30 years. We have two
daughters,

It is every parent's worst night mare to know that their child is suffering at the hands of
an abuser.          , her husband          and her children moved to United Arab
Emirates in 2003. Once they moved all of our communication with          was cut off.
        's husband was very controlling and did not allow her to have any communication
with us. We had many sleepless nights as we had no idea what condition our daughter
and her children were living in. One night in 2005 our worst night mare came through;
        called our home abusing us that we must make arrangements to get our daughter out
of his life but we still had no contact with          . The absurd calls came every once in
awhile from          in the wee hours of the night. May 9, 2009, after many years we heard
our daughter voice;          and her oldest daughter had been brutally thrown out of their
home. We learnt that          had 2 more children whilst residing in Sharjah.          was
completely distraught and extremely worried about her four other children. Of course my
husband and I were struck with fear as          was there by herself. We quickly learnt
from          that she had a community of support. Sabir's name was one of the first
names mentioned to us when we were conversing with          . She had mentioned that he
was gathering the community together to help her and her daughter with a place to stay
food to eat, clothes and her legal fees.

Our first thoughts on Sabir's character was how kind and giving. We had not met or
spoken to Sabir but yet we were forever great full to him for the support and generosity
him and his family poured out to our daughter and her children. We were in constant
contact with          and she frequently gave us updates on how her situation was
unfolding.          kept on reassuring us that Sabir and other members of the community
were doing everything possible to help her and her children
return back to Canada safely. In August of 2009, we made a trip down to the UAE. We
had the great fortune of meeting Sabir and his family. We all had dinner together. Sabir
came across as a very calm and composed individual who held stead fast that supporting
        and her children was a priority for him and his family. During our time spent in
the UAE and with Sabir we noticed he was a very good family man who ensured the
comfort and stability of his family. In our opinion a sign of a good man is how well he
treats and cares for his wife and children and Sabir's character exemplified these

sentiments. Before my husband and I had to leave the UAE, Sabir reassured us that he would continue to do his very best to ensure          and          's safety.  We did leave UAE with the feeling that our daughter and granddaughter were in good hands.  Our differences in religious and spiritual beliefs played absolutely no part in hindering our friendship.  At no point did my husband and I feel Sabir discriminated against our beliefs. At all times Sabir and his family treated us like family and accepted us into their home just like family.

Right until the very end of          's stay in the UAE, Sabir stayed true to his promise to us and was a key element in paving a safe way for          and her children to return home to Canada.

As we are not sure of all of the details of Sabir's current situation, based upon our humble encountering with Sabir we can attest to scotch clean, respectable character that he is role model family man and he will go above and beyond to help others.

Best Regards,
Tejbhama          and Chanram

# LETTER 51

Honourable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007

15 July 2012

Subject: Character Reference - Mr. Sabir Hasanoff

Your Honour,
As part of introduction, I am Mr. Timothy          - a British national born and bred in Manchester
and Cheshire, UK. I am now resident in the United Arab Emirates (UAE) in the Middle East where I
am employed as the Human Resources Manager of a private firm called "R Holding LLC" which is
owned by one of the UAE royal families.

I have known Mr. Sabir Hasanoff since 2007. He and I were first acquainted in a work capacity while
he was with PricewaterhouseCoopers Dubai-Middle-East headquarters office and I was with
PricewaterhouseCoopers Jordan. We were then better acquainted in a social context at monthly
meal get-togethers in the town of Sharjah, UAE. After I resigned from my employment with
PricewaterhouseCoopers Jordan, Mr. Sabir Hasanoff kindly referred my résumé to one Mr.
             at the firm where I continue to work (R Holding LLC, United Arab Emirates). I relocated
for this new work to the UAE, and Mr. Sabir Hasanoff welcomed me warmly to my new surroundings
when I was yet new there.

