VOLUME 1

# EXHIBIT 1

# LETTER 1

The Honorable Kimba Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

September 1, 2012

Dear Judge Wood,

     My name is           , my wife's name is           ; and we are the parents of Sabirhan Hasanoff. We are writing with heavy hearts to ask you to please have mercy on our son during sentencing. We are aware of the seriousness of the charges, and we are deeply saddened. We raised our son to be honest, hard-working and generous. We humbly ask the Court to consider Sabirhan's good qualities when imposing his sentence.

     My wife and I immigrated to America in 1990 as refugees from Communist China, having originally fled from Soviet Russia, where we were both born. Before coming to America, we also lived in Australia for a time. We were overjoyed to be in Australia and then America with our three children.

     As the eldest of our three children, Sabirhan was extremely mature. Sabirhan studied hard and still helped us by holding down jobs after school and on weekends and helping to run our business, a newsstand in Brooklyn. Even at a young age he was very sensitive and giving. While working in the newsstand in high school he would meet all different kinds of people. He was friendly with all the neighborhood shopkeepers and if he knew someone needed a job, he would immediately try to find one with one of the local stores. As he got older and started his career, he was extremely generous and charitable. Although we are saddened by the circumstances he is in, and of the mistakes he acknowledges he has made, after reading the many letters of support from others whose lives he has helped, such as the abused woman and widows, we are proud of this part of him.

     The last 2 ½ years without Sabirhan have been very difficult ones for our family. Please your Honor, when you sentence Sabirhan we ask you to consider his wife and children. We cannot imagine what a long prison term will do to the health of his wife and kids, and our health in our old age. I know Sabirhan deeply regrets everything, we have spoken many times about this with him. Both Sabirhan and myself have also said together many times how thankful we are that he is here in the USA, where there are courts of law and justice, and that we can write to you, your Honor, to plead mercy and to ask the Court's forgiveness. In the days of Communism I have seen with my own eyes relatives and neighbors taken away and no one ever knew where they were taken, or what the government did with them. Even after the last 2 ½ years of heartache, we still love this country and are thankful to be here.

On behalf of Sabirhan and our entire family, we humbly beg the Court for forgiveness and plead with you to show mercy on Sabirhan at his sentencing.

Respectfully,

Translated from Uzbek to English by

# LETTER 2

Dear Honorable Judge Wood,

My name is _____ and Sabirhan Hasanoff is my elder brother. I am currently a Senior Business Analyst at IBM and a very tired but proud Mom to a toddler and newborn baby girl. I completed my BA at NYU and MSc at the London School of Economics.

As a family that has never experienced any legal issues, it has been a steep learning curve the past two years. I have been deeply involved in my brother's case, from the moment he was arrested through retaining lawyers and prison visits. I have done so not just because he is my brother, but because of the deep love and respect I have for him. I understand the seriousness of the case and we both have cried many tears during prison visits, but I urge your leniency and mercy on him during sentencing.   My brother is someone who is truly genuine, with a big heart that helps anyone who reaches out to him.

My parents grew up in China as the children of Uzbek refugees who fled during the Bolshevik Revolution.  They were accepted as refugees and settled in Australia in 1980 – Sabir was 3 years old and I was an infant.  When I was in junior high school, we moved to NYC to re-join maternal relatives living here.

In NY, my father ran a newsstand in Brooklyn.  I was terribly embarrassed about it; I wished differently, that my Dad was a lawyer or doctor; that I had a "normal" name and came from a "normal" place, and I hated the seemingly suffocating circle of relatives.  Our family was, and still is, like My Big Fat Greek Wedding– big family dinners and endless streams of cheek pinching aunts & uncles.  I had to mature, and only when I became a wife and mother, did I fully appreciate my family and enjoy our gatherings.

Sabir on the other hand, was incredibly mature and even in high school, understood the value of our family and where we came from.  On the weekends and after school, he would shoo my mother out of the newsstand to help.  I know he was teased about working in "the box" as we called it, but unlike me, he didn't care – he was more concerned with helping my parents.  Money was tight and he would seek out extra jobs on the weekends.  I remember he did everything from selling toys on the sidewalk, selling odds and ends at the Aqueduct flea market, being a cashier at markets – all while he was in high school.  From this came his love of "business" as he called it; he had a day job as an accountant, but he was always seeking out business ventures – from an online startup, to real estate, to import/export from Dubai; it became a running joke in the family, as most of them failed or he would be duped by some scheming partner who told him a sob story.

As he got older, his help extended to others.  Whether it was accounting help, match-making single friends & family, translating for our grandparents, gathering used clothes for clothing drives at the local mosque, sending charity money to poor relatives in Uzbekistan and beyond, or just massaging my

mother's arthritic legs, he was more than just the typical older brother. As teenagers we had our spats, but looking back now I see the type of person he was – generous, devoted to family and deeply concerned about those around him and in the larger world – traits that I hope my children will have.

Sabir was also deeply interested in history and our own family history. Our family history was marred by communist revolutions, gulags, political prisons and exile. Sabir's hobby was reading history books and listening to old Uzbek folk songs my parents listened to ("old people" music as we called it back then). My parents would tell us horrible stories of how the Communist Revolution in the USSR decimated our family, and how they grew up in fear in Communist China. My parents were raised afraid to show any semblance of religiosity, afraid of even talking about politics - as the consequences in China was imprisonment, or worse. I took them as vague stories, but I know it deeply affected Sabir to know the circumstances our family had faced.

Sabir took a trip to Uzbekistan when he was in college and took reams of photos and video to document our family history. He sought out relatives we hadn't seen in 3 generations and visited the site of the prison where both our maternal and paternal great-grandfathers were held by the Bolsheviks for being a "bourgeoisie" land-owner and having a copy of the Quran at home – this was something punishable by long stints in prison and gulags in the early days of Atheist USSR.

He wanted to show me and other younger family members that we were not just accidents of history that came from some weird place, but that our family had roots and a rich history. He worked hard both at home and in school and took my parents side in demanding we made something of ourselves. He took full advantage of all the opportunities my parents never had – he would hold down internships in college, was President of the Accounting Society and still made time to help them in the newsstand.

Sabir is someone who is deeply thoughtful and since he was young, has shown concern not only for those around him, but for those less fortunate around the world. He empathized deeply with the difficult stories my parents told us of their experiences growing up in Communist China; of poverty, neighbors and relatives disappearing at night, political prisons and powerlessness against larger world events. I believe this ingrained in him a deep sense of empathy and compassion and a drive to help others less fortunate.

Judge Wood, I understand the seriousness of the case. Sabir has confided in me many times since his arrest and I know how deeply he regrets his actions and how much he misses his children. I ask you to not allow one mistake to define the rest of his life; I ask you to show your compassion to him and show leniency in your sentencing. Please let him raise his children to have the good qualities he has shown time and again, please show my parents that we now live in a free country where people are not thrown in prison for generations, but given a second chance to right their wrongs.

Respectfully yours,

# LETTER 3

July 26, 2012

Dear Judge Wood,

My name is                    and I am Sabir Hasanoff's wife. I obtained my BA from the Fashion Institute of Technology and I married Sabir in August, 2001. We have three children together,

It has been a very painful two years, especially for my children. Sabir was an extremely devoted father and our children miss him. As my husband and best friend, I want you to know what kind of person he is and why he deserves a lower sentence.

Just a few days ago, my son had $5 in pocket money and as we were walking, he put it into the cup of a homeless woman we always see. At the time I was angry, but as I write this letter telling you about my husband, this reminded me of how caring my husband has been throughout his life, and how proud I am that my son has the same qualities as his father.

I grew up in the US as the children of refugees from Afghanistan. My parents had seen war and poverty, but I thankfully, had never seen that. I had never traveled anywhere, until I got married, and Sabir loved to travel. He took me to fancy resorts in Malaysia, Mexico, Florida etc, Once we moved to Dubai, his job sent him to places we would normally never go. As usual, the kids and I went with him. We would always take city tours and as we were visiting the sites, he always pointed out poor children trying to sell touristic things. I had never seen little kids without shoes, out of school and looking at our meals with hungry eyes. It broke our hearts to see this, but this is one of the things I love about my husband, that he wanted us to know how grateful we should be for all we had. These trips were more memorable than our resort vacations. The qualities that attracted me to him 11 years ago have been unchanged since, caring, devoted, and extremely generous. It is very painful to read about him and al-Qaeda in the same sentence, as Sabir is the exact opposite of all they are. He taught me so much about being a giving, loving person and to care about people less fortunate.

Your Honor, I would love to write about all those Sabir has helped, but this letter would be pages long. Whether it was an orphan, an abused wife, or a person he had just met, he was always trusting and giving and urged me to be the same. I was always more cautious, and worried that he was too trusting and at times taken advantage of, but Sabir always had a smile and always focused on the best in people.

