Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

**U.S. DISTRICT COURT FILED OCT 16 2013 D.S. S.D. OF N.Y.**

Caption:
United States v.

Sabirhan Hasanoff

Docket No.: S6 10 Cr. 162 (KMW)
The Hon. Kimba M. Wood
(District Court Judge)

Notice is hereby given that Sabirhan Hasanoff appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on October 3, 2013
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐
Defendant found guilty by plea ✓ | trial ☐ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓ | No ☐   N/A ☐
Date of sentence: October 3, 2013   N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel, Esq. |
| Counsel's Address: | Law Offices of Joshua L. Dratel, P.C. |
| | 29 Broadway, Suite 1412, New York, New York 10006 |
| Counsel's Phone: | (212) 732 - 0707; jdratel@joshuadratel.com |
| Assistant U.S. Attorney: | AUSA John P. Cronan, Esq. |
| AUSA's Address: | United States Attorney's Office, Southern District of New York |
| | 1 St. Andrews Plaza, New York, New York, 10007 |
| AUSA's Phone: | (212) 637 - 2779; john.cronan@usdoj.gov |

Signature