CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

**CASE NAME:** United States v. Sabirhan Hasanoff

**DOCKET NUMBER:** S6 10 Cr. 162 (KMW)

**COUNSEL'S NAME:** Joshua L. Dratel, Esq.

**COUNSEL'S ADDRESS:** Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412, New York, NY 10006

**COUNSEL'S PHONE:** (212) 732 - 0707; jdratel@joshuadratel.com

*[Stamp: U.S. DISTRICT COURT FILED OCT 16 2013 S.D. OF N.Y.]*

## QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: Plea Hearing before Judge Wood, 06/04/12
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: Sentencing Minutes before Judge Wood, 09/30/13
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Joshua L. Dratel (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

Counsel's Signature: *[signed]*      Date: 10/16/13

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

## ACKNOWLEDGMENT

Date order received: _____      Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature _____      Date _____

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.