UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| -v.- | : | |
| WESAM EL-HANAFI,<br>  a/k/a "Khaled," and<br>SABIRHAN HASANOFF,<br>  a/k/a "Tareq," | : | S3 10 Cr. 162 (KMW) |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                    by:     /s/ Aimee Hector
                              Aimee Hector
                              Assistant United States Attorney
                              Tel.: (212) 637-2203