**MANDATE**

N.Y.S.D. Case # 10-cr-0162-2(KMW)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of April, two thousand and fourteen,

United States of America,

    Appellee,

v.

Wesam El-Hanafi, AKA Khaled,

    Defendant,

Sabirhan Hasanoff, AKA Tareq,

    Defendant - Appellant.

ORDER
Docket No. 13-4053

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 01, 2014

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/01/2014