```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA

    v.

SABIRHAN HASANOFF,

        Defendant.
----------------------------------x

ORDER
10 Cr. 162 (KMW)

TO: UNITED STATES BUREAU OF PRISONS
    UNITED STATES MARSHAL'S SERVICE

    WHEREAS, Sabirhan Hasanoff, inmate reg. #75730-083, is an inmate now confined at the Federal Correctional Institution Allenwood [Medium], White Deer, Pennsylvania, and

    WHEREAS, Hasanoff must confer personally with his attorney B. Alan Seidler to assist in the preparation of legal documents in support of post judgment relief; therefore it is hereby

    ORDERED, that Sabirhan Hasanoff, inmate reg. #75730-083, shall forthwith be transferred to either the Metropolitan Detention Center, Brooklyn, New York, or the Metropolitan Correction Center, New York, New York for the purpose of assisting his attorney.

DATED: June 2, 2014.

ENTER, N.Y.
N.Y.

*[signature]*
UNITED STATES DISTRICT JUDGE