UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SABIRHAN HASANOFF,              NOTICE OF MOTION
                                                     14 CV 7892 (KMW)
        Defendant/Petitioner.     10 CR 162 (KMW)

------------------------------------x

SIRS/MADAMES:

    PLEASE TAKE NOTICE that upon the accompanying affidavit of the defendant/petitioner Hasanoff, sworn to the 16th day of October, 2014, and all the proceedings heretofore had herein, the defendant will move this Court before the Honorable District Judge Kimba M. Wood, at the United State Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order:

    1. To SEAL the record of all documents in these cases filed on the Electronic Case Filing system; and

    2. Granting such other relief as to the Court appears just and proper.

Dated:  New York, New York
          October 17, 2014.

                                                    Yours, etc.,

                                                    B. ALAN SEIDLER, ESQ.
                                                    Attorney for Defendant
                                                    580 Broadway
                                                    New York, New York 10012
                                                    212-334-3131

TO: All Parties, filed by ECF