USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/14

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2014

RECEIVED
DEC 9 2014
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

**By Facsimile**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:    **Sabirhan Hasanoff v. United States**
       **14 Civ. 7892 (KMW); 10 Cr. 162 (KMW)**

Dear Judge Wood:

Granted.
KMW

We write respectfully on behalf of the Government in the above-referenced case to request a three-day extension, until Friday, December 12, 2014, of the Government's deadline to file its opposition to Sabirhan Hasanoff's motion for habeas relief pursuant to 28 U.S.C. § 2255. We apologize for the lateness of this request. We had planned to file our brief today, but on account of unforeseen delays in the Department of Justice's internal review process, we have not yet received authorization to file our brief. If we receive authorization to file earlier than Friday, December 12, we will do so. Petitioner's counsel, B. Alan Seidler, Esq., consents to this adjournment request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  _John P. Cronan_
     John P. Cronan
     Aimee Hector
     Michael D. Lockard
     Assistant United States Attorneys
     Tel.: (212) 637-2779/-2203/-2193

cc:  B. Alan Seidler, Esq.
     *By electronic mail*

SO ORDERED:  N.Y., N.Y.  12-10-14

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.