LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

**MEMO ENDORSED**

December 19, 2014

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/14

By ECF

re: USA v. Hasanoff
#10 cr 162 (KMW)
#14 Civ. 7892 (KMW)

Dear Judge Wood;

I am in receipt of the Government's Opposition papers. With the consent of AUSA John Cronan for the Government I am writing to respectfully request the time for Hasanoff to submit his Reply be extended from January 5, 2015, to February 9, 2015.

Thank you.

Respectfully,

B. Alan Seidler

bas/ee

SO ORDERED: 12-23-14

KIMBA M. WOOD
U. S. D. J.