(Rev. 05-01-2008)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                        Date:  03/12/2009



To:

From:

Contact:

Approved By:

Drafted By:

Case ID #:

Title:

To: ▬▬▬▬▬▬   From: ▬▬▬▬▬
Re: ▬▬▬▬▬▬▬▬▬▬, 03/12/2009

**Synopsis:** ▬▬▬ To document interviews conducted on 03/10/2009, 03/11/2009, and 03/14/2009 of captioned subject ▬▬▬▬▬▬ in ▬▬▬▬▬▬▬.

**Administrative:** ▬▬▬ ▬▬▬▬▬▬▬, who was acting in the capacity as an FBI detailee ▬▬▬▬▬▬, was also present during the interviews.

**Details:** ▬▬▬ On 03/10, 03/11, and 03/14/2009, FBI personnel conducted direct interviews of captioned subject Detainee-1 (hereinafter referred to as Subject).

▬▬▬ The interview on 03/10/2009 began at approximately 4:35pm and lasted until approximately 10:30pm (there was a prayer break from 6:30pm until approximately 7:30pm). On 03/11/2009, the interview began at approximately 4:00pm and concluded at approximately 9:00pm (there was a prayer break from 6:30pm until approximately 7:45pm). On 03/14/2009, the interview began at approximately 3:50pm and was concluded at 9:00pm (there was a prayer break from 6:30 - 7:30pm). During the interviews, Subject was offered food and water. The interviews were conducted with the interviewers primarily speaking in English and the Subject speaking in Arabic (mostly Egyptian dialect), with FBI Linguist providing translation. Subject comprehends English rather well and provided some responses in English.

**Methods of Communication by Subject and His Associates:**

▬▬▬ Subject provided the following information regarding his and his associates' methods for communication:

To: ███████        From: ███████
Re: ███████ ████████, 03/12/2009

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

5.  ████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████

6.  ███████████████████████████████████████ was created by
"Khaled" and Subject to communicate with each other.   Subject advised that the "k" is for
Khaled and the "s" is for "Salah."   Salah is Subject's alias, which Subject provided to the
Americans (Khaled, Tariq and Umar).   Subject advised that the last letter in the email
address before ███████████ would be changed from time to time, along with the
password.   Khaled would be responsible for creating a new email account and password
and providing it to Subject.   Khaled would write an encrypted message, ███████
███████████████████████████████████, advising Subject of the new
account and password.   Subject used this email account the last time
he communicated with Khaled, approximately 2 days before he was
arrested.   Subject stated he believed that Khaled must know
Subject was arrested because communication between the two was
stopped.   Subject further explained that Khaled would check the
███████████ almost every day.   If Subject were to be released
from prison, he did not think the Americans (Khaled, Tariq, and
Umar) would continue to check the account, or they would be
suspicious, due to the length of time with no contact in the
account.   Additionally, Subject advised that Detainee-2
had access to this email account and password.

███████ Subject advised that he and Khaled utilized approximately
20, maybe more, variations of the kandscompanyr@yahoo.com email
accounts.   He clarified that all of the variants of the email account
started with "kandscompany" (with no variants in that portion).   The
only changes were between the "y" in company and the "@" symbol prior

████████████████████████████

To:   ████████    From: ████████
Re:   ████   ████, 03/12/2009

the ████████, Subject stated that Khaled (who controlled all the changes in the variants) would either enter a letter, two letters, a letter and number, or two numbers (in the space between the █ and the █ sign).  Letters "a" through "j" were possible variations used between the █ and the █ sign.  Additionally, Subject specifically indicated that email accounts utilizing "c","d","j" were possibly utilized (as such kandscompanyc@yahoo.com; kandscompanyd@yahoo.com; and kandscompanyj@yahoo.com were all possible variants of the email he used to communicate with Khaled.  Also, the passwords of these new email accounts varied significantly from the previous passwords and were usually "long sentences".

(Note: Subject positively identified a photograph (E.42) of Wesam Al-Hanafi as "Khaled".)

████████████

       █ In addition to Subject's email accounts, he utilized the following mail box in ████ to receive three packages from Khaled sent from the government post office in the U.A.E.

