(Rev. 05-01-2008)



# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:  03/02/2009

To:

From:

        Contact:  TDY SSA

Approved By:

Drafted By:

Case ID #:

Title:

1

To: New York  From: ████
Re: ████████████, 03/02/2009

**Synopsis:**  ████  To document an interview conducted on 03/02/2009 of captioned subject ██████████ ████████.

**Details:**  ████  On 03/02/2009, FBI personnel conducted a direct interview of captioned subject ████ Detainee-2 (hereinafter referred to as Subject).

████  The interview began at approximately 5:30pm local time as the Subject was brought to the interview room in handcuffs and was blindfolded.  The Subject's blindfold was removed and FBI personnel introduced themselves as employees of the U.S. Department of Justice and the subject was not/not provided Miranda warnings.  After greetings were exchanged, interviewers asked subject how long he has been detained, to which he replied that he had been detained for approximately 7 weeks.

████  The FBI interviewers spent the majority of the interview session building rapport with the Subject and to make him feel comfortable.  The Subject was told that the "Department of Justice" was here in ████ to obtain information from the Subject pertaining to a group of Americans that the Subject was associated with and their alleged plot to attack the U.S. Homeland.  The Subject was advised, by FBI interviewers, that they were not there to file charges against him but rather seeking information on the Americans and others that the subject is associated with and their potential plans to attack the U.S.
As interviewers mentioned names of former Egyptian Islamic Jihad members that we felt that Subject would be familiar with, Subject nodded his agreement that he was familiar with them.  Some of the names mentioned were: ████████████████████

To: New York  From: ████
Re: ████████████, 03/02/2009

████ At approximately 6:20pm local time, Subject said he would like to make a statement, but subsequently requested a prayer break. The subject was escorted by ██ personnel out of the room for his prayer.

████ At approximately 7:40pm local time, the subject was brought back in the interview room. (Note: During the prayer break, the ████ facility lost power and most of the remainder of the interview was conducted by candle light.) Upon his return to the room, the subject explained why he has committed jihad and made statements justifying attacks against American interests.

████ The subject stated that Islam is peaceful and that attacks against American interests were only reactions to America's actions and policies directed against Muslims. He added that attacks against American interests were not out of hatred of American citizens, but were rather attacks against America's policies, particularly its Middle Eastern policies, policies against "Muslims", and American "Imperialism". He explained that Muslims are only defending themselves against America's oppression of them and America's attempts to steal their land. Furthermore, the subject advised that he was not a member of Al-Qa'ida, but that he had fought in Afghanistan against the Soviets and communism, had been in the Sudan with Usama Bin Laden and had traveled to ████.

████ FBI interviewers thanked the subject for sharing his views with them and advised that they understood his frustrations.

████ Subject agreed to provide the FBI interviewers with the information they needed and he stated he would answer any questions they had in future sessions. At this point, FBI interviewers thanked the Subject for speaking with them this day and looked forward to meeting with him again. The interview was terminated at that point and ████ officials then blindfolded Subject and escorted him out of the room at approximately 9:30pm local time.

████ Throughout the interview, the Subject was provided with water, juice and food. He ate a chocolate "Kit Kat" bar with the interviewers. At the conclusion of the interview, the Subject hugged and kissed the interviewers on the cheek. Throughout the entire interview session, Subject made no complaints regarding his treatment pertaining to his detention.

To: New York  From: ▓▓▓▓▓
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, 03/02/2009

    ▓▓▓ ▓▓▓ personnel advised that FBI could interview the subject again on 03/03/2009 at a time to be determined.

To: New York  From: ███████
Re: ██████████████████, 03/02/2009

██████████████

██████████████

███████████

████████████

████████████

███████████████

████████████████████████

♦♦

(Rev. 05-01-2008)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:  03/04/2009

To:



From:

Contact:  TDY SSA

Approved By:

Drafted By:

Case ID #:

Title:

To:  New York   From:  ██████
Re:  ███████████████, 03/04/2009

**Synopsis:**  ████  To document interviews conducted on 03/03/2009 and 03/04/2009 of captioned subject ████████████████ (second and third interviews).

