LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

March 4, 2016

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

re: USA v. Hasanoff
#10 cr 162 (KMW)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/16
```

**MEMO ENDORSED**

Dear Judge Wood;

As the attorney for defendant Sabirhan Hasanoff I am writing to request an Order addressed to the Bureau of Prisons for the BoP to return Hasanoff [reg # 75730-083] to his prison facility from the Metropolitan Detention Center in Brooklyn unless Hasanoff's presence in New York is further required for a resolution of his pending @2255 motion.

Respectfully,

B. Alan Seidler

bas/ee

The Court requests the BOP to return Mr. Hasanoff to his regular prison facility from the MDC in Brooklyn, unless counsel informs the BOP otherwise.

SO ORDERED: N.Y., N.Y.
3-8-16

KIMBA M. WOOD
U.S.D.J.