TRULINCS 75730083 - HASANOFF, SABIRHAN - Unit: ALM-B-B



FROM: 75730083
TO:
SUBJECT: Attn: The Clerk of the Court
DATE: 07/12/2016 09:17:50 AM

To whom it may concern,

14-cv-7892 (Kmw)

Please file attached motion to amend 2255 on my docket sheet. Please also provide the same to Honorable Judge Kimba Wood for consideration. I also request a copy of my most recent docket sheet, my current address is as follows:

Allenwood FCI Medium
Federal Correctional Institution
Sabirhan Hasanoff 75730083
PO Box 2000
White Deer, PA 17887

Thank you very much.

Sincerely,

Sabirhan Hasanoff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-16
```


received 7/21/16