```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SABIRHAN HASANOFF,

                Petitioner,                14-CV-7892 (KMW)
                                                    10-CR-162 (KMW)

       -against-                                ORDER

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Petitioner Sabirhan Hasanoff has filed a motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. (Doc. No. 1). In the affidavit accompanying his petition in paragraph 15, Petitioner alleges that his trial counsel was ineffective based on his response during Petitioner's sentencing hearing when questioned by the Court about whether $40,000 was seized by the U.S. Government or the Yemeni government. *Id.* at 20 (¶15). The Government has not addressed this allegation in its opposition papers. Accordingly, the Government is directed to submit a response to the allegations in paragraph 15 on or before Tuesday, September 6, 2016.

SO ORDERED.

Dated: New York, New York
         August 30, 2016

                                              /s/ Kimba M. Wood
                                              Kimba M. Wood
                                          United States District Judge