USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

SABIRHAN HASANOFF,

                     Defendant.
--------------------------------------------------------X

10-CR-162 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court has received Sabirhan Hasanoff's ("Defendant") letter, dated March 17, 2020, requesting that the Court recommend him to the Attorney General for a transfer to Australia to serve the remainder of his sentence.

      The decision to grant a request by a foreign national imprisoned in the United States to be transferred to a foreign country is committed to the discretion of the Attorney General and his designees. *Yosef v. Killian*, 646 F. Supp. 2d 499, 507–08 (S.D.N.Y. 2009) (Stein, J.) (citing 18 U.S.C. §§ 4102(1), (3)). The guidelines promulgated by the Department of Justice for the evaluation of transfer requests envision no role for sentencing judges in the evaluation process. *See* Justice Manual § 9-35.012; United States Department of Justice, *Guidelines for the Evaluation of Transfer Requests Submitted by Foreign Nationals* (Aug. 31, 2018). Therefore, without expressing any view on the merits of Defendant's request, the Court declines to make a recommendation to the Attorney General in this matter.

      SO ORDERED.

Dated: New York, New York
       April 10, 2020

                                                      /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                       United States District Judge