| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------------X<br><br>UNITED STATES OF AMERICA<br><br>               v.<br><br>SABIRHAN HASANOFF,<br><br>            Defendant.<br>---------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: July 23, 2020<br><br>10-CR-162 (KMW)<br>**ORDER** |

KIMBA M. WOOD, District Judge:

    Defendant Sabirhan Hasanoff moves to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release due to his family circumstances, his medical conditions, and the COVID-19 pandemic. (ECF No. 257.)

    No later than September 21, 2020, Defendant may provide additional affidavit testimony, documentation, or other information in support of his motion, including but not limited to confirmation of his mother's medical condition and an explanation as to why his sister cannot provide care for his mother.

    No later than September 21, 2020, the Government shall respond to Defendant's motion. With its response, the Government shall provide the following information, after conferring with the Bureau of Prisons ("BOP") and the United States Probation Office as appropriate:

1. Whether the Government opposes Defendant's motion;

2. Whether and on what dates the BOP received and responded to any request for compassionate release that the BOP received from Defendant;

3. The BOP's assessment of the factors listed in the Attorney General's Memorandum for Director of Bureau Prisons dated March 26, 2020 as they pertain to Defendant; who, if anyone, at the BOP assessed Defendant's risk factors for severe COVID-19 illness; and upon what information that person's assessment was made;

4. The criteria used by the BOP to decide whom to test for COVID-19 at FCI Otisville, where Defendant resides;

5. Approximately how many tests for COVID-19 have been conducted at FCI Otisville;

6. The number of inmates and staff who have tested positive and the number of inmates and staff who have tested negative for COVID-19 at FCI Otisville, both as absolute numbers and as a percentage of the total population of inmates and staff at FCI Otisville;

7. Whether Defendant has been in close proximity to any inmate or staff member who has tested positive for COVID-19;

8. The Government's assessment of the factors set forth in 18 U.S.C. § 3553(a) as they pertain to Defendant;

9. Defendant's disciplinary record in prison, risk of recidivism, risk of violence, and whether any conditions of supervised release should be imposed in the event Defendant is released;

10. Whether the BOP has considered or intends to consider Defendant for home confinement or furlough; by what date the BOP expects to make a determination regarding home confinement or furlough; and upon what specific information the BOP's determination will rely.

SO ORDERED.

Dated: New York, New York
      July 23, 2020                                       /s/ Kimba M. Wood
                                                                   KIMBA M. WOOD
                                                      United States District Judge