I have a great deal of respect, admiration and affection for Mr. Sabir Hasanoff as a colleague and as a
friend. I envy his personal qualities and traits which make for a very rounded and grounded person,
who clearly tries not to waste a single day of his life. In spite of Mr. Sabir Hasanoff's recent
circumstances (incidentally I am not properly au fait with the details of his current situation and
what has led to it); I am content to assert that I consider him a good and reliable friend of good
morals and upright character. I was both puzzled and distressed to learn of my friend's
circumstances after he vanished without explanation from the UAE and did not return (some two
years back very close to the time of the delivery of his third child).

Throughout our professional and social relationship I have always viewed Mr. Sabir Hasanoff as a
confident, deeply honourable and reliable person both inside and outside work; no masks, pretence
or snobbery. What you see is what you get with him and, in my company; the man never has never
"performed" a persona/act for different audiences and contexts whether with his seniors or juniors.
His abruptness of speech has sometimes offended my British manners, but he has always spoken
openly and honestly with me which I appreciate. This is reassuring about his personality and gives
me confidence to write this reference. The man is a dedicated and very self-motivated professional.
He is very demanding and knows how to get the very best out of people. In many ways, I would
want to emulate him because his energy and drive to make such a positive impact on people and the
world have impressed me.

I have a good deal of admiration, affection and respect for Mr. Sabir Hasanoff because he is very
much a doer and not a talker. In my experience, he has always followed professional meetings with
deliverables – always punctual, no nonsense and work/responses produced to excellent standards.
Whether in or outside work, his word is good and he isn't shy - he has the courage to "tell it like it
is". For instance, I cannot think of a single example in his company where he preferred to lie or give
a white lie to excuse himself – he is a straight talker and holds no punches.

What stands out the most about his personality is his not letting people in need of charity or moral support go ignored. I know very well that he would feel uncomfortable for me to extol the virtue of his charitable nature, but I am compelled to include it in this character reference. I have not met a more concerned, compassionate and altruistic gentleman than Mr. Sabir Hasanoff and this is what I mean by my wanting to imitate his traits. Where most of us feel sympathy for those in need and perhaps fail to follow up with help or action, I have never seen Mr. Sabir Hasanoff hesitate to put his words into action to give of his own money and to motivate others to help out the poor, the sick and the needy in society. In the time that I have known him, he has helped countless individuals and families in need – without prejudice to race or ethnicity. For example, he rallied friends' and colleagues' help to ease the plight a family in the town of Ajman/UAE near Dubai whose circumstances were desperate (poor health and mounting financial pressure) and his life on this earth has had a real and positive impact on the lives of many families who would perhaps have suffered calamity if it weren't for Mr. Sabir Hasanoff's good nature and generosity.

A second personality trait of Mr. Sabir Hasanoff which warrants inclusion (in light of his self-assuredness and confidence) is his willingness to accept criticism and to make changes without being stubborn about it. For example, when his children were much younger, one of his peers pointed out a fault that he was "married to his work" and should spend more time at weekends playing with his son and daughter. He surprised me, I expected that Mr. Sabir Hasanoff would respond with anger, but he mulled it over and moved on maturely. Sure enough – he made the change the very next weekend and continued thereafter to be attentive and more available to his family at home at weekends without any detriment to his work life. I have visited him at his home and he is a commendable husband and father – affectionate with his wife and children and not the corporate suit or macho type who is locked away in his office. Most of us would not take kindly to peers interfering into our home lives in the company of others, but Mr. Sabir Hasanoff is blessed with patience and a propensity to be a good person - to do the right thing if he has been at fault.

From what I have seen of him over the years - it is in his nature to critique himself and to seek to correct what may be amiss in his life without recourse to complaint/whinging. I implore you to consider these observations by someone who has spent time with Mr. Sabir Hasanoff and has seen him on good days and bad days, highs and lows. Whatever be the reasons for Mr. Sabir Hasanoff's current circumstances, I am confident that he will put any offence behind him, make the best of his situation and turn over a new leaf because he is not the type of person to stagnate and not make a positive change.