When I gave birth to my first child in 2004 and I underwent severe post partum depression. Sabir came up with an idea to sponsor an orphan for every child we were blessed with – he wanted to show me that I could get through it and do something meaningful (I have attached the progress report of the 2 orphans we sponsored). We sponsored 2 children and intended to sponsor our 3rd when our third child was born, but Sabir was not able to as he was already incarcerated.

Your Honor, this is the most difficult time in our lives. When Sabir was arrested in Dubai, I was 7 months pregnant and alone with 2 young children. I was threatened by the Dubai authorities; we had our passports seized and denied access to our bank accounts. I was forced to fly back to the US against my doctor's orders. I was held at the airport by US Customs and Immigration with severe cramps and trouble breathing. Only after I requested an ambulance many times, I was rushed to the hospital from the airport. I had severe stress and anxiety because of Sabir's arrest, and it caused me to give birth to my daughter prematurely. My daughter was is the NICU for over a week with breathing and feeding tubes and an IV. My first 2 children were born normally and healthy, with Sabir at my side, and it is the most heart wrenching thing to see your little baby like this, and even worse without my husband by my side. Since her birth, she has been in the care of neurologist, physical and speech therapists. She has seen a cardiologist for an atrial septal defect in her heart. Just recently her pediatrician advised me to see an orthopedic doctor because she might have scoliosis. Up until his arrest I had a perfectly healthy pregnancy and my husband's arrest now has lifelong impact on my daughter's health and future.

My children desperately need their father. He was such a devoted Dad, I have included family pictures, and as you can see, he was a hands-on Dad that had an extremely close bond to his kids. With my 2nd daughter, because of her health and his incarceration, she doesn't recognize him as her father. I haven't told my children he is in prison – they think he is working at a new job. They don't understand why he no longer lives with us, and always ask for him. At times, they cry and ask for him and can become very aggressive and emotional. They often ask what happened to our house in Dubai and why they don't have their own rooms or beds anymore.

I'm pleading you don't let this one grave mistake take away the most crucial time in our lives; I desperately need him to help me raise our children. Any long sentence you give him will be such a punishment for our blameless children and I would ask for you to grant Sabir the lowest possible sentence in your power.

I believe that the loss of his credentials, his loss of accreditation for his profession, and the loss of respect in the community, as well as the freedom he had is nothing compared to children growing up with a father in their lives. My father passed away 3 months ago, and even as a grown woman, it still aches and I long for his fatherly advice and presence.

I respectfully ask you to take these words into consideration when sentencing him, I ask that your sentence be merciful and not penalizing, and that you take into account all the people whose lives he has touched who will consequently miss him, and especially how his absence will affect the lives of our young children.

Thank you for your time and consideration.

Respectfully,

# LETTER 4

Honorable Judge Kimba Wood

U.S Courthouse

500 Pearl Street

NY NY 10007

     My name is            and I am writing this letter to try to shed some light on the character of Sabir Hasanoff. I think I have a pretty good grasp on what kind of person he is, seeing as how I am his only brother ( He is 7 years my senior). As a quick background about myself, I graduated from Baruch College with an accounting degree and worked for a large auditing firm for a few years. Currently, I am an owner/partner of a beverage manufacturing/import/export company operating in the U.S and Australia.

     I guess the best way to go about keeping this letter as short yet comprehensive as possible, so as not to take up too much of your time, would be to talk about my brother's traits and some examples that I have witnessed in my life. As I am sure many other people have attested my brother was a very friendly, outgoing, caring individual. Although he did have a slightly short temper in his teenage years, which was reserved for situations that deserved it, his marriage and kids seem to have extinguished that all together.

     In our neighborhood in Brooklyn, the kids on the block, including many of my friends, looked up to my brother as a role model due to his success in life. Whatever he did, we emulated. The reason I played sports was to be like my brother, who was on his high school tennis and track team. The reason I went to Baruch and majored in Accounting was because of my brother. The reason I also found spirituality in my life was because of my brother. Some of my friends went on to become accountants and work in finance, due to my brother's influence. In the late 80's and early 90's, the Brighton Beach /Coney Island area of Brooklyn was not the best place to be. Whenever I see some of the kids we grew up with today, lounging around the streets, smoking god knows what and unemployed ( and not because of any financial crises); I shudder to think how I would have turned out if not for his influence. Some of our mutual

friends today still joke that they hope Sabir gets out of this current predicament as soon as possible because no matter how much I help in the community or how many corny jokes I tell; I can never fill my brother's shoes.

There have been numerous times where I have been taught by my brother about the simple motto in life; do unto others as you would have them do to you. As everyone knows, this is not only a spiritual maxim, but also the golden rule for all humanity. I have seen him many times spend his time and money to help others, even people he did not know well. My friend who returned from Iraq as a depressed alcoholic, a family who lost their daughter on Sept 11, orphans in third world countries, and of course, myself, when I was a somewhat unruly teenager. I wish I could tell all the stories of the people's lives he has touched, whether they are in the U.S, Dubai, Australia or anywhere else in the world.

Every person has good traits and some flaws. To give a complete picture, although my brother was very keen on helping others, he had an aloofness and cheerful attitude about almost anything. I do know if it was to make sure he did not get angry like he would sometimes when he was younger, or just a natural trait. In his generosity, he would overlook the miser trying to freeload off of him at dinner. He would not notice the hypocritical acts of some "friends" and the way some people became closer and closer as he got higher and higher up the corporate ladder. Even the dirty looks of in-laws would mostly go unnoticed. Although this is not an excuse for anything in life, sometimes knowing the overall character of a person can help explain certain actions and how some people may end up in certain situations.

I am not a legal specialist; I do not know the many technicalities of the law or this case as your honor. The only thing I am trying to do is open your mind to what kind of person Sabir really is. Although I know from a legal point of view it probably is impossible, but I wish there was a way for you to sit down one day with my brother and just have a conversation with him so you can see how true all of these statements from his supporters are. At the end of the day, I know you will look at all the facts of the case and give a fair verdict on his prison sentence. I just hope that while you are doing so, our letters of support are in the back of your mind. I also hope that you take into consideration everything he has done for society, not only in his

community, but literally around the entire world along with his wife, children, my parents and his entire family who miss him in our lives every day. I have seen and spoken to my brother many times at the MCC. I know he is truly sorry and repentant and has taken full responsibility for his actions. He told me just a few weeks ago how sorry he was and how he looked forward to the day when he can come back home, back into society, and back to doing what he does best, helping others and making the most out of every moment.

Sincerely,

# LETTER 5

My name is Nouridine        and currently I reside in Brooklyn NY.  I have known Sabir Hasanoff since

my arrival to the United States in 1995 from West Africa.  I lived in an apartment owned by his uncle,

next door to Sabir, from 1995 up till 2003 when I joined The United States Army as a Specialist, 210th

Forward Support Battalion (FSB), based in Ft. Drum, New York.  He had always been a person of positive

attitude and very well mannered individual.   Even though Sabir was my senior, he treated me with

nothing less than respect, just like he did his own family and younger brother.   Sabir's family and my

family had similar backgrounds and upbringings, all being from foreign country and in America for better

opportunities made it all easy for us to get acquainted with one another.

 I used to hang out with Sabir and his brother all the time in our neighborhood since I came to the U.S.

When Sabir moved to Queens in 2002, a year prior to me joining the military, he would come around

every weekend to visit his family and would converse with me often, as my apartment is next door to his

parents.  We had a lot of great times hanging out in the neighborhood.   Sabir's dedication to higher

learning was admirable.  He encouraged me to stay in school and better myself.  He himself attended

Baruch College and graduated with an accounting degree.  His brother, who is a close friend to me, later

went on to graduating from Baruch as well, much credit due to Sabir by leading with example.  He

helped us stay out of trouble because he himself did not get a chance to go to a better high school,

instead excelling at the local zoned school.  He advised me to attend Baruch and explained the benefits

of entering the field of accounting, but at the time I had military set on my mind and would to try

something different first.

 In 2006, I was honorably discharged from the military after three years of service and a 13 months

tour in Baghdad, Iraq.  After my separation I returned to Brooklyn to my home in Brighton Beach.

Transitioning into civilian life was not as easy as I thought it would be.  My experiences in Iraq turned me

into a different person.  A few of my fellow soldiers have been injured and killed while deployed.  I had

problems getting rid of a lot of disturbing thoughts, so I did the easiest thing I could, I turned to drinking

on a consistent basis.  Drinking was temporarily keeping me sane until it wore off; I was slowly

destroying my life and found myself only hanging out with people who were also alcoholic or similar.

During those times, Sabir would visit every time he came back from Dubai and speak to me like his little

brother, gave me guidance and preached positivity to me.  He explained to me how I can do the same

thing he did, attend school and a make a success of myself. I didn't think it was possible for me attend school, especially not a top rated business school like Baruch. He insisted I had what it takes and just needed to work hard. He assisted me in applying to Baruch, and gave me guidance and the blue print to his success. It wasn't easy but I got accepted, and I graduated Baruch two years ago with my accounting degree. I am currently working as a tax accountant and will be going back to Baruch in January for my Masters in Accounting, and preparing for my CPA certification.