████████

11680 (or 11860, his recollection was unclear)
This box was located at an Express Mail Service store in ████████
████████.

       █ Subject also maintained three cellular telephones.

Subject had 3 mobile telephone numbers:

-One he used to contact ████████.
-One he used to contact ████████.
-Personal cell phone ████████

       █ Subject utilized public telephones (call centers) to contact Khaled.  Subject clarified that he was in regular telephonic contact with ████████ and that is why he had special designated telephones to contact them.  Meanwhile, Subject primarily utilized email to communicate with Khaled.  Subject explained that he had telephoned Khaled less than ten times and the last time he called Khaled was approximately two months before Subject was arrested (this would put the last telephonic contact

████████

To:  ████████      From:  ████
Re:  ████ ███ ████████, 03/12/2009

circa approx. November 2008).  Additionally, Subject stated he only
used his personal cellular phone for personal matters, while using
the other two phones for matters related to the jihad.  Subject
advised that he stored ████████████ telephone number in Subject's
phone and saved it under another name (unspecified).
████████████ numbers were the only numbers stored in his phone
designated for those two associates.

████ Separately, Subject denied ever calling the United States.
He claimed he had distant relatives in the U.S. from his father's
side but never called them.  Subject further stated that he never
let anyone use his mobile phones to call the U.S. or anywhere else.
Subject stated his relatives previously resided in Manhattan and now
resided in the U.A.E.  Subject identified his relatives as ███████
████████████████████████████████████████████████████████.

████ Subject would purchase new SIM cards/new phone numbers by
using other people's identification documents.  Subject would go to
an internet cafe and go into the cafe's server and retrieve digital
copies of identification documents scanned by other cafe customers.
These copies would be of ███████ identification cards which other
customers were making copies of to provide to merchants in order to
satisfy requirements to purchase SIM cards.  Subject would print the
digital copy and give it to ████████████████, who attached it to the
application to get a SIM card for a cellular telephone.  Subject
advised that cellular telephone number merchants did not care if the
photo/ID card was of the person attempting to get the number or not,
they were simply required to attach a copy of the photo identification
card to the application.

████ Subject changed his phone and phone numbers approximately
two to three times.  Subject advised he had numerous fake
identification cards.

**Subject's Proposed Travel fo Jihad/Connections to Pakistan:**

████ Subject advised that he was arrested on 01/01/2009 for
communicating with individuals in Pakistan for his scheduled travel
to Pakistan for jihad.  Approximately three to four months before
Subject was arrested and detained, Subject decided that he wanted
to travel for jihad.  Subject's friend, identified as ███████
████████████, was going to facilitate this travel.  ████████████ ███

████████████████████████

To: ██████████    From: ████████
Re: ███████ █████████████, 03/12/2009

████████████████████████████████████████████████. Subject had known ████████████████ for over two years, but lost contact with him until approximately three to four months before being arrested. When asked where Subject thought █████████ was currently located, Subject stated that he was either captured or a fugitive. Furthermore, █████████████ was planning on traveling to Somalia for jihad, and the last time Subject saw █████████ was in December 2008.

███ Subject advised that █████████████████ was in direct communication with a Pakistan-based individual identified as ████████████████████████████████████████████████. Additionally, Subject was introduced to █████████████████. █████████ and Subject were in telephonic contact on approximately ten occasions in December 2008. Subject utilized telephone numbers in other people's names to contact ████████████.

███ Subject also utilized the internet to communicate with █████████. Subject opened the email account ███████████████████████████████████████ provided this email account to ████████████ subsequently added Subject to his Yahoo messenger buddy list. Subject ████████████████████████ communicated together utilizing Yahoo messenger and email.

███ Approximately five to six days after Subject was arrested (Subject stated he was arrested on Thursday, 01/01/2009), he was supposed to travel for jihad. On Saturday, 01/03/2009, Subject was planning on going to the ██████████ in ████████, where he expected to obtain a student visa to █████████ valid for one year. After that, he was planning on purchasing an airline ticket to fly to ████████████. Once in ████████, he would obtain an █████████ visa and proceed to fly to ██████. Once in ████████, he would meet an unidentified individual who would smuggle Subject into ████████. Subject advised that prior to his departure from ████████████████ was going to send Subject the phone number and address of the "cut-out" in ████████████████████████████████ were going to travel with Subject to ██████ for jihad. Subject also explained that the trip to ████████ was his idea and that the plan to go to ██████████████████.