**Administrative:**  ████   SSA  ████████████,  ████████████████, was also present during the interviews.

**Details:**  ████  On 03/03/2009 and 03/04/2009, FBI personnel conducted direct interviews of captioned subject Detainee-2 (hereinafter referred to as Subject).

████  The interview on 03/03/2009 began at approximately 2:30pm and lasted until approximately 7:30pm and the interview on 03/04/2009 began at approximately 2:45pm and lasted until approximately 10:30pm.  During both days, Subject was allowed two prayer breaks and was provided with food and water throughout the interviews which he accepted.  The interviews were conducted with the interviewers primarily speaking in English and the Subject speaking in Arabic (a combination of Egyptian and Yemeni dialect as well as standard Arabic).  Communication was successful and the Subject was asked on several occasions whether he understood the translator.  In every instance, the Subject stated that he had very good understanding of the translation.

████  The Subject stated that he was primarily concerned about his family.  He has a wife and four children ████████████.  He is concerned about spending his life away from them and most concerned about being deported and handed over to the Egyptian Government due to his Egyptian Citizenship.

To:  New York  From: ████████
Re:  ███  ██████████, 03/04/2009





████████   As a seasoned jihadi, the Subject had long hoped for an
opportunity to create an attack on US soil.  The Subject is very clear
in his desire to attack the US homeland and US interests anywhere
and feels completely justified in his hatred of the US and its
policies.  He feels that all of the mistreatment of Muslims worldwide
is the result of US policy and imperialism and that it is his clear
duty to destroy US interests.  During discussions regarding the
conceptualized attacks on the New York Stock Exchange, the Subject
made the comment that although his plan never materialized, he thanks
"Allah" that Allah is already destroying the US economy.


████████   In mid 2007, shortly after Detainee-1's release from prison,
Detainee-1 told the Subject that he was aware of three young men who
wanted to become jihadis.  Detainee-1 told Subject that he had learned
about these three young men from ████████. According to what
Detainee-1 told Subject, the three young men had US passports and were

To:  New York  From: ███████
Re:  ████ ████████████████, 03/04/2009

also willing to provide financial assistance to the "brothers" and
to the jihad.  The subject had long hoped for an opportunity to create
an attack on US soil, and began to think of opportunities where he
could use these individuals.  The subject began thinking about or
conceptualizing an attack somewhere in the US, and specifically began
thinking about the New York Stock Exchange.  The Subject had very
little idea about the Stock Exchange, i.e. it's location, security
measures, size, etc., but advised that his motivation to do an attack
there was because it represented to him the world's economy so it
was a highly desirable target.

████ The Subject had another associate ███████████████
████████████, a fellow jihadi, ████████████, who also fought against the
Soviets in Afghanistan. Subject worked with █████████████████, as
they both were in the car business.  █████████ and the Subject had
multiple conversations regarding getting the Americans to travel for
jihad.  It was agreed by them that they (the Americans) would be
better used for attacks on US soil than to allow them to travel into
Afghanistan, Pakistan, Somalia or any other front because they are
potentially a valuable asset for attacks within the US.  Through
████████, the Americans continued to make requests to travel for
training and jihad, but the Subject continued to state that the path
for them to travel was not clear (NFI).  Subject and ████████████
discussed that if the Americans were going to do jihad, they should
do it in America.

████ In February of 2008, one of the three young men
(hereinafter referred to as Khaled), who lived in Dubai, wanted to
come meet directly with the Subject ████████.  Khaled offered to
bring cash for the jihad and the Subject asked Khaled to bring a
computer and an Atlas electronic translation device.  All
communications on this matter  were done through `Detainee-1` to Khaled
at this point and the Subject did not have direct contact with Khaled.
Subject also stated that he provided instructions for Khaled (via
`Detainee-1`) regarding Khaled's travel and routine, advising that
Khaled should shave his beard and avoid suspicious relationships.