Yours respectfully,

Mr. Timothy

# LETTER 52

Honorable Judge Kimba Wood

United States District Court

My name is                    , and Sabir Hasanoff is my cousin. I live in
New Jersey with my parents, and my two siblings. I study nursing at Ramapo
College of New Jersey.

Seeing as he is my oldest cousin, Sabir has always been someone that I consider a
role model. He is responsible and intelligent, as a role model should be. He's also funny
and caring, which are important traits too. As people are wont to do, they emulate their
role models and take on some of their characteristics. At the risk of sounding a little
conceited, I consider myself to be a very responsible, intelligent, funny, and caring
person. Sabir Hasanoff is largely responsible for helping to instill these very important
qualities in me. Considering that I'm headed into a field where these traits are valued,
Sabir will have helped me succeed in a career in which I help sick people get better.
There aren't a lot of people that can claim to have helped inspire change and healing,
albeit a bit indirectly, in this world the way that Sabir Hasanoff will have. He is still very
much the same person that I remember looking up to when I was growing up.

I understand that his sentencing falls on your lap, a task that cannot be approached
with a heavy hand. A human life hangs precariously in the balance, and that is a very
serious thing to acknowledge. Everyone in life mistakes, some bigger than others, but I
believe that everyone should have a shot at redeeming themselves. Sabir, given his
humility, is undoubtedly remorseful for his past actions. If anyone deserves a second
chance, it's my role model.

# LETTER 53

Honorable Judge Kimba Wood
November 6, 2012

Your Honor,

My name is Zarir            and I recently wrote a character letter for my friend, Sabir Hasanoff.

There was an incident that I remembered recently, which I thought would be important for you to know and could give you more of an idea of the type of person Sabir is.

In 2008 I received an email about a woman in Brooklyn who was divorced, unemployed and unable to pay for her young son's school fees. Her son's name was            and he attended Alnoor School in Brooklyn.

My mother was never divorced, but a widow at a young age who never re-married. I remember there was a time after my father passed away when my mother worried about how to pay for our school fees. After reading the email about     and his mother I remembered my own mother and her struggles.

However, at the time I was unemployed. I gathered what money I could and approached Sabir, who was my neighbor at the time, and requested if he could contribute to Said's school fees. A few days later I received an email from Sabir with a receipt from Al Noor School – Brooklyn for a payment of $300 dollars made towards            's school fees for the academic year.

He had donated his own money toward the school fees of a boy who he too did not know and had helped a woman he had never met.

My own family's difficult past obliged me to provide what little help I could for this boy and his mother. But for Sabir, I know it was just his nature to participate in helping people he knew or didn't even know, whenever he felt an opportunity to do good had come his way.

I am sure you will notice this trend in the other letters his family and friends would have written to you. I have attached a copy of the payment receipt from the school and the email that I received from Sabir (in which the receipt was attached) for your kind review.

I only hope and pray that Sabir can soon rejoin his family and friends and continue to play the positive role he has throughout his life.

Kind regards,


Zarir

# LETTER 54

To:

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

My name is Zeid ▓▓▓▓ the Group Head of Internal Audit at ▓▓▓▓▓▓▓▓▓, I have worked with Saber Hasanoff for 12 months from April 2010 till end of April 2011. Being the Head of Audit and since Saber was the CFO of the company we had regular meetings and discussions almost on daily basis during working hours.

I was already with the company when Sabir joined in April 2010, he handled the financial responsibilities for the company, and he was honest, fair in taking decisions and was successful in handling the responsibilities as CFO. He used to share with me his activities and plans over weekends and showed me couple of photos with his kids on the beach which demonstrate fatherhood spirits and I can assume he is a family oriented person.

I respect him and got to know him more while we were hanging out during lunch break couple of times for sushi, I can remember that he respects old people and shows sympathy for poor. We all in the company were shocked when we came to know that he was arrested for investigation, it was extremely not expected and wish we can see him back into his family and to rebuild his profession which has been impaired.

I believe that he is a kind and polite person and wish him all the best.

Zeid ▓▓▓▓

Group Head of Internal Audit