Even after moving to Dubai, Sabir would visit NY often and would converse with me to make sure I'm on track. I have known Sabir and his family 17 years and there is not one bad thing I can say about them. Sabir has always been a positive individual and genuinely care for the well beings of others. I never knew him to get in any type of trouble or run-ins with the law, a very kind hearted caring individual is the best way I can describe Sabir.

When I heard about Sabir's arrest, I was shocked. Sabir only spoke well about our country. To me, he was an all American guy, who played tennis in high school, was involved in different charities, school events, and all those things that outgoing people like him do. I know after this happened, his family is in a bad situation. No one in his family has even been in any kind of trouble like this, let alone in jail for anything even minor. This was a huge shock and I see how his mom and dad have looked much older than their years. My family is like his family, we pride ourselves on education, success in life and to be very family oriented. I think any long punishment will only have a bad effect on his wife, kids, parents and his community. He is no threat to anyone out there. He is a very family oriented man and needs to be reunited with them. If my time in the military and my problems after has taught me anything, it's that people are faced with hard situations, and sometimes mistakes are made, but everyone needs a second chance. Sabir was there to help me get out of a bad situation and make a new life for myself. I will always be here to help him get his second chance. I have proudly served my country, and defended our country's freedoms and values. We believe in justice and giving people second chances, please give Sabir his second chance, much like he did for me when I was down.


Nouridine

# LETTER 6

August 6, 2012

Honorable Judge Kimba Wood,

I am writing on behalf of Sabir Hasanoff in regards to his upcoming sentencing hearing. I would like to provide a character reference for him and also ask you leniency in his sentencing.

I was raised in a Christian home as a Lutheran in Portland Oregon. I put myself through college on my own while raising my son as single mom. And am now the proud grandmother of two beautiful grand children. I've been a Certified Public Accountant since approximately 1993, having worked for PriceWaterhouseCoopers (PwC) in Portland a number of years ago. Over the past 25+ years I have moved up through fairly successful accounting and management roles to Director and VP roles with large and small companies both here in the United States and in Europe.

I am currently employed as the Global Controller for RWL Water LLC a holding company based in NYC with companies in Italy, Israel, and the US. We are owned by Ronald Lauder, son of Estee Lauder and President of the World Jewish Congress.

About 6 – 7 years ago, I moved to NYC for a consulting position at Bloomberg LLC as a part of a legal project that included a dozen or so top NY attorneys and CPAs. Sabir was an integral member of this team through the NY PwC office. Most of the team worked on this project for about 7 months almost 7 days a week and 12-16 hours a day in a conference room. To say we all got to know each other pretty well would be an understatement.

Because of the long hours, we had most all our meals together. During this time, I got to know Sabir better than most colleagues I've worked with. We would talk about everything under the sun. He has such a friendly personality and very intelligent that it was just fun to be around him. Even through long and hard work. I would work with him again in a heartbeat.

He talked about his kids and wife with great love and dedication. It is quite clear he is a dedicated family man. We also talked about politics to some degree. And never once did I hear Sabir say a bad thing about the United States or any unhappiness with it. Quite the contrary. He seemed quite happy raising his family in Brooklyn.

He was pretty excited when he got the opportunity to work for PwC in Dubai. We kept in touch via e-mail and occasional phone calls. Those of us who have worked at PwC tend to maintain contact over the years, especially those of us who move around often. He even invited me to come visit his family there. And consider a job for myself in Dubai with PwC. I had planned to visit at some time but with work never made it over there. But I trusted Sabir completely that it would be safe for me to visit he and his family there.

In having worked with many different people in my occupation and around the world, I have come across people who I wondered about their underlying motives. Sabir was never any one I ever thought capable of harming another soul. In fact, when another former colleague called to tell me about Sabir's arrest, I was absolutely stunned. And very much in disbelief. He simply isn't someone I believe has anything but positive thoughts and motives in life.

Your Honor, I would ask that you please give Sabir the shortest sentence permitted and allow him to return to his young family. He won't be able to continue with his profession as a CPA which is significant punishment for someone like Sabir who has worked so hard to be accomplished in his field. But keeping him incarcerated and not able to help raise his family will not serve our society either. I believe that Sabir is a good honest man who's further punishment do not accomplish anything at this point. I understand my position might be an unpopular one given our country's current stance. But I truly believe Sabir should be given your kind consideration in this case.

Sincerely,


Terri

# LETTER 7

Honorable Judge Kimba Wood
United States Court House
500 Pearl Street
NY, NY 10007-1312

Dear Judge Wood,

My name is Thomas            , and I have been Sabir Hasanoff's friend for nearly 2 decades. I work for the City of New York, at the Department of Social Services/Human Resources Administration (DSS/HRA). I serve that Agency as the

                                                                    ), where I oversee HR services for approximately 5,500 staff.

I have known Sabir since early 1995, when we both were attending Baruch College. We were both pursuing Bachelor's degrees, and I went on to receive mine in HR management, while he acquired an Accounting degree. I also went on a Spring Break vacation with Sabir and several other friends in 1997 or so, and Sabir was great to be around – a free spirit, funny, conscientious, and fun loving. We all broke bread together and this vacation cemented our friendship. Over the years, I came to know and admire Sabir as a loyal, honest, reliable and capable friend.

I lost contact with Sabir recently (after he left to Dubai) to pursue his career in accounting and then as a controller. My friendship, however, was and is undiminished. I was surprised to hear he was in some trouble. I knew him to be a man of integrity and good judgment, so this was a surprise to say the least. I am deeply troubled by this news, but people make mistakes, and knowing Sabir's character, I know he will make amends and will contribute positively to his friends, family and society upon his release.

I can certainly attest to Sabir's good character. One of my last interactions with him involved another good friend,          , who was having some financial issues. Sabir was actively looking to help this individual get a job within the community. He was always concerned about those less fortunate than himself and he helped wherever he could. He also would refuse to gossip or talk about someone if they weren't there to defend themselves, and I learned from that. Sabir was a deeply pensive, intelligent person who had a strong work ethic and cultivated lifelong friendships. He was always extending a helping hand if needed, and was honest and forthright in his dealings with me and others.

I know Sabir recognizes the gravity of his situation and accepts responsibility for his mistakes. Because of this and everything else I have written, and because I know he has a good heart, I am urging you to show Sabir mercy. I can promise you with no uncertainty that his subsequent actions will show you that this was and is the right thing to do, because this man has lived his entire existence correctly, and this mistake should not define the rest of his life.

Sincerely,


Thomas

# LETTER 8

Honorable Judge Kimba Wood
United State Court House
500 Pearl Street
New York, NY 10007-1312
September 15, 2012

Dear Judge Wood,

My name is Dr.              , and I am Sabirhan Hasanoff's brother in law. I am a
Radiologist; I completed medical school in Turkey and recently completed a Neuro-
Radiology fellowship at NYU Langone Medical Center.

I met Sabir when I was engaged to his sister. He was so friendly and outgoing, and
welcomed me to the family immediately; it was like we had known each other for a long
time. When I first met him, I saw what a great father he is; although his work schedule
was hectic he was always spending time with his kids and making sure they were having
fun. I remember thinking that was the type of father I would like to be when I had kids.
Even after he went back to Dubai, he would always make sure to call and see how I was
adjusting to life in NY, and how my medical licensing exams were going.

I was shocked when he was arrested. My first thoughts were about his wife, who was
pregnant at the time, and her 2 young kids. I wanted to do my best to help them in any
way. Once his wife and kids returned from Dubai, we took his wife to the hospital, as
she was 7 months pregnant. She was under so much stress; her daughter was born
prematurely and kept in the NICU for some time. Her first 2 children were healthy, full
term deliveries, and in my medical opinion, I believe the stress factors related to
Sabirhan's arrest caused her to deliver early. Sabir's youngest daughter is now 2 years
old and has medical issues due to her prematurity, including speech impairment and
delayed motor skills.

Your Honor, I see the affect his arrest has had on his family every single day. I grew up
without my father present, and I know how hard it is to miss your father and as a young
child it is hard to understand why he is never at home. I try to fill the void by helping
with his kids, but it is not the same. Your Honor, any long prison sentence you give
Sabir will only hurt his children. His youngest is already suffering medical issues and his
eldest two often ask me when their father is coming home. I have visited Sabir many
times and I know he deeply regrets his mistake and wishes he could turn back. I know
him to be a fun, outgoing person who respects others, no matter where they came from or
what they believe in. Please your Honor, express leniency in your sentence. He already
deeply regrets his actions, and I know for certain that when he is released, he will
continue to be the wonderful person he is.

Sincerely yours,


Dr.