**Subjects Thoughts on Suicide and Martyrdom:**

███ Prior to Subject's planned travel, he stated that he applied to an English Academy in ████████ (unspecified) and received a letter

████████████████████████

To: ███████        From: ████
Re: ███████████████, 03/12/2009

from the school showing that he applied to attend.  Subject claims
that this letter (that he claimed was on his person when he was
arrested) would certainly enable him to get a student visa to ████.
Subject indicated that an individual only identified as ████, who
subject met on a bus traveling from █████████████, advised Subject
that ████████ had studied at an unspecified English Academy in
████ and that he still had an associate there named █████████████
got Subject in contact with ████ (NFI) and Subject requested that
████ help him apply to the Academy.  Subsequently, ████ provided
Subject with steps on how to apply.  The Academy allegedly sent a
letter to Subject, who claimed that it could be used to get him a
visa to ████.

████ With respect to martyrdom operations, Subject advised that
there is a disagreement in the Muslim world with regard to its
acceptability and there are two or three schools of thought.  The
first group condones martyrdom operations and considers it *halal*
(acceptable under Islamic code), but anyone committing suicide out
of despair would burn in hell.  The second group considers martyrdom
operations to be suicide, therefore it is considered *haram*
(unacceptable under Islamic code) under all circumstances.  The
third group considers that martyrdom operations could be considered
*halal* if the operation was conducted for the right reasons and
targeted the appropriate individuals, which Subject explained was
the Americans and non-believers.  Subject stated he was aligned with
the third group, and Subject further explained that Islam forbids
the intent of killing women and children or innocents.  If they are
killed, and it is not the attackers intention, but they happened to
be in the way of an appropriate target it is acceptable.
Additionally, Subject cited an Egyptian cleric who condoned 9/11.
This cleric stated that martyrdom was *haram* but said that the 9/11
operation was "our destiny" and was therefore *halal*.  Subject
indicated that he would not personally do a martyrdom operation
because he would rather be killed by someone else's hand and not his
own.  He also advised that ████ had offered a martyrdom
operation to Subject but Subject declined.

████ Subject stated "every day I want to die and to be killed
by Americans during battle would be best".  Subject further
elaborated he would want to kill as many Americans as he possible
could, the more the better.  This would give him greater rewards in
heaven.  At one point during the interview, Subject stated that it
would be impossible for him to have a friendly relationship with the

To: ██████████    From: ██████
Re: (█████████████████, 03/12/2009

American investigators, because if he would have met them under
different circumstance outside, for example in Afghanistan, only one
of them would survive the meeting, stating "I would kill you or you
would kill me", therefore, "we could never be friends."

████ Prior to his planned travel to █████████, Subject stated that
he was going to provide Khaled and the Americans the telephone number
and email address of ███████████████, but was unable to do so because
of his capture and detention.

**Subject and Americans/Americans Travel for Jihad:**

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████

██████████████████████████████████████████████████████████████
advised Subject that he knew Americans who wanted to travel to jihad and
these individuals also had money they wanted to provide to the mujahideen.
knew Khaled from his time in the U.A.E. Upon his return to
communicated with the U.A.E.-based Americans by telephone and email (NFI). While in
provided Subject with Khaled's email address (NFI). Khaled advised Subject that
he wanted to send money to Subject to support the mujahideen until it was his time to travel for
jihad. As a result, Khaled sent money, via Western Union, to Subject.

████ Subject stated that Khaled sent the money using fraudulent
identities, but Subject could not recall the names Khaled utilized.
Khaled sent approximately $10,000 before he traveled to ██████ in
February 2008. Each transfer was for $500 and Khaled transmitted
$2,000 per month. Subject advised that he received the transfer
number and Khaled's fraudulent name by email. Subject utilized his
own name to receive the funds in ███████████████████
at Western Union and affiliated money exchanges ████████████
███████. Subject used several money exchange offices in █████████,
never utilizing the same one more than once.