████ Sometime in early February, 2008, Khaled traveled to ████████
to meet directly with the Subject.  Khaled was instructed to travel
to █████ and upon arrival to send an email to `Detainee-1`, at which point
he would be given a telephone number to call. Upon arriving in █████,
Khaled checked into the ██████████████. and followed the
instructions to contact `Detainee-1`. `Detainee-1` then went to meet Khaled
at the hotel and the two had lunch.  Later that day, `Detainee-1` brought

████████████████████

To:   New York   From:   ████████
Re:   ████████████████, 03/04/2009

Khaled to meet Subject at a restaurant on ████████████████
██████████████████████, where the three of them had dinner.
The Subject advised that he was aware of two other associates of
Khaled's, both US citizens.  The Subject did not give Khaled his true
name but instead said that he should be referred to as ████████████
Subject also said that he did not want to know Khaled's real name
nor the real names of Khaled's two American associates, who, Khaled
advised Subject, also wanted to travel to jihad. Subject then
assigned fake names for Khaled's American associates, stating that
they would be known ████ and ████.  The Subject claimed that Khaled
was the only one of the three Americans that he ever met face to face.

    ████ After this dinner, the Subject invited Khaled to check out
of the hotel and stay at the Subject's house ████████ as a guest.
For the next two days at Subject's house, the two discussed Khaled's
life in the UAE, Islam and jihad, and read together from ██████████
████████████████████ During this stay at Subject's house, Khaled gave the
Subject $12,000USD in cash with the understanding that it would go
to support the families of the martyrs, "the brothers" and for others
"in need."  Khaled also gave Subject a laptop computer and an Atlas
translation device.  Subject advised that the laptop and Atlas were
for his use.  Additionally, Khaled also agreed to continue to send
more money to Subject in the future.  Also during his stay, Khaled
advised Subject that he had attempted to travel to Iraq (via Syria)
to engage in jihad but was unsuccessful getting to Iraq(NFI).  Khaled
told Subject that he has two children, a boy and a girl (████████
██████████████████, and is married to an Egyptian woman. Khaled showed
the Subject his US passport.  Khaled can speak Arabic, but does not
read or write it well.  Khaled attended school in the US and moved
to Dubai, where he worked in the field of computers and information
security. Furthermore, Subject advised Khaled to tell his two
American associates, who also wanted to travel with Khaled for jihad,
that they should all avoid ████████ and not communicate with him
from that point forward.  Subject believed that ██████████ was
"hasty" and a security risk.

    ████ At the end the two day visit at Subject's house, Subject
drove Khaled to meet ████████ so that he could leave ████████ to go
back to work in UAE.  Subject estimated that Khaled spent about one
week in ████████.  Prior to leaving ████████, Subject made the
arrangement that all communication between he and Khaled would be
through ████████.  ████████ provided Subject with Khaled's UAE mobile

████████████████████

To: New York  From: ███████
Re: ███ ████████████, 03/04/2009

phone number on a sheet of paper.  Subject stated that he kept this
sheet of paper in his house.

████  Subject claimed that he did not keep records of who he gave
the money to.  Subject also stated that in 2008 he estimated that
Khaled sent several Western Union transfers totalling approximately
$8,000 USD.  In all, subject advised he received about 20,000 USD
from Khaled.  The Subject gave some of the $12,000 given to him by
Khaled to the families in need and bought two cars with the remainder.
Subject advised that his intention on using Khaled's money to buy
the two cars was to sell the cars for profit and thereby expand the
money given to him by Khaled to increase the funds for the "families."