# LETTER 9

Honorable Judge Kimba Wood
US Court
New York, USA

June 17, 2012

Dear Judge Wood,

My name is Abdullo                and I am a Home Health Aide in New York. I have
been living in the US since 2010.

Before coming to the US, I moved from Uzbekistan to Dubai in 2008. I met Sabir
Hasanoff through my mother              He did a lot to help my mother in
her divorce, and he also helped me to find a job in Dubai. I moved to Dubai and I
worked in Dubai Duty Free because he helped me find that job. I needed a job for
myself, but also to help my Mother in the US. My Mother had told me so much about
him and he was exactly like she said, willing to help me in a time when I needed a
job.

When I first came to Dubai he would call to check on me and offer me any help, such
as money or general help for getting around Dubai. I think he is one of the most
generous people as he did so much to help me and my Mother, even though he didn't
know me in the beginning.

Everyone who came looking for jobs in Dubai and needed help would always go to
Sabir. Everyone knew how generous he was in helping people with nothing. Even
though he had a nice house and great job, he was modest and was always offering
help to anyone. Sometimes he would have dinners at his house and invite many
people, so we could have a home cooked meal, since many of us were far from home.
I know from friends he helped many other people. In Uzbek we have a saying "open
heart, open hands" and Sabir is exactly this kind of person.

He did so much for my Mother and once she got her Home Health Aide license and
started to save money; I moved to NY and also got my Home Health Aide license.
With Sabir's help, we were able to get jobs and have a much better life.

Please know what a good, generous person he is and how much good he has done
for my family. He helped my Mother, he only met me on email first, and was already
helping me get a job even though he didn't meet me in person.

He has done so much good for other people, please remember this and don't put him
in prison for a long time.

Thank you

Abdullo

# LETTER 10

My name is Abdulsalam         and I am an instructor at the Islamic College of Adelaide in Adelaide, South Australia. As a trained imam (Islamic spiritual leader) I have a Master's degree in this field and have been an instructor since I have arrived in Australia 13 years ago.

I knew of Sabir when I first arrived into Australia through his family. Of course every person in Adelaide knows of the Hasanoff clan. They are one of the main families (and largest) in the Uzbek/Turkestan community here. When I first arrived here, I heard many good things about Sabir from his many cousins and friends, many of whom were and still are some of my students. I knew he was one of the most successful when it came to a career because many of the people would talk of his achievements. You must understand that receiving a college degree and working in the type of firms he did, is of course a success in any community, but especially ours. In the following years, I have had the pleasure to meet and speak with Sabir on many occasions, including in Dubai where I visited him at his residence and when he came to Australia a few times to visit his family and friends. When I met him, I had no doubt about what everyone said about him. He showed me the utmost respect and had the kindest personality. He was a very straight arrow type person who would make sure everything he did in his life, whether it was business or at home, was in accordance with his moral and spiritual beliefs. He would ask me about many issues to check if they were in accordance with spiritual laws. As many people who have researched the real religion of Islam, they know it is about peace, humanity, and strong family ties. Actually, obeying the laws of any country one resides is one of the facts of our spiritual law, and from my many conversations with Sabir, I knew this was the correct belief he held.   I also know that Sabir would contribute to many charities, help people in need and also maintain family ties even around the world. On holidays and special occasions, he would ring any friends or relatives, close or distant, to give his regards, whether they were in Australia, Dubai, U.S.A or anywhere else.

In short, I would like to ask your honor to please reduce the sentence against Sabir to the lowest you can. I know Sabir was a forgiving person to many people and as the saying goes, what comes around goes around, so hopefully you can see his gentle nature and react in a like manner with the sentencing.

Peace and Regards,

Abdulsalam

# LETTER 11

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Monday, July 9th, 2012

My name is Aisha                              .  I am a Canadian Citizen and I
currently reside in Brampton, Ontario, Canada, with my 5 children and my
parents.  I have had the great fortune of returning back to college to pursue a
degree in education, specializing in working with children with Special Needs.

Sabir, his wife          and their beautiful children are and will continue to be a
very important part of our lives.  Sabir and his family are the kind of genuine
friends that you only find once in a life time.
In September of 2007, I met Sabir and his family.                    (now my ex-
husband) and Sabir first met each other and then the rest of the family unit met.
At the time Sabir and his family and my family were residing in Sharjah, United
Arab Emirates.  Sabir's eldest son and my fourth child are the same age and
always had such an amazing time together.  Our family outings were a blast.  I
quickly observed it was Sabir's nature to plan all of our family outings based on
the interests of the children which obviously made him the favourite uncle in the
crowd.

As for my family situation I was going through many difficult and abusive
struggles in my marriage.  My worst fears for my children and myself kept me
from disclosing the unthinkable situations that I was going through.
In May of 2009, my eldest daughter and I were brutally thrown out of our home
by my ex-husband with no where to go, no money and no clothes in a foreign
country.  (My eldest daughter,          now 14 years old is not my ex-husband's
biological daughter but he stepped in place of her father since she was just 2
years old).  I had absolutely no access to my four other children.  At the time, my
youngest child          was only 13 months and I was still nursing him.

I truly believe Sabir and his family were my guardian angels.  I have nothing but
the utmost respect for Sabir and his family.  I had been struggling in an abusive
marriage for many years and being in a foreign country, I had absolutely no clue
how to get out safely with all 5 of my children.  Sabir took my daughter and me
under his wing as though we were his blood family and ensured our safety,
arranged for a place for us stay, and advocated for us in our legal matters.

Sabir willingly rallied the community together to support my daughter and me
emotionally and financially.  All of my family members were in Canada but at no
point did I ever feel alone.  Sabir reassured my parents that he and his family
would always be there to stand by my side.  Being true to his word, Sabir made
the necessary arrangements for a lawyer and was in constant contact with the

lawyer throughout my legal proceedings in Dubai, United Arab Emirates. Sabir also stood in court on my behalf as a witness.

In September of 2009, after a lot of determination, commitment and empathy from Sabir, other members of the community and the Canadian Embassy in Dubai, my 5 children and I were able to return back home to Canada. My 5 children are all in school and very happy living a normal life free from turmoil. With the abundance of support I received from Sabir and his family I am now able to pick up the pieces to rebuild my life and work on a bright future for my 5 children.

Sabir has always exemplified an honest and trustworthy character. Through my experiences I knew I could always depend on Sabir and his family with out a doubt.

At some point in our lives we make decisions that seem to be the best possibility at the time; with a blurred vision of future outcomes. I am writing this letter to make the humble request of the United States of America court of law to show leniency in determining the sentence for Sabir's genuine character. I sincerely know Sabir lives for his wife and children and given a second chance he will go above and beyond to ensure his decisions are of utmost benefit to his family, friends, the community at whole and his country.

I would like to take this opportunity to thank you for taking the time to read my words from the heart and soul and look forward to the best possible outcome that you, Honorable Judge Kimba Wood see befitting for this case regarding Sabir and his future.


Yours very truly,
Aisha

# LETTER 12

To Honorable Judge Kimba Wood
US Court

New York, USA

August 15, 2012

Dear Judge Wood,

My name is Akbarhon               and I am 28y.o. Uzbekistan resident. I am a medical student preparing for the medical licensing exam in the US. Since 2008 I am living in Dubai, the UAE.

I have met Sabir May 2008. Our offices were in the same building. Since then he is a very close friend of mine. I really admire his character. He has always a smile on his face; he is no doubt very, very generous person. In young age he has achieved a lot. Despite his high position in work and wellness he has very simple attitude towards to all people. Always trying to help, support spiritually and financially for those who are in need. As I was close to him during 2 years and I have learnt a lot from him. I have also learnt what a good son he is for his family. I have met 2people to whom I would like to be. 1st is my grandfather and 2nd person is Sabir. He is a good son for his parents, He is a dutiful husband and loving father to his children. Ideal and very good friend and brother for many, many people who know him.

All positive feature of his character made us to love him, share information about him to our families. I personally simply love him so much.

I beg your Honor to please consider my letter, when you hand down your sentence towards my mutual brother Sabir. I am asking for your leniency in sentencing and plea that your sentence be merciful.

Yours faithfully,

Akbarhon

# LETTER 13

Honourable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Tuesday, July 17, 2012

My name is                    and I am 14 years old.  I live in Canada with my
mother, siblings and my grandparents.  I just finished my first year of high
school and my hard work paid off; I am on the honour roll!  At this moment
I have two career paths that I may consider; a lawyer or a doctor.  I enjoy
spending time with my friends and I love to read.  I think the "Harry Potter"
series is my all time favourite read!

I feel very lucky to be living in Canada again with my family members.  I
thought this day would never come.  I try to forget the first 10 years of my
life.  In 2003 my mom, my step-father and my brother and sister moved to
the United Arab Emirates.  At first I was excited to be there.  While we were
living in Sharjah, UAE my mom had my 2 younger brothers.