To:  ▮▮▮▮▮▮    From: ▮▮▮▮▮
Re:  (▮▮▮▮▮▮▮▮▮▮▮▮▮, 03/12/2009

▮▮ In February 2008, Khaled purchased his airline ticket and provided the arrival information to Subject via email (Subject does not recall which email account he used).  Khaled then traveled from the U.A.E. to meet Subject and Detainee-2 ▮▮▮▮▮.  Khaled stayed ▮▮▮▮▮ where Detainee-2 advised him to stay.  Upon his arrival, Khaled emailed Subject to notify him that he had arrived, and Subject provided Khaled with a meeting time and place.  Subject met with Khaled on ▮▮▮▮▮▮▮▮▮▮▮ where they went into an internet cafe.  In the internet cafe, Subject and Khaled opened the ▮▮▮▮▮▮▮▮ email account to communicate with each other upon Khaled's departure from ▮▮▮▮.  Khaled advised subject that he would occasionally create a new email account and the account name would be similar to ▮▮▮▮▮▮▮▮▮ except that he would insert a letter, two letters, a letter and a number, or two numbers before the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

▮▮ After the internet cafe, the two met Detainee-2 ▮▮▮▮▮ who brought Khaled to his (Detainee-2's) home ▮▮.  Khaled spent two to three days at Detainee-2's home, after which he returned to the hotel in ▮▮▮▮.  At Detainee-2's house, Khaled gave Detainee-2 $12,000 USD that he brought with him from ▮▮▮.  Additionally, Subject advised that Khaled swore *bayat* to Detainee-2 while at Detainee-2's home.  Subject claimed that it was also understood that Subject had promised obedience to Detainee-2 concerning travel for jihad.  Khaled spent approximately five to six days in ▮▮▮▮.

▮▮ When Khaled returned to U.A.E., he sent an additional $2,000 to Subject to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  In approximately November 2008, Khaled wanted to have someone hand carry money to ▮▮▮.  Khaled provided $45,000 USD to an unidentified man who delivered it to Subject in ▮▮▮.  Subject stated that his associate ▮▮▮ sent this unidentified man to the U.A.E. to directly receive $45,000 in cash from Khaled.  Subject added that ▮▮▮▮▮ introduced ▮▮▮ to Subject. The money was to support the mujahideen (NFI).



To:  ████████     From:  ████
Re:  ███████████████, 03/12/2009



████████ gave Subject the $45,000 from Khaled.  Subject held
on to $20,000, which was taken during his arrest.  $11,000 went to
████████.  ████████ received $9,000.  ████████████ got
$2,100, who provided the money to the wife of ████████, who is
in ████████.  Subject was planning on taking the $20,000 with him
to ████████.  Separately, Khaled wanted to take an additional
$15,000 to ████████.  Since Detainee-2 ████████ was
out fo the picture at this point, he never received any of this money.
Separately, ████████ requested $15,000 from Subject for someone to
undertake an explosive operation in Afghanistan (NFI).

████ Subject advised that the three Americans wanted to travel
to jihad and that he was not aware of any additional Americans that
wanted to travel.  Subject claimed that Detainee-2 ████████ did not want
the Americans to travel to ████ for training because ████ was a
dangerous place for Americans and it would be suspicious for them
to be in ████.

████ Subject provided the following descriptive information on
the three Americans:

████ Subject explained that the Americans travel between the
United States, Europe, and Australia and have businesses there (NFI).
Subject stated that Khaled is American of Egyptian ancestry, who
works in the U.A.E. in "Information Technology", and has a high
income.  Subject stated that Khaled can not write Arabic but can
speak and read it.  Furthermore, Subject stated that he did not feel
that Khaled would not make a good jihadi (NFI).  Subject added that
when Arabs go to the U.S., they "become worse than the Americans and
would drink and chase girls..."  However, Subject did believe Khaled
was serious about traveling for jihad.

████ Tariq was located in the U.A.E., his ancestry is Uzbeki,
travels to Australia and has a business there.  In addition to
American citizenship, Tariq also has Australian citizenship.  Tariq
visited the United States on two occasions between February 2008 and
the time Subject was arrested.

████ Umar was identified as an Arab American located in the United
States, but who moved around (NFI).