████  Subject continued to request items from the Americans via
Detainee-1.  Subject wanted to send shoes and jackets to the
"brothers", so he asked Khaled to send these items through Detainee-1.
Additionally, Subject requested of Khaled (in addition to the laptop
and Atlas translator which was previously delivered), a toy with a
remote control, a GPS and binoculars.  Subject stated that these
things remained at his house, and were eventually given to ████████
████████

████  In approximately May or June of 2008, Khaled advised the
Subject (via Detainee-1) that Tareq would be traveling to the US from
the UAE.  Via Detainee-1, the Subject requested Khaled to tell Tareq
that while he (Tareq) was in New York, Tareq should collect
information at the New York Stock Exchange and provide the
information to Subject.  Subject stated that he would like to make
an attack of some sort (explosive) against the Stock Exchange.  Tareq
reported via Detainee-1 that the Stock Exchange was made up of about
four streets that were blocked off from vehicular traffic.  The
Subject maintains that there was no further operational planning of
that target after Tareq's reconnaissance.

████  Sometime in November, 2008, a problem arose between the
Subject, Detainee-1 and the Americans which appears to revolve around
the Subject's use of the money and equipment sent to the Subject.
It seems that the Americans and Detainee-1 were becoming impatient with
the Subject and his lack of facilitation of their travel and training
for jihad.  Due to this problem, hard feelings occurred between the
Subject and Detainee-1.  The Subject stated that ████████████████ acted
as a mediator to fix this problem between Detainee-1 and Subject.

**Direct Communication with Khaled/Hanafi:**

To: New York  From: ▮▮▮▮
Re: ▮▮ ▮▮▮▮▮▮▮▮, 03/04/2009

▮▮▮ Subject advised in approximately December, 2008 he made the first
of his several calls to Khaled's UAE mobile phone, but Khaled did
not answer these calls.  At this point, Subject saved Khaled's phone
number into the memory of his (Subject's) mobile phone under the title
of "al amer" (phonetic).  (Note: Subject explained that his mobile
phone was taken by the ▮▮▮▮▮▮ authorities upon his arrest in early
January 2009).  Subject then advised that soon after his attempts
to reach Khaled's UAE mobile phone, Khaled used another UAE phone
number unfamiliar to Subject and called Subject on his ▮▮▮▮ mobile
phone.  During this phone call, Khaled told Subject to open an email
account so that they could communicate via email.  Khaled also told
subject that once he opened this email he should call Khaled and tell
him the name of the account and its password.  Subject stated that
he then went to an internet cafe in ▮▮▮▮▮▮▮▮▮▮▮▮, near
a private school, and created the email account: ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮.  Subject advised that this was the first
email account he had created in at least a year and decided to use
gmail because Detainee-1 had previously told him that gmail was a good
type of email. Subject also stated that he had a hard time creating
this email acccount because of his unfamiliarity with gmail.  Upon
creating this email account, Subject then called Khaled's UAE mobile
phone, which Khaled again did not answer.  Khaled then used a
different UAE based phone to call Subject's mobile phone at which
point, Subject provided Khaled the email account and password. Khaled
also instructed Subject to write messages to him in this account but
then not to send the email but instead save the messages ▮▮▮▮▮▮
▮▮▮▮▮ that Khaled would later check from his location. ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject also stated that these messages to Khaled were in an attempt
to alleviate their problem. Subject also said that at some point later
he changed the password to this email account to ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ using Arabic script, not English, and did not tell Khaled
the new password.  Subject also advised  that he created a second
email account: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Subject claimed that he never used this
second email account.

     Subject claimed that he did not communicate via email with
anyone during all of 2008 other than Khaled as stated above.

     Subject claimed that he did not access the internet from his
home because he did not have internet service at his house.  He
further explained that he used about twenty different internet sites
in ▮▮▮▮▮ to access the internet in order to research news.  Subject
stated that he primarily used "Google" while searching the internet
for news.  Subject advised that he did not conduct any internet
searches regarding the New York Stock Exchange, again claiming that
he only used the internet to obtain news.