Even at a young age I would observe the struggles my mom would go
through with my step-father.  When we moved to The UAE the struggles
and the abuse only got worst.  My siblings and I would watch that monster
beat up my mom.  He would call her so many bad names and treat her like
she was nothing.  As my brother,          and I got older the abuse also
turned on us.  We were never in school and my mom homeschooled us.

After some years we started to meet new friends.  We had very few friends
but that was okay they were our best friends and we had the best time
together.  It was very healing to be away from our house.

I will never forget the day my mom and I were thrown out of the house.  I
remember hearing my siblings crying and screaming as the door slammed
shut in our face.  I was afraid for my siblings but at the same I was relieved
to be out of that house away from that man.  My mom took me to Uncle
Sabir and Aunty          's home.  I wasn't part of the adult conversations
but after a long time I felt safe!  I stayed with Uncle Sabir and Aunty
           because my mom had a lot of things to do to try and get my siblings;
I and she back to Canada.  For the first time in my life I was happy, relieved
and felt safe.  Uncle Sabir and Aunty          made my stay with them very

comfortable.  They were kind enough to take me with them on their outings and I really did have a good time.  Staying with Uncle Sabir and Aunty
        I was able to see what a real family was like!  He is a really good father.      and      adored him.  I actually find it amazing that Uncle Sabir and Aunty        were willing to do so much for me.  We are not related to each other but I surely felt like we were.  I quickly felt like I was part of their family.  I know it is because of their help and of some other friends we were able to move back to Canada.

When we moved back to Canada in 2009 that was the first time I went to school.  It was the first time I went to the park and came back home feeling safe and secure.  I surely don't know all of the details but I do know that Uncle Sabir was a big part in helping my mom, my siblings and I get back to Canada.  I am not sure why Uncle Sabir would do so much for us but I do know only good and honest people help others the way Uncle Sabir helped us.

I hoped my letter was has given you some information about my experiences with Uncle Sabir.

Thank you,

# LETTER 14

July 14, 2012

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Deer Judge Kimba Wood,

I am writing today on behalf of Sabir Hasanoff. He is a charismatic man, a caring husband and an incredible father. Just a short time after welcoming him into the family as my aunt husband, Sabir saw my brother and myself as just that. He made this very clear through, what seem as endless nights, of directional conversations about our futures, regarding education. His passion for education is unprecedented and I can truly say with if it weren't for him, I would not be where I am today. Although not appreciated at the time, Sabir consistently encouraged me to stay on the right track to an educated future. I can attribute my appetite and appreciation of education directly to Sabir. Today I am third year, attending Rutgers University, with a double major in political science and economics. I currently am an intern at The State Department as well. For all of my achievements, I am thankful to Sabir for guiding me toward that right path.

Sabir was not only an inspiration, but also served as a role model to others and myself. He is well respected by all of his pears, co-workers, family and friends. His presence brightened up room with due to his humorous personality and fun loving spirit.

Above all, he is a phenomenal father. His relationship with his children is something of envy to others. Every moment is filled with joyous memories. His Fun loving personality made him someone that even children desire his presence, as I did at the time.

All and all, Sabir is one of the most intelligent, influential, passionate and blissful man I have come to know, and was a rewarding addition to the family. The purpose of my writing today is to plead for a light sentence on behalf of his friends, family and the many others that he has, so, positively impacted. As President Bush once said "America is the land of the second chance - and when the gates of the prison open, the path ahead leads to a better life" and I hold firmly to his conviction.

Thank you for taking the time to read and understand the above letter,

Respectfully yours,

# LETTER 15

The Honorable Judge Kimba Wood                                          July 4, 2012
United States Courthouse; 500 Pearl St.
New York, NY 10007-1312

Subject:- Sabir Hasanoff
Your Dear Honor,

I am from the UK and lived and worked as a senior banker in UAE for over 14 years, married – with 3 children. I have known Sabir for a period of 4 years, and we resided in the same neighborhood.

Over the years I got to know him, I realized he is a unique and gifted person, with an uncanny flair in striking friendships quickly. With his all American "New York" style wit and humor, and way of speaking, he was always popular and also had a natural ability to extend his warm hand of friendship to anyone he would encounter. Being from UK, this was also my first hand experience in getting to know an all round American guy. This gave an incredibly positive image of how friendly Americans are, and can be. He was also instrumental in getting friends together from the neighbor hood, community or work environment, for a meal out or a barbeque day out or even a "dad's" day out with the kids. Having a commanding presence, but at the same time extremely humble and exceptionally generous. When I had lost my job, he supported me by distributing my resume to key persons he knew in the banking industry, without hesitation.

I remember instances where if he heard or knew of anyone in a financial crisis or requiring support, he would be the first to assist and also rally support from all his friends - that too in a matter of moments, to ensure that the person's need has been taken care of and fulfilled. He was always conscientious of people who were in any difficulty or needed moral or financial assistance, it was no surprise therefore, that he was the guy everyone would turn to first, if they had any issue or problem whatsoever, as people got to know him as the 'trusted' one who could shoulder such a responsibility. I learned through him how to confidently embrace people from all nationalities and creeds and religious backgrounds without pre judging any one with a prejudiced mind. I recall how he made friends with some American visitors at a restaurant and extended his hospitality by inviting them to eat together, and he settled the bill. He made them feel totally welcome and at home, whilst they were on their visit in UAE. His warmth and generosity went beyond that, by keeping in touch with them and inviting them to his home and for any other social get together.

Undoubtedly he is a benevolent man of exemplary qualities on a personal, social and professional level. He is a role model and perfect example to all around him and have got to know him. He is an individual of high moral character: - responsible, a good Samaritan - charitable, compassionate, trustworthy and dependable – without doubt an asset to society.

He is also a great ambassador as an American citizen abroad representing his country. In addition he is a true and responsible family man who loved to be around his wife and kids, and enjoyed quality family time. His absence has left a huge vacuum in the neighbor hood and the social community that knew him. Things have never been the same without him - everyone has moved on, and our regular get together are no more.

Your honor based on this and other testimonials, we sincerely hope you will exercise your utmost compassion in allowing Sabir Hasanoff to be reunited back to his beloved family, and to be allowed to assimilate back into the society where he can continue to make a positive impact on people's lives.

Yours faithfully,

Azam

# LETTER 16

Dear Honorable Judge Wood,

My name is                   . I am currently a Senior Project Manager at the Nielsen Company. I graduated in 2009 from Fairleigh Dickinson University with a Bachelors degree in Marketing. I'm also a newlywed who just accomplished planning a 350 guest wedding in 6 months, which I consider one of my greatest accomplishments alongside my professional and academic achievements.

While Sabir is technically one of my eldest maternal cousins, I consider him much more of an older brother figure.  That being said, the past two years since his arrest has been incredibly difficult. I want Sabir to be with his children to attend their school recitals and celebrate their birthdays; I wanted him to be there to at my wedding ceremony as I happily married the man of my dreams; and I want to hear his goofy laugh after telling his own (slightly corny) jokes. In order to ease the sadness of this situation, I have devoted my free time to be with his children as much as I can, so that I can be an older sister to them, as Sabir was an older brother to me.

During the past 2 years, the most prominent emotion I have felt has been helplessness; however, writing this letter changes that for me. I have been praying and hoping that Sabir will be able to join his wife and children and the rest of our family soon, so I beg you, Judge Wood, please let that day be sooner rather than later. In the court appearances where I have seen Sabir, he gives us a smile, assuring us that he is doing well and trying to provide us with comfort. However, knowing Sabir as well as I do, I know he feels regret for his poor judgment and the situation he has put himself and his family in. Sabir is not a person who does not see his own faults; he is a truly genuine, honest, kind-hearted person who acknowledges the seriousness of his case, which is why I ask you again for your utmost mercy on him.

As I mentioned earlier, Sabir has been an older brother figure to me for as long as I can remember. We grew up very closely together, and in between his corny jokes and hours of teasing me, Sabir was always giving me advice to do well in school, listen to my parents and respect my elders. Coming from Sabir, I appreciated this advice because he truly practiced what he preached. I attribute much of the focus and drive I had in school and at work to Sabir and his siblings and the example they set for my younger cousins and me.

In recent years, I feel like I got to know Sabir on a different level. I saw the joy and warmth in his heart as he married his wife and became a devoted husband and father to his beautiful, quirky little children. I was able to visit him at his home in Dubai with other family members, where he showed us true hospitality in the time he took to make sure we enjoyed every moment of our trip, which we did. When he wasn't busy entertaining us, Sabir and I had many deep conversations in which he advised me on everything from what to expect post-college in the job market, to how to handle the ups and downs of married life. What I learned from Sabir recently, and ironically prior to his arrest, is that he knows he isn't perfect. The advice he's given me my entire life has been based on his own achievements, mistakes, and experiences, and he's shared these with me so that I could be a better, happier person. While Sabir is still my older brother and mentor, I've become to know him better as a friend.