████ Subject added that the Americans were supposed to travel
to Pakistan sometime shortly after Subject traveled to Pakistan in

To: ▮▮▮▮▮    From: ▮▮▮▮
Re: ▮▮▮▮▮▮▮▮▮▮▮, 03/12/2009


January 2009.  Subject was supposed to get the Americans in touch
with ▮▮▮▮▮▮▮▮.

▮▮▮ The Americans (Khaled, Tariq, and Umar) wanted to go to
Afghanistan and "not come back".  Subject further explained that the
Americans had the desire and expectation to die fighting in
Afghanistan.  The Americans planned on selling their homes and
belongings.  When asked if it was possible that the Americans could
go to Pakistan for training and return, Subject stated that it was
not possible because when the Americans sold their belongings, their
families undoubtedly became suspicious and this might make the
authorities aware of their activities abroad. Additionally, ▮▮▮▮▮
▮▮▮▮▮▮ told Subject that if anyone wanted to conduct a martyrdom
operation, he would receive them right away.  Subject asked Khaled
(via email), who in turn asked Tariq and Umar, if they would be willing
to conduct a martyrdom operation.  The Americans, via Khaled,
advised Subject that they did not want to do a martyrdom operation
but still wanted to travel for jihad.  Additionally, Subject was
certain the Americans knew he was arrested because his communication
with them had ceased.

(Note: During the first interview of Subject, he jumped to the
conclusion that all of the Americans were arrested.)


**New York Stock Exchange Plot:**

▮▮▮ Tariq went to New York shortly after Khaled's visit to ▮▮▮▮▮
(February 2008).  Detainee-2 asked Tariq, via Subject and
Khaled, to "check out" the New York Stock Exchange (NYSE) and the
"biggest dam" in the United States, but did not specify to Tariq which
dam that would be.  Detainee-2 also requested that Tariq get "us" some
information  on the NSYE and dam.  Subject advised that Tariq sent
back, via email, "silly" and simple information on the NYSE and never
actually visited any dam, and therefore, no information was provided
concerning any dam.

▮▮▮ Tariq's report on the NYSE was sent to Khaled by email.  The
report was less than one page and written in English, which Subject
translated into Arabic using computer software.  The report
contained information stating the it was forbidden for automobiles
to park next to the NYSE, and Police dogs and "civilian" police
conducted patrols.  Subject stated (sarcastically) that Detainee-2

To:  ███████      From: ████
Re:  █████████████████, 03/12/2009

probably burned the report and "warmed his hands with it", and did not transmit it to any one.  (This response seemed to be from the frustration that Detainee-2 had been stringing them along with no real plans for an operation).

██ Subject advised that Tariq and Khaled both knew they were collecting information on the NYSE for a possible operation.

██ When asked if there was a planned operation against the NYSE by the Americans, Subject responded with a definitive "No".  Subject stated that the three Americans had no experience "in security or movement".  Furthermore, Detainee-2 did not have any real intention to plan or coordinate such an operation.  Detainee-2 plan was to take the Americans' money.  For example, Detainee-2 was planning on using the $45,000 to open an appliance store in █████.  (Note: Subject stated Detainee-2 never received any of the $45,000.)  Additionally, Subject claimed he did not discuss the NYSE plan with ████████████ ████████████ or anyone else.  However, Subject did state that ██████ and his associates were interested in recruiting and utilizing Americans for operations.  Furthermore, Al-Qa'ida (AQ) in Pakistan would like to have operatives in the United States.  Subject added that whoever goes to AQ, if his circumstances (i.e.: desire) and security circumstances in his home country permit him to go back to his home country, that AQ member would go back home for the purpose of conducting operations.

## Disagreement Between Subject, Americans, and Detainee-2 :

██ Subject advised that in October/November 2008 Subject, the Americans (Khaled, Tariq, and Umar), and Detainee-2 began to disagree (i.e.: "the problem") due to Detainee-2's perceived manipulation and deception.  Subject advised that he and the Americans were frustrated with Detainee-2's lack of assistance to get them to travel for jihad.  Additionally, Subject and Khaled, in particular, felt that Detainee-2 was using the money Khaled sent to only help Detainee-2's "needy friends".  Subject stated that Detainee-2 was "stringing" the Americans along in order to keep the flow of money coming into █████.  To keep the money coming in, Detainee-2 wanted to make Subject and the Americans think they were going to travel sometime soon and to keep them feeling like they were involved in an important operation.  Subject was also angry and frustrated with Detainee-2 because Subject felt that he (Subject) would be blamed by the Americans due to their lack of travel to jihad because they primarily dealt with Subject.