To: New York   From: ▮▮▮▮
Re: ▮▮   ▮▮▮▮▮▮▮▮▮▮▮, 03/04/2009

　　　　Subject advised that he does not remember any of Khaled's phone numbers but some of the calls to/from Khaled could still be saved in the memory of his mobile phone that was taken from him by the ▮▮▮▮▮ authorities during his arrest.

**Others known to Subject:**



13

To: New York  From: ▮▮▮▮▮▮
Re: ▮▮▮▮▮▮▮▮▮▮▮, 03/04/2009



To:  New York  From:
Re:                        , 03/04/2009

To:  New York   From: ▮▮▮▮
Re:  ▮▮▮▮▮▮▮▮▮▮▮▮, 03/04/2009



To:  New York  From: ▮▮▮▮▮▮▮
Re:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 03/04/2009



♦♦

(Rev. 05-01-2008)

████████████████████████

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                    **Date:**  03/09/2009

**To:**  ██████████████████████

██████████████████████████████

██████████████████████████████

██████████████████████

██████████████████████████

**From:**  ███████████

█████████████████

    **Contact:**  TDY SSA  ██████████████

**Approved By:**  ████████████

**Drafted By:**  ██████████████
████████████████

**Case ID #:**  ██████████  (Pending)
                          (Pending)

**Title:**  ████████████
████████████████████

████████████████████

To: New York  From: ████████
Re: ████████████████, 03/09/2009

**Synopsis:** ████ To document interviews conducted on 03/07/2009 and 03/08/2009 of captioned subject ██████████████████████ (fourth and fifth interviews).

███████████████████████████
████████████████

**Administrative:** ████   SSA █████████████, ████████████████████, was also present during the interviews.

**Details:** ████ On 03/07/2009 and 03/08/2009, FBI personnel conducted direct interviews of captioned subject Detainee-2 ████████████████████████████████████████ (hereinafter referred to as Subject) at a "safe house" facility operated by ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████ The interview on 03/07/2009 began at approximately 2:30pm and lasted until approximately 7:00pm, while the interview on 03/08/2009 began at approximately 3:30pm and lasted until approximately 7:00pm.  On 03/08/2009, a traditional ████████ dinner was arranged at the "safe house" and investigators from both services dined with the Subject.  During the interviews, Subject was provided with food and water throughout, which he accepted.  The interviews were conducted with the interviewers primarily speaking in English and the Subject speaking in Arabic (a combination of ████████ and ████████ dialect as well as standard Arabic), with FBI Linguist providing translation.

**Subject's Meeting with "Khaled"/Americans Swearing bayat to Subject/U.S.-based Operations:**
████ Subject advised that he had sworn *bayat* (oath/pledge of loyalty and obedience) to Egyptian Islamic Jihad (EIJ) leader (who later became Al-Qa'ida's second-in-command) ████████████████ in the early to mid-1990s.  Subject added that he swore to listen and obey ████████████ for jihad in all "activities and hatred."  Of significance, upon Khaled's entrance to Subject's house in February 2008, Khaled swore *bayat* to Subject and swore to obey the Subject

████████

████

To: New York   From: █████
Re: ██████████████████, 03/09/2009

and to "listen to him."  Per Subject, Khaled spoke to "Tariq" and
"Umar" and told them that "a brother (Subject) in jihad" could help
travel for jihad.  Additionally, Tariq and Umar pledged *bayat* to
Khaled and stated they were "with" Subject, which Subject believed
was a swearing of *bayat* to subject through Khaled.  Subject stated
that Khaled was in his (Subject's) command for all matters of jihad.
While Khaled was staying with Subject in February 2008, Subject told
Khaled to refer to Subject as ████████████ (phonetic) and to refer
to Detainee-1 ████████ (hereinafter referred to as ████████████ as
████████ (phonetic).  Detainee-1 had also sworn *bayat* to Subject and
promised to obey and listen to Subject.  Khaled asked Subject to get
Khaled and the Americans into any jihad arena (Iraq, Afghanistan,
or Somalia).  Subject advised that wherever they went, they would
receive military-style training, followed by actual fighting.