Judge Wood, I could continue on and on about the many ways Sabir has served as a positive influence in my life. However, all of these stories and examples lead to one main point, which is that Sabir does not deserve a harsh, lengthy penalty for the mistake he made. I understand the nature of this case and I do not take it lightly, but I hope after reading this letter you can allow him leniency so that he can be with his 3 beautiful children, his wife, and the rest of our family. I am certain that Sabir will take what he has learned from this unfortunate experience to continue being a devoted father and husband, a stronger role model, and most importantly, a better and wiser person.

Thank you for your time.

Respectfully yours,

# LETTER 17

June 15, 2012

HONORABLE JUDGE KIMBA WOOD
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

My name is                                    . Sabir Hasanoff is my brother in law. I am married and will be

having my first child, a baby girl, this September. I am the only member in my family that was born in the

US. Currently, at the age of 28, I am a successful self employed business owner. We are a large

distributor of health and beauty products for major US manufactures such as Procter & Gamble, Pfizer,

Johnson & Johnson, and Colgate Palmolive. I really feel blessed to be in the position that I am today, and

the success I have accomplished, considering I entered the work force at decade of unstable job

opportunities. I largely attribute these accomplishments to the education I received right here in the US. I

am grateful of the opportunities that this country has provided for me and my family, as well as the roads

it has paved to get us to where we are today.

About 12 years ago, I had just graduated from high school. At the same time my sister and Sabir

met and got engaged. I was at a crossroads on weather to pursue further education or continue to work for

a company that was in the same line of business that I am in now. Working felt like the better option

considering I did not have the good grades in high school to get into a decent university. That is where

Sabir become a very important and influential part of my life. Aside from him marrying my sister and

being a part of our family, which was one of the greatest blessings that happened to us. One of the many

and countless good experiences I have had with him is how he always preached education to me.  Sabir

was the only one in my family to ever deeply persuade me to go to college. I still always remember a

story of sacrifice that he told me once to influence me. He said his father always wanted him to work at

there newspaper stand at times when he had to study for an important exams or to focus on school work.

He always forcefully refused. He said it wasn't just for the exam or just to disobey. He said it was because he wanted to make a better life for them. It taught me to make some sacrifices now for a better future. He told this to me at a time where he himself was making outstanding advances in his career. So I took all his advice. He advised me to go community college and from that point to get into a good university, and I did. I decided to follow in his footsteps and also go to Baruch and graduate with an Accounting degree as he did. From all the knowledge I received in college, I went on to open my own business and run it successfully.

Your Honor, if I could, I would want the ability to take you back and meet the countless number of people Sabir has helped out. Whether it's emotionally, financially, professionally, you would know that you can always count on Sabir in one way or another to help make any situation better. I have seen Sabir find jobs for people who were struggling, for those who couldn't he would personally support them financially until they get things together. Sabir through his successes never seemed to want the material things in life for himself; rather he saw it as a blessed opportunity to help others. I have seen Sabir help woman out of abusive situations. There are many people in the world that have these qualities, but what makes Sabir special is, at times the people he helped out were not even people that he knew a long time. He helped anyone he knew he could. He always saw the good in people and trusted people, and people easily gained his trust. Although that may be a great quality, I feel like in this situation, his trust was taken advantage of.

If you ask anyone who knows Sabir on a personal level, I would bet everything that no one would have anything negative to say about him. So to even use such a horrific word of terrorist and Sabir in the same sentence is sickening and mind boggling. That is not in his characteristic at all.

Everyone makes mistakes in life, and good people deserve a second chance. Sabir one of those good people who deserve a that second chance, his young son and two young daughters deserve a second chance, his wife and family who love, care and support him deserve a second chance. Over the past two and half years we have all suffered, we all feel like we have been in prison. We all have emptiness inside,

and have not had a true joyful occasion. As much as I try to be there for his kids and help out, it's not the same. They need there father. They need there father to help them as much as he had helped others get through life, especially the most important years of their life. This has been a very unfortunate situation for our whole family. We would like to just put it behind us once and for all.  Your honor, I sincerely ask for you to find it in your heart to be lenient in your respected decision, and let our family have that second chance.


Sincerely

# LETTER 18

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

My name is Feras                    I am a CPA and currently working within the Tax Compliance field.

I am a friend of Sabir Hasanoff and also a form co-worker. We used to work together at Pricewaterhousecoopers as auditors. I met him at work from a mutual friend. I have known Sabir for a few years now and throughout those years he was a person I used to go to for career advice and some personal advice specifically marriage advice. Sabir on many occasions has helped me gain a better understanding of accounting policies such as GAAP and audit techniques of financial statements. On a personal level Sabir helped me to try to get married. Sabir has a well known good character among the community as such he introduced me to a respectful family who had a daughter that wanted to get married. I will never forget how Sabir went out of his way to take a day off to come with me to the parent's house and introduce me to her and her family.

I am not aware of the full details of what circumstances he is in nor have I spoken to him since Sabir has been in jail. I have heard little information from mutual friends and his brother. However upon his release if he needs help in anyway I would be willing to help him out to the best of my ability. Usually Sabir is the one who is the first one to help out anyone in need.

Sabir has a diligent work ethic. I recall numerous late nights he would stay in the office at Pricewaterhousecoopers working on his clients. Sabir is a great asset to the community, he helped many people from what I hear and know, such as myself when he helped to try to get married. He has helped numerous individuals with their work resume. I remember being on one of his volunteer projects. He offered his accounting/auditing services to a school so the school can financially run efficiently. Sabir is an amazing family man. He loves his children and his wife. When it comes to his parents he puts them on a pedestal even if he works during the week, on the weekend he would relieve his parents from working in their newsstand and he would work instead. He loves his friends as well. Sabir is always there for people to listen to them to spend time with them. Sabir loved organizing dinners, BBQ's and other family friendly events among his friends and family. His intentions were always to treat people kindly and tenderly. He loves everyone one no matter what religion, race, creed or background you come from he is a respectful gentlemen and treats everyone fairly.

I firmly believe Sabir wants to put what has happened to him away and move forward with his life. His wife and children are missing a father. Not just a father but an amazing father who from the time I have spent with him, I can tell he can be a great leader and role model for his children. I have heard indirectly and directly from his co-workers, friends and family that Sabir was very selfless and always loved helping his community. Sabir is a valuable asset in ones life as he brings love, peace and intelligence in peoples lives. I hope Sabir is judged fairly and has a lenient sentence.


Respectfully yours,


Feras

# LETTER 19

Honorable Judge Kimba Wood

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Dear Judge Kimba Wood:

My name is                     , I am currently a junior attending Rutgers University

majoring in Accounting. I followed in the footsteps of my cousin Sabir Hasanoff by majoring in

Accounting and I am currently pursuing my CPA.

For as long as I could remember, Sabir has always been someone I looked up to. He was

a great role model growing up because he was intelligent, funny, and responsible. I still look up

to him to this day because he had the ability to light up any room he entered with his

personality. When I was younger, I would always find myself micking his personality because of

the effect he had on people.

Before I entered college, Sabir gave me words of advice that I still turn to when I find

myself struggling with school or with my social life. Sabir told me to be the change I envision in

the world. He told me to be the best I can be in school and more importantly, he told me to

help other that are less fortunate. Since then, I have followed in Sabir's footsteps and I am one

of the best students in the accounting department at Rutgers and I plan on graduating a year

early with plans of working for a public accounting firm. I also try to help the less fortunate by

being an active member of a local food pantry.

From everything I have heard from my family members, I understand that Sabir is

planning on pleading guilty to everything he is charged with. People make mistakes and I know

Sabir takes back everything he has done. I wish you take my letter in consideration and I hope

you use your leniency when sentencing Sabir.


Thank You,

# LETTER 20

I am writing this letter under unfortunate circumstances to support my cousin, Sabirhan Hasanoff in his upcoming sentencing hearing. Through this letter I will briefly describe myself and the relationship I have with him, it is with great honor I present myself as a character reference for Sabirhan.

My name is Hikmat                currently residing in Melbourne, Australia. I am married with four lovely children and am one of three directors of a company called                               . I am also the vice-president of                               , where one of our main goals is to assist new Turkistani migrants to settle into the Australian way of life and at the same time keeping our cultural practices alive.

Sabirhan and I are of similar age, I have known him since he was born and we used to play together as children, proudly we have maintained a close relationship with respect and reverence for each other. It has always been a pleasure to share so many great life experiences with him. He is always fun and exciting to be with, he always jokes and laughs, as I am writing this and remembering some of the things we did together, it is bringing a smile to my face.

Sabirhan is a person who would go out of his way to help people. He, with his family arrived in Australia from our country of birth in 1980 and I along with my parents, grandmother, uncles and aunty with their children arrived in 1986, although he was very young he was the main person filling out forms and translating for his parents in assisting our application to migrate to Australia. Once we have arrived we would rely on him to do everything for us, as we did not know the language nor our way around Australia. I started school in his class and he would help me with my work load and teach me English, he would also protect me from other children giving me a hard time. My entire family and cousins hold a great deal of respect for Sabirhan, but to our dismay his family decided to move to the US in 1989 but of course we have always kept in contact.