To: ███████████          From: ████████
Re: ██████████████████████, 03/12/2009

████ Additionally, Subject claimed ██Detainee-2██ put him in danger because Subject was the conduit between the Americans and ██Detainee-2██ and no one knew ██Detainee-2's██ real name, where he lived, etc, and Subject would become the "scapegoat" (subject used the word "scapegoat" in English) if he were captured. Suject also stated that if Subject were able to travel to jihad, ██Detainee-2██ would lose his "servant" (referring to himself).

████ Khaled agreed with Subject to end their relationship with ██Detainee-2██. Khaled and Subject both agreed that ██Detainee-2██ was taking the money for his own agenda. ██Detainee-2██ contacted Khaled by telephone and email to explain his side of the story. ██Detainee-2██ created a new email account to communicate with Khaled.

████ Subject advised that he had a verbal argument with ██Detainee-2██ and that Subject cursed him ██Detainee-2██.

**Equipment Sent By Americans to ██████:**

████ Khaled and Tariq sent, by mail from the U.A.E., three GPS units, a pair of binoculars, a remote control car with remote and an additional, more advanced remote control and receiver, three jackets, three pairs of boots, and two watches. Khaled sent the equipment from a post office in the ██U.A.E.██ (NFI) and Subject utilized a mailbox located at "Express Mail Service", with the following address: ██████████████████████████████████████████████ ███████████████████████████. It would usually take between two and three days to receive the package once it was shipped from ████████. Khaled would also email Subject and notify him that a package was en route. Subject advised that four packages were shipped to ████████, and Subject received three and ██████████████████ received one at his post office box on ██████████████████ and provided it to ████████ ██Detainee-2██. Subject received the last package between November and December 2008. This package contained a GPS unit, a pair of boots, and a watch.

████ In addition to the items Khaled mailed to subject, Khaled also hand carried a laptop computer and Atlas translation device during his visit to ██████ in February 2008.

████ To summarize, the following items were sent from Khaled to Subject through the mail on separate occasions:

To: ███████      From: ███████
Re: ███████████████, 03/12/2009


**Three Jackets:**

███ The jackets were purchased in the U.S. during Khaled's trip there (NFI).  Khaled subsequently mailed them from █the U.A.E.███ to Subject.  The jackets were described as heavy jackets designed for extremely cold weather.  The brand name of the jackets was "Columbia".  Subject stated that he kept a jacket and █Detainee-2 and█ ████████████████ each kept a jacket as well.

**Three Pairs of Boots:**

███ Khaled bought the boots in the U.A.E. and mailed them to Subject.  Subject advised the brand name of the boots were Columbia.

**Three GPS Units:**

███ The GPS units were sent after Khaled's visit.  Khaled purchased the units in the U.A.E. and mailed them to Subject.  The devices were handheld "Garmin" units.  █████████████████ had two of the GPS devices and █Detainee-2█ had one as well.

**Remote-Controlled Car with Remote and an Additional Advanced Remote Control and Receiver:**

███ █Detainee-2██████ requested a remote-controlled toy care, an advanced remote control, and receiver for an explosive operation (NFI).  The toy car was supposed to be used as "cover", because it would look suspicious if the advance remote and receiver were sent alone.  Tariq bought the toy car and advanced remote control in the United States.  Khaled sent an internet link with information about the remote control to Subject, who wrote down its specifications and showed them to █Detainee-2█.  Tariq sent the remote-controlled toy car, along with a separate "advanced remote control" and receiver from █the U.A.E.█ to Subject.  Subject admitted that the advanced remote would be used for "explosions".  The range for the advanced remote is "line of sight" or within one's "eye sight".


███ Subject advised that he gave the advanced remote and receiver to █████████████ between October and December 2008. █████████████ took them so he could send them to the mujahideen in Somalia.  Subject is unaware if the advanced remote and receiver were ever sent to Somalia.