████  At the Subject's house, Khaled and Subject discussed jihad
and ways of traveling to jihad.  Subject advised that he had desired
to have Americans travel to America to conduct terrorist operations.
His idea of an operation in America came from the possibility of
Khaled and the other Americans being able to travel to conduct
operations in the United States.

████  Approximately two months after Khaled left ██████, Khaled
told Subject (via Detainee-1's email) ████████ that Tariq was traveling to the
United States, and Khaled asked Subject if there was anything he
needed.  Subject told Khaled to have Tariq "visit" the New York Stock
Exchange (NYSE).  Khaled was not surprised by this request.  Subject
advised that Tariq did visit the NYSE and Tariq sent a one-page report
to Detainee-1 (via email) on the NYSE, which Detainee-1 printed out and
gave to Subject.  From the report, Subject advised that the "building
has four streets and no one can reach it by car and you would have
to walk to it."  Subject was not happy with the information, as it
did not add to what Subject knew about the NYSE.  Subject reported
that he tore up the report and "threw it in the street" and never
showed it to any one.  Subject admitted that the information could
be used by someone who wanted to do an operation (NFI).

████  Subject told ██████████████████████████████████████████
██████████ that the three Americans could be used in jihad
and Subject asked ████████████ if it would be possible for Subject and
██████████ to train the Americans.  They discussed that the
Americans would be trained in the "primary phase," which consisted
of rifle training/shooting, as well as other subjects to be
determined.  It was determined that ██████████ and Subject could not

████

To: New York  From: ████████
Re: ████████████████████, 03/09/2009

provide training for the Americans.  Subject advised that he checked
with ██████████ to see if the paths to jihad were open.  ████████████
advised that they were closed.  Regarding the routes to jihad,
Subject stated he did not check with any ██████████████████ who
were former jihadis or anyone else outside ██████ for that matter.

**(Note: Subject previously identified a photograph of Wesam Al-Hanafi
as "Khaled".** ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

**Subject Chat Sessions:**
████ Between February and November 2008, Subject "chatted" with
Khaled, using **Detainee-1's** email account.  **Detainee-1** was present to
facilitate the chat session.  Subject discussed methods for Khaled
to send money to █████.  One suggestion was for Khaled to send a used
car to █████ and the Subject would sell it.  Subject advised that
it was determined that this method was not profitable and they
abandoned this option.  Khaled also offered to hand carry money to
Subject,  to which Subject answered in the negative, telling Khaled
not to send anyone from the U.A.E.  Furthermore, Subject discovered
that Khaled had compiled approximately $50,000 around November 2008.
According to Subject, Khaled never sent him the $50,000.  Subject
advised that he did not know if ██████████ every received the money.

**Money Transfers from U.A.E. to █████████:**
████ Subject claimed that between mid 2007 and November, 2008,
Subject had received approximately $20,000 from Khaled as follows:
Approximately $4,000 via wire transfers prior to Khaled's visit in
February 2008; $12,000 in cash which was delivered personally to
Subject by Khaled during Khaled's visit to ██████ and the remaining
approximately $4,000 via wire transfers which occurred between
February and November, 2008.  The wire transfers took place as
follows:

████ Subject would request the transfer of money via **Detainee-1**
to Khaled.  Khaled would prepare the money, generally the sum of
$1,000.  Khaled would split the transaction into two $500 parts -
one part would be sent through Western Union and the other part would
be sent through Saifi money exchange.

████ The two transfers which occurred prior to Khaled's visit
were both received by **Detainee-1**.  **Detainee-1** used his true name,
████████████████████ to receive the transfers.  Per Subject, Khaled
used fictitious names, but Subject claims ignorance of the names.

██████████

▆▆▆▆▆

To: New York  From: ▆▆▆▆
Re: ▆▆▆▆▆▆▆▆▆▆▆▆, 03/09/2009

Detainee-1 picked up the money at either the Hasaba Western Union location, the Western Union next to the ▆▆▆▆▆▆▆▆▆▆▆, the ▆▆▆▆▆ office near ▆▆▆▆ University, or the ▆▆▆▆ office on ▆▆▆▆ Street.