On 11th of July 1998 I got married in Adelaide Australia, there were about 400 people at our ceremony, as I was walking into the reception centre, to my surprise I saw Sabirhan standing there to greet me. He has traveled all the way from the US to attend my wedding ceremony, it was an astonishing surprise visit. Since then Sabirhan has visited Australia on a few occasions and we spent quality time together.

Sabirhan and I have always stayed in contact via emails and phone calls, he would always invite me to visit him in the US, telling me how great a country it is. He would often pay me out jokingly telling me how I live in "Down under" and that he lives in the best country in the world. US is his home and he loves it there.

Sabirhan and I would generally talk about business, or money related topics, he has great passion for business and his work, besides his family, relatives and friends, everything else seemed like it was secondary. I remember one time my other cousins and I were talking about a different topic and he jokingly said, "look if something doesn't make you 5 cents or you are not losing 5 cents, then it's not worth talking about", from that day onwards we called him the "5 cents philosophy man".

I had the pleasure of spending time with Sabirhan's family. I found his children very well disciplined, which of course is a reflection of the parents. He is very particular in their behavior and in educating them, just by looking at his family one can come to an obvious conclusion that Sabirhan is a loving and dedicated family man. I sincerely admire him for that.

In conclusion I should say that Sabirhan's family has suffered tremendously in the past two years. I sincerely request the most lenient judgment as I am certain he will never be a threat to the US or anyone else for that matter and let him live the rest of his life together with his eagerly awaiting family.

Yours Sincerely

Hikmat

# LETTER 21

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl Street
NY, NY 10007

I am writing on behalf of Sabir Hasanoff in regard to his upcoming sentencing. Having known Sabir for much of my life, I felt compelled to provide a character reference for him and also to plead, with respect, for leniency when sentencing. I was born in China and arrived in Australia at the age of one, and other than spending some time overseas in New Zealand for study (2003-2008), have spent almost all of my life here in Adelaide, Australia.

One of the sponsors that assisted us in immigrating to Australia was Sabir's parents, who are related to us on my father's side. I am currently completing an honors degree in Sociology and have been involved in establishing a not-for-profit No Interest Loan Scheme for people on low incomes.

Given that I am related to Sabir, and spent the early part of my life growing up with him, I have a fair appreciation of his character, and perhaps in some respects, a meaningful understanding of his intentions and thought processes. My experiences with Sabir include a period in which my family stayed and lived with Sabir's family; this was to help with our initial settlement in Australia. Additionally, on numerous occasions Sabir and I met when he visited family and friends in Australia. However, most recently I spent a few days with Sabir in 2009 in Dubai when I travelled through South East Asia and the Middle East with my Korean friend from New Zealand named         . If I was to contrast Sabir's character and overall world view from my time growing up with him and the time I spent with him in Dubai, I would say very little had changed, and though he had always been a hospitable and open individual, if anything could be said to have changed, it is clear that he had become even more hospitable and open to other cultures than he had already been, including the Atheism of my Korean friend, whom even I am sometimes at odds with given my predisposition towards atheism.

Perhaps the best way to illustrate this point would be in the way Sabir insisted on covering all our expenses (except our accommodation in Dubai, which had been pre-paid), even         's expenses, who he had never met prior to our travels, were not spared. This included him picking us up from the airport, taking us camping and snorkeling in Oman, dining in Dubai and then Tea at his apartment to meet his wife and children. What was so moving about his actions in this regard were two things; first, that I had not been in direct contact with him for a while but still he went out of his way for me, and second, that he had never met my friend and yet was more than happy to ensure both of us had a great time without having to worry about the financial stresses of travelling often faced by young travelers. Despite all of this, after spending on us for a few days, and upon leaving Dubai for Abu Dhabi, he quietly slipped me 500 Dirhams to spend on         and myself in Abu Dhabi, asking me not to mention this to anyone and stopping me before I could say thanks or show any gratitude.

It is incredibly difficult to comprehend, in light of my experiences, relationship and friendship with Sabir, how exactly things have panned out in the manner that they have and have culminated to where we find ourselves today. Ironically, it may have been his giving and unassuming nature that he humbly displayed in the example above that may have resulted in his current predicament. Sadly, countless other examples

can be provided, though respect for your time simply will not permit this. Nonetheless, I sincerely hope that the example I have the privilege of providing is able to capture what Sabir would do, in any situation, be it for a stranger or relative, intuitively and naturally do. To be sure, my experiences with Sabir leave me in no doubt that he is a well-intentioned, unassuming person, a generous and loving father, a son, brother, cousin, friend and from      's perspective, an incredibly giving individual, even to a stranger. Most importantly I hope it allows your Honor to develop an appreciation for the continuity in Sabir's character and the enduring qualities that remain with him to this day. The kindness he displayed during my recent time with him towards,      , his wife, kids and me distinctly resembled the young man that I grew up with. Though distance prevented us from keeping in close contact during my time in New Zealand, the moment I landed in Dubai and sat in his car it was clear that he was still the warm hearted, respectful, hospitable and open individual that I knew years earlier. It could be said that the simple fact he would take out time from his otherwise busy schedule to meet us at the airport and ensure we were safe was a strong indication of these enduring qualities in his character. This is in spite of the fact that he would eventually go on to take us camping and support us through our travels in the manner described above.

Your Honor, I would respectfully and sincerely ask that you please give Sabir the shortest sentence permitted and allow him to return to his distraught parents, family, extended family, but most importantly, his wife and young family. His young son and daughter would do well to have Sabir's kindness, loving and unassuming nature nurtured within them through the presence of his company and direct example. Without assuming to know more about this case and what is best for Sabir and the general public than yourself, your Honor, would know, I do believe that a minimum sentence would sufficiently serve the interests of Justice and fairness. It is difficult to see how having him incarcerated, especially if this can be avoided or kept to a minimum, would be of much benefit to his family, his children, his wife or the wider community. I sincerely hope that this letter reaches you in its best light, and that Sabir's current predicament will not prevent him from being able to express true remorse for his actions and move forward by supporting and bringing up his children in ways that will allow them to contribute to society in positive and meaningful ways. I have no doubt that if one is able to place aside Sabir's court case for a moment, they will see an individual who has also made a significant contribution to society; whether that be by providing his family and children with an excellent example of a father, assisting his family and friends when and where he can, or in the act of helping a travelling stranger.

Sincerely and with respect,

# LETTER 22

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
July 5, 21012

Dear Judge Kimba Wood,

My name is _____ and I'm a real estate agent with Keller Williams Realty. Sabir is my married to my sister in law. I have known Sabir now for 9 years.

Sabir is a hard working dad who is honest and extremely caring. He is someone who helped so many people through tough times. I know he is going through a tough time right now himself. It's disappointing to see his whole life fall apart after so many years of working so hard.   He shared stories with me on how he worked through many weekends and would come home at 4am only to start work the next day at 8am. Hours and hours of auditing, the severe back pains, the stress etc., he was motivated to work hard and move up in his career. Sabir was always thinking ahead when it comes to his career.

I care for him for his respectful up-bringing. My father and sisters with their husbands and kids were on vacation in Dubai from Pakistan, which is where I'm from. He invited them over his house for dinner - all together with kids and all.   I appreciated his hospitality to perfect strangers who he never met in his life.   Of course out of my appreciation, my father welcomed him in Pakistan for the 3 days he was there during his PWC employment. His job would pay for his meals in the most expensive restaurants, but he chose to eat at my parents and brother's house because of his humble nature.

He understands fully he made the wrong decision. Please allow him to get back on the right path and lead the way for his children. His wife _____ is extremely emotional and depressed. I look at their kids as if they are orphans with no father and an emotional, depressed mother. She cannot handle the children on her own. It's ironic with all the orphans they sponsored that now their kids need the love, care, attention and financial help from others.

Your honor he lost his whole life. Everything that is important to him. I'm asking you to allow him to have some back. Please let him raise up his kids as young children and not as teenagers. Please have pity for him and reduce his sentence as much as you can.

Yours truly,

# LETTER 23

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


6/20/2012


Honorable Judge Kimba Wood,

My name is Jamshid        , I'm an IT professional working in the financial
industry. Like Sabirhan - I have come to the US at a young age and have been raised and
educated here and now work and support and maintain a family. We are both products of
the NYC public school system as well as the City University of NY school system -
Sabirhan attended Baruch and I attended Brooklyn College.

We're about the same age - roughly 36 years. I've known Sabirhan since we used
to attend Sunday school in Brooklyn. We lost touch for some time and then reconnected
sometime after we finished our College. He has attended my wedding and has been
present in some important life occasions in our families. We even bought crib sets after
we had both had our first child. We would spend time together with our families and take
them to Zoo's, picnics and restaurants. We also share a common heritage in that our
grandparents were originally from Uzbekistan - his elders settled thereafter in China and
mine settled in Afghanistan. So we're both part of a community of Afghans and Uzbeks
here in NY.