To: ▮▮▮▮▮▮▮   From: ▮▮▮▮
Re: ▮▮▮▮▮▮▮▮▮▮, 03/12/2009

▮▮▮ The car and its original remote are with Detainee-2 ▮▮▮▮▮.
The remote for the car is not very powerful and had a small range
and could not be used for operations.

**Laptop Computer:**

▮▮▮ Khaled bought the computer which was a "Le nouveau"
(phonetic) brand.  Khaled brought the computer from the U.A.E. to
▮▮▮ in February 2008.  Detainee-2 was supposed to send the
computer to Afghanistan (NFI); however, Subject took the computer
back during the "problem"/argument with Detainee-2.

▮▮▮ Subject made conflicting statements, at one time he stated
that ▮▮▮▮▮▮▮▮▮ currently has the laptop, and later advised that
Subject's associate ▮▮▮ had the laptop for internet use.

**Binoculars:**

▮▮▮ Tariq purchased the set of binoculars in the U.S. during
one of his trips.  He them mailed them to Subject from the ▮▮▮▮▮
▮▮▮▮ had them most recently, as far as Subject knew.  These
binoculars were described as "regular" and did not have night vision.

**Two Watches:**

▮▮▮ Khaled bought the two watches in the U.S. and mailed them
from the U.A.E. ▮▮▮▮ to Subject.  The watches were described as "Casio
– G Shock" watches.  ▮▮▮▮▮▮▮▮ had one watch and Subject kept
the other.

▮▮▮ During the "problem"/argument between the
Subject/Americans and Detainee-2, Subject took back the Atlas
translation device, laptop computer, advanced remote control, two
watches, and the two GPS units.

▮▮▮ From the items retrieved from Detainee-2, Subject sent ▮▮▮▮
▮▮▮ 2 GPS units, the advanced remote control, one Columbia
jacket and 2 pairs of Columbia boots.  Subject sent ▮▮▮ the laptop
computer.  Subject kept the Atlas device, one watch, one jacket, and
one pair of boots.

████████

To:  ████████      From: ████████
Re:  ██████████████, 03/12/2009

████ Separately, after the problem and subsequent realignment of allegiance to ████████████████████████████████ requested GPS devices, an electrical toolbox, walkie-talkies, a laptop computer, a video camera, a "scegnal generator" (to create certain waves (NFI)), and a "mobile factory".  However, these items were never purchased or sent.  ████████████ requested a high quality set of electrical tools in a toolbox, containing such items as an ampmeter and voltmeter.  These tools would be used for explosive manufacturing (electrical circuitry).  Subject has researched the items online, ut they were never purchased or sent.

████ The "mobile factory" was for manufacturing chemicals for explosives production.  Subject asked Khaled to look for one, but Khaled did not know what the item was.  This ocurred right before Subject was captured.  █████████████████████████████████
██████████████ would send the item to Pakistan for Khaled, if he were to purchase the item.

**Summary of Khaled's Financial Support:**

████ Khaled provided `Detainee-2` and/or Subject; $10,000 by wire transfer, $12,000 hand carried by Khaled, and $45,000 hand carried from the U.A.E. by ████████ unspecified.  When Subject was asked what Khaled expected from providing approximately $67,000 to `Detainee-2`, Subject stated that Khaled expected to go to "paradise".

**Subject's Associates/Miscellanous Individuals:**

██████████████████████████████:



████████████████

To:              From:
Re:                        , 03/12/2009

To:                          From:
Re:                                 , 03/12/2009

To: █████████        From: ███████
Re: ███████████████, 03/12/2009

To: From:
Re: ▮▮▮▮▮▮▮▮, 03/12/2009



To: ██████████     From: ██████
Re: ████████████████, 03/12/2009



To: ████████          From: ████████
Re: ████████████████, 03/12/2009



To:  ▮▮▮▮▮▮     From:  ▮▮▮▮▮
Re:  ▮▮▮▮▮▮▮▮▮▮▮▮▮, 03/12/2009

To: ▆▆▆▆▆▆      From: ▆▆▆▆▆▆
Re: ▆▆▆▆▆▆▆▆▆▆▆▆▆, 03/12/2009

To:                From:
Re:                        , 03/12/2009