▆▆▆ Transfers occurred after Khaled's visit in 2008.  Two of the transfers (each transfer split into two as detailed above) were received personally by Subject using a fraudulent ▆▆▆▆ personal identification card in the name of ▆▆▆▆▆▆▆.  This ID card was created by a ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.  Each time, Khaled sent $1,000 USD to Subject, the $1,000 was split into two separate transactions, one for $500 USD went to the Western Union office next to the ▆▆▆▆▆, and the second went to the ▆▆▆▆▆ in ▆▆▆▆.  This process was repeated a second time at an unspecified date.

▆▆▆ Further transactions were sent to Detainee-1 (using his true name) and an additional subject, identified as ▆▆▆▆▆ (who Subject says is a grocer), who was introduced to Subject by ▆▆▆▆▆▆▆▆▆▆▆.  Subject added that ▆▆▆▆ married the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.

▆▆▆▆▆▆▆ received a total of $1,000 USD from Khaled at an unspecified time.  Again, Khaled used an unspecified fraudulent identity and sent two separate transfers to ▆▆▆▆▆, one to the Western Union in the ▆▆▆▆▆▆▆▆, and the other transfer went to the ▆▆▆▆▆▆▆▆▆▆.  ▆▆▆▆ used his own name when receiving the money.

▆▆▆ In each instance, Khaled would use a different, fraudulent name (NFI).  Subject advised that Khaled would choose which name to utilize.  Khaled would send the money when Subject/ Detainee-1 would request it (via Detainee-1's email account), when they "needed it."  The money transfer would occur approximately two to three days after receiving the request from Subject/ Detainee-1 .

**Use of the Money**
▆▆▆ Per Subject, every month "Khaled" had arranged to set aside part of his salary to ultimately send to Subject to help the mujihadeen and the families of the martyrs and deceased jihadis.

▆▆▆▆▆

To: New York  From: ███████
Re: ███████████████████, 03/09/2009

Subject believes that Khaled and the Americans thought the money they
were sending to Subject was for the Americans' future training.

████ Subject indicated that $16,000 of the $20,000 received from
Khaled was used to buy two cars (NFI). Subject bought one car in
early November 2008 and one in December 2008. The remaining $4,000
was in his possession. $2,000 went to ████ (NFI). And $1,500
went to help Subject's Egyptian friend who had cancer. This friend
was identified as ███████████████████████ and was a
veteran of the anti-Soviet jihad in Afghanistan. ███ was in an
Egyptian prison but was released (NFI). Subject gave the money to
former jihadist and Egyptian ██████████████████ who taught
Arabic in ████████. ████████ subsequently provided the money to
████████████████████, who brought it to Egypt.

**Equipment and clothing sent to Subject by Khaled and Americans:**
████ Subject received three heavy, cold weather jackets
(reversible) and three pairs of boots from Khaled before he visited
████ in February 2008. The boots and jackets were for the Americans
for jihad. A jacket and pair of boots were distributed to
████████ Detainee-1 ████, and Subject.

████ Khaled brought the laptop computer, which was requested by
Subject, to Subject in February 2008. Additionally, Khaled sent,
at different times, a GPS device, binoculars, and a remote-controlled
toy car to Subject (via mail to Detainee-1 ████████). Subject received the toy
car less than a month before Khaled arrived in ████. The toy car
was approximately a foot long, battery-powered, had a "rod or button"
to activate it, had a remote control with it, and three other small
pieces (NFI). The remote and car were in separate boxes. Subject
advised that the car was not for his children and that the box the
car came packaged in was never opened and Subject didn't know how
to operate it. Khaled told the Subject that the remote had a long
range, but Subject believed the remote had a range less than a
kilometer. Upon Khaled's arrival to Subject's house, Subject asked
Khaled how to use it, but Khaled was unable to figure out how to
operate it. Lastly, the toy car was given back to Detainee-1 in
approximately November 2008.