I would like to tell you that I know Sabirhan and his family. And I wanted to say
that we've had a warm and close friendship. I've always known Sabirhan to be kind,
honest and respectful. Not only that - I've known him to be aware of where he and I came
from - in that we appreciate the bounty and opportunities that America has provided for
us. We used to always sit together and think about business ideas and spend hours
debating if they were viable or not. We were both grateful for the security and economic
opportunities that we had and contrasted that with our elders and fathers who lived under
difficult circumstances in North West China and Afghanistan.

Furthermore - I've also always known him as someone who considered himself as
a servant for his community. He was the kind of person who had his ears to his
community and offered ways and solutions to help and assist them. He's been a
matchmaker for his friends, a provider for widows and orphans and someone you would
call to help move your furniture. He has a very soft heart for people in need – always

trying to do something for them. There are many examples of this kind of service -- but being the modest person -- he never would boast about it.

I understand that Sabirhan has made a tremendous mistake - and to be honest - shocked by all of it. It has upended his life as well as his families. Sometime ago, we visited his family and I saw the extreme sadness in his mother's eyes and the enormous burden on his wife as well as his children. He has three children - the youngest was born while he was held in detention. His family is truly suffering.

But this is not the Sabirhan that I know. I know for sure he regrets it every second. His regret is multiplied a thousand times each for his mother, father, wife and most of all - his three young children.

Your Honor - I know that Sabirhan wants to move past this part of his life and now concentrate on being a husband, father and son. He wants to honor his wife and kids and parents and would love nothing else but to be with them. Please exercise your discretion and please issue a lenient sentence.

Sincerely,

Jamshid

# LETTER 24

To The Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

My name is Kenzi          and I from Ethiopia. I work as a housemade in the UAE.  I knew Sabir
Hasanoff as my employer for over a year as I was his housemade.  Sabir and his wife were very nice
towards me when I began working for them.

Before I worked with Sabir and his wife, I worked with other families where I didn't feel safe.  There
was one family I worked for which mistreated me and one person physically abused me and didn't pay
me my salary on time. Also, I worked with another family from Canada where the husband was beating
his wife and her daughter.  I was really scared since sometimes he yelled at me.  I was scared that he
was going to hit me too.  Sabir and his wife offered the wife, her daughter and myself a place to stay
and later on hired me.  I can remember that when I first entered Sabir's house, he said "You are safe
here. Make yourself at home".  He also bought me a bedroom set when I settled in my own room. I felt
at ease in his house.

Sabir and his wife took me in at a difficult time when I had no family and little money.  Sabir gave me a
job. When I lived with them, I saw a father who was very good to his wife and children.  I wish for him
and his wife and kids to be together.

Kenzi

# LETTER 25

3 September, 2012

Dear Judge Kimba Wood,

My name is Khavokhon _____. I live in Sharjah, UAE with my 4 children. I have known Sabirhan Hasanoff and his family since 2007.

I met Sabirhan personally on November 7, 2007. I remember the date because it was at the funeral for my husband. My husband _____ suffered a heart attack at the age of 44, leaving me without a husband and father to our 4 children. I had no other family in the UAE and no other way to support myself and my kids. Even though Sabirhan barely knew us -he only met my husband a few weeks before he died, he collected money from himself and his friends and arranged the funeral right away. After the funeral, Sabirhan registered my oldest son in school and paid for his computer and English classes. He helped us pay our rent, food and helped my children with comfort from the death of their father.

After the past few years as a widow, I see how difficult it is to not have a loving husband and father together with me. From a woman to a woman, from the bottom of my heart, I am asking whatever it takes to give Sabirhan a low sentence. I have been told you are the final judge in this case and I hope my letter makes a difference in your decision. He can easily overcome his mistake.

Although he did not know me or my husband well, he gave money and gathered money from all his other friends with good-paying jobs and helped us, because he knew I was alone and needed help. I was first embarrassed when he helped me, I didn't even know him, but I heard from others that Sabirhan was like that, helping people in need, weather they were his family, friends, or even people he didn't know well. He helped me with money, but also guidance and support for my kids; not many people would do that.

Sincerely,


Khavokhon

# LETTER 26

Honorable Judge Kimba Wood

United States District Court


July 1, 2012

Dear Judge Wood,

My name is                          and I am Sabirhan Hasanoff's uncle. I reside in
Rutherford, NJ with my wife and 3 children. I run a wholesale distribution business.
My wife is a nurse at an elementary school and currently, all 3 of my children
enrolled in various universities in NJ studying accounting, nursing and medicine.

Being Sabir's uncle, I have basically seen him turn from a young teenager to
a grown man with a successful career. When my sister first arrived from Australia
in 1989 with my brother in law and her kids I was surprised at how well Sabir
handled himself as a young teenager, being the oldest child. I had not seen him since
he was about 5 years old since we were separated when we arrived in the U.S as
refugees and my sister was sent to Australia. Sabir was an ambitious child the day I
met him. He would take care of all of his family's needs such as translating for his
parents and filling out paperwork, even at 14 years old. When they moved to
Brooklyn, the neighborhood was not the most upscale in Brooklyn to put it mildly. I
feared Sabir would mix with the wrong crowd, especially since he went to the local
high school, not a private or specialized school, due to financial constraints on our
family. Again, I was surprised to see him handle the situation like a man with a
mission. He excelled in school, achieving honor roll status, worked after school
everyday at his fathers newsstand and helped with my business on weekends as a
cashier. He did our entire family proud when he was accepted into Baruch College
and went on to graduate with a high GPA and became president of the honors
accounting society. Eventually, he worked at many large companies such as PWC
and KPMG before becoming a CFO for a prestigious company in Dubai.

In all my years I have known my nephew, which is basically his entire life, I have never known him to be involved in anything other than work, business and family life. Almost all our conversations revolved around these topics. We never talked about even remotely controversial topics He loved to discuss the latest business trends or would be on vacations with his family often, taking them around the world. As Sabir was one of my oldest nephews, he became a general role model/tutor/mentor for all his younger cousins, including my kids. Up to this point in our life, he has been the most successful person career wise in our family. He has helped our family and his friends in almost all aspects of life because of his success and giving personality.

Although it may seem like a good personality trait, sometimes being too helpful and outgoing might be a way to get caught up in certain circumstances. In fact, I had advised Sabir a few times not to be so friendly with people other than his family, as he treated everyone in such a generous manner. In any case, Sabir always lives his life in fast forward. I know he is sorry and regretful in his actions in this case and just wants to get back to what he does best, which is being a successful career/businessman and most importantly, his loving wife and kids and his entire extended family of cousins and relatives. Please realize these facts and act merciful toward him in his sentencing, by reducing it as much as the law will allow, as this would match his own personality of being generous, helpful and kind.

Thank you,

# LETTER 27

Honorable Judge Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
July28,2012

Honorable Judge Kimba Wood,

   My name is                    , I am 42 years of age, married and have 5 children. I am a
successful self-employed business owner in the wholesale of health and beauty products. I have
been in this country since 1983. After I got my education here in the US, first I joined and helped
my father with his business and thereafter started my own, and have been working to help my
family since then.

I have known Sabir since he got engaged to my sister.   You don't know someone until you have
traveled and shared a room with them. I got to know his true character when he accompanied me
on a pilgrimage trip to Mecca,. There are lots of physical duties you need to accomplish during
this trip. Sabir helped me with every aspect because   I am an amputee on my left leg. He was
ready to help any person who needed help. One day when he was not aware of me looking at
him, I saw tears roll down his face because of looking at the orphan little kids on the street
begging for food or money.  He gave whatever money he had in his pocket that day. When he
saw his native country men who did not speak the language, he would voluntarily go up to them
and see if they need any assistance.Sabir has many good character traits. The one that stood out
and moved me personally is for a person who is well off financially, with a good career, he has
never liked any luxury or expensive items for himself.   But without any hesitation would
financially help the needy.   He was always ready to help anyone in any way he could, and
would give   hundred percent.   Over time I've learned Sabir to be a caring, trustworthy   family
man.   Sabir has always been the kind of person who is there for you.

It was a shock for me to hear of the charges that were brought up against him. This is very out of
character for Sabir. Sabir always liked to meet new people and become too friendly and
trustworthy very quickly and I always thought him to be naive and blamed him for that,     but
that was his character. I know he has learned his lesson and knows he has made a big mistake
and is sorry for what he has done. This has been very hard for all our family, especially for my
sister and their children.

I ask you Judge Kimba to have leniency on Sabir when you pass your judgment.   I know Sabir
has learned a great deal in these past two years. We are all hoping that his kids will grow up with
a father in their lives.

Regards