████ Subject stated that during his time conducting jihad in
Afghanistan against the Soviets, he learned about explosives and the
toy car was an effort to learn about new technology for explosives,
not for a specific operation. Subject stated that he wanted to learn
how to operate the remote control.

To:   New York   From: ███████
Re:   ████████████████████, 03/09/2009


**Problem between Subject, ▮Detainee-1▮ and the Americans**
    ███ Subject explained that the "problem" was regarding ▮Detainee-1▮
telling the UAE-based Americans that Subject was the hindrance in
their path to jihad.   ▮Detainee-1▮ had been telling the Americans that
Subject was the reason that they had not been sent to jihad.   Subject
advised that he repeatedly told the Americans that the "path" to jihad
was not open.   Furthermore, as a result of the Subject not being able
to assist the Americans, the Americans wanted the money and items
that they provided to Subject.   Subject also stated that he felt
Khaled was siding with ▮Detainee-1▮, and Khaled was accusing Subject of
misusing the money he had sent to Subject.

    ███ In December 2008, Subject, using his cellular telephone
████████, called Khaled to open up a dialogue.   This is when Khaled
instructed Subject to open a new email account ████████████████
to communicate further.

    ███ When Subject emailed Khaled in December 2008, Khaled told
Subject that he was going to jihad.   Subject responded and told him
that he wanted to take advantage of Khaled and had long-term plans
for him and the Americans.   Furthermore, Subject told Khaled that
Khaled and the Americans would be used in the future in America.

    ███ During the December 2008 email exchanges, █████████████
███████, Subject emailed Khaled to "tell him the truth" and to tell
Khaled his side of the story.   Subject stated that it is hard to deal
with someone accusing you of taking money.   Subject told Khaled that
he would bring Khaled the money to solve the "problem."   Subject told
Khaled that he (Subject) did not meet with Khaled simply for the
money. Additionally, Subject continued to advise Khaled to be patient
and that he (Subject) had long-term plans for him and the Americans
for the future.

    ███ Per Subject, the last message he received from Khaled stated
that he (Khaled) would think about the what Subject said and respond
to ████████████████████████.   After a week passed, Subject
reportedly changed the password of his email account,
████████████.   Subject changed the password to ████████████
████.   Subject explained that he had changed the password because
he was frustrated with Khaled and no longer wished to communicate
with him.

To:   New York   From:   ▮▮▮▮
Re:   ▮▮▮▮▮▮▮▮▮▮▮, 03/09/2009

**Potential for Future Communications with the Americans**

**(Note: In previous interviews, Subject stated in December 2008 he created a second email account,** ▮▮▮▮▮▮▮▮, ▮▮▮ **and claimed never to have used the account.)**

▮▮▮   Subject advised he would not be ready or willing to communicate with Khaled.  Conversely, Subject felt Khaled would not be eager to speak with Subject.  When asked how he would contact Khaled in the future or if he were not imprisoned, Subject advised he would not contact Khaled and he would not think about doing so.

**Photographs Shown to Subject:**
▮▮▮   Subject was shown a series of photographs of senior Al-Qa'ida and Egyptian Islamic Jihad members:



▮▮▮▮

To: New York  From: ▓▓▓
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓, 03/09/2009

▓▓ Subject explained that the attacks on September 11th were a warning and stated that much bigger things would happen to America in the future.  Subject began to recite segments of the Quran, specifically he mentioned a story in which "God's people" believed no one was above them and had become consumed by materialistic things. Subject stated that "God created these people, how can they be above God?"  Subject went on to say that God "punished and tormented" these people for days and they disappeared and were now "like the wind." Subject advised that this story reminded him of the American people and they would receive a similar punishment.  Subject concluded by stating that the American people need to oppose politicians and have mercy on the Muslims.

# DRAFT COPY

