UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,      :

      :

v.      :      Case No. 1:10-CR-00162 (KMW)

      :

SABIRHAN HASANOFF,      :
      Defendant.

## RESPONSE TO COURT ORDER

Defendant, Sabirhan Hasanoff ("Mr. Hasanoff"), pro se, respectfully submits this Response to the Court's Order dated July 23, 2020. (Docket Entry "DE" 258). In further support of his Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Mr. Hasanoff offers the following:

### I. Incorporation by Reference

The facts set forth in the Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) ("Mr. Hasanoff's Motion") (DE 257) are incorporated by reference herewith as if set forth at length hereat.

### II. Mr. Hasanoff's Extraordinary and Compelling Circumstances Warrant a Reduction in His Sentence Where His Mother's Health Conditions Has Deteriorated After Her Husband's Death From COVID-19 and Her Contraction of COVID-19 and Its Lasting Effects and Mr. Hasanoff is the Only One Available To Provide the Care His Mother Requires.

Mr. Hasanoff's family circumstances are "extreme" and should be considered extraordinary and compelling. Mr. Hasanoff asks Your Honor for compassionate release so he may provide the full time attention and care his ailing mother requires. Saiyara

Hasanoff, Mr. Hasanoff's mother, has several serious medical conditions leaving her partially disabled and requiring full time attention and a caregiver for her daily living routines.

### A. Mr. Hasanoff's Mother's Health Conditions Have Deteriorated.

While grieving and going through depression at the loss of her husband of almost 50-years and her caregiver, Mr. Hasanoff's mother contracted COVID-19 around the same time frame her husband, Abithan Hasanoff, died from the disease. (Exhibit "Ex." A, Mrs. Hasanoff's Test Results). Her cognitive abilities and forgetfullness have dramatically deteriorated after her COVID-19 contraction--a common long term effect of coronavirus. And, still feels difficulty breathing from lung damage caused by the virus. This has led to her inability to perform rapid motions or any exertion as it leaves her short of breath and exhausted.

Now that Mr. Hasanoff's mother is no longer under the care of her late husband, her condition and overall health have deteriorated. Her Psychiatrist has since diagnosed her with separation anxiety, her anxiety and ability to control her emotions have worsened. Mr. Hasanoff's mother also has major depressive disorder and anxiety disorder symptoms, such as: lost appetite, isolation, and sleep disturbances and has been prescribed Mirtazapine. **See** (Ex. B, Psychiatrist Report).

Mr. Hasanoff's mother is also suffering from dementia. **See** (Ex. C). This condition has worsened rapidly to the point where she forgets potentially dangerous activities such as: leaving the door to her apartment unlocked and leaving her pre-cooked meals

2

on the stove. Mr. Hasanoff has himself noticed his mother repeating the same topics discussed only a few minutes earlier all within one 15 minute prison call. She has been prescribed Donepezil for memory loss and dementia and Memantine for her cognitive issues. (Ex. D).

For several years Mr. Hasanoff's mother has lived with a slowly worsening degenerative disc disease and facet arthrosis which contribute to severe central stenosis **See** (Ex. E). This condition causes a constant, sharp back pain and limits her mobility leaving her unable to stand or even sit for any extended period of time over 20-30 minutes. In addition to being prescribed Gabapentin for her nerve pain in the spine, she receives lumbar epidural spinal injections every 6-9 months for pain relief.

Mr. Hasanoff's mother also suffers from rheumatoid arthritis in her joints and osteo-arthritis in both knees **See** (Ex. F ), for which she is prescribed Meloxicam. **See** (Ex. G). The rheumatism is particularly acute in her finger joints weakening her grasp of objects, which makes it hard for her to do her daily living routines. Mr. Hasanoff's mother has had one knee replacement surgery and is awaiting replacement of her second knee. The pain and partial immobility caused by her osteo-arthritis and degenerative disc disease requires her to use a walker. Accordingly, Mr. Hasanoff's mother needs assistance with daily activities such as: dressing herself, bathing, meal preparation, clean up, routine laundry, and any outside errands. Put simply,

she is "in no way" a "functional or independent adult."

Accordingly, Mr. Hasanoff's mother requires constant supervision and assistance for every single task. Mr. Hasanoff's mother's health has significantly deteriorated in the absence of a caregiver. Mr. Hasanoff respectfully asks Your Honor to reduce his sentence to time served so he may adequately care for his ageing and ailing mother.

**B. Mr. Hasanoff is the Only One Available to Provide the Full Time Attention and Care His Mother Requires.**

Mr. Hasanoff's mother currently lives in Brooklyn, New York, by herself in the home she shared with her late husband. Although Mr. Hasanoff has a younger sister, Gulsara Akyol, who makes several long trips to Brooklyn each week from Long Island to assist their mother, their mother requires constant supervision and assistance for every single task. Mr. Hasanoff's sister cannot provide the full time attention and level of care for their mother because she lives separately, has three young girls all under the age of ten--the youngest still breastfeeding. Most importantly, her husband's exposure to COVID-19 at work as a front line medical worker, Mr. Hasanoff's sister risks reinfecting their mother traveling back-and-forth to care for her. See (Ex. H, Gulsara Akyol's Letter).

Mr. Hasanoff's mother recently suffered some burns from cooking oil, resulting in burn marks that needed treatment to prevent infection. Because Mr. Hasanoff's sister cannot adequately give their mother the full time attention that she requires, her burns went unnoticed and untreated for some time.

4

Accordingly, Mr. Hasanoff respectfully asks Your Honor to reduce his sentence to time served as he is the only one available to provide the full time attention and care his ailing mother requires.

    C.   **The Extraordinary and Compelling Cirrcumstances in Mr. Hasanoff's Case Warrant a Reduction in His Sentence.**

    1.   **Family Circumstances**

Mr. Hasanoff's non-traditional family arrangements, as those arrangements do not presently allow for the adequate care of his mother's health. Mr. Hasanoff's mother's deteriorating health in the absence of a caregiver--Mr. Hasanoff--constitute an extraordinary and compelling reason warranting a reduction in Mr. Hasanoff's sentence. See **United States v. Bucci**, 409 F. Supp. 3d 1 (D. Mass. 2019), the Court considered the inmate's request so that he could care for his ailing mother. The Court stated:

> Mr. Bucci's circumstances are similar to those that the Sentencing Commission specifically articulated as examples of "extraordinary and compelling reasons" in its Policy guidance. See U.S.S.G. §1B1.13 n.1. Mr. Bucci is the "only available caregiver," Id. § 1B1.13 n.1 (c)(ii), for an ailing, close member of his family: his mother. This Court sees no reason to discount this unique rule simply because the incapacitated family member is a parent and not a spouse.

**Bucci**, 409 F. Supp. 3d at 2. In **United States v. Lisi**, 2020 U.S. Dist. LEXIS 31127, 2020 WL 881994 at [*]5 (S.D.N.Y. Feb. 24, 2020), the Court reached the same conclusion, reasoning that ("[t]he animating principle of the family circumstances category is that there exists an extraordinary and compelling reason for release when the defendant has a close family member who is completely

unable to care for himself or herself and whom the defendant would be the only available caregiver").

Accordingly, as in **Bucci** and **Lisi**, the family circumstances in Mr. Hasanoff's case offer a compelling reason warranting a reduction in his sentence so he may properly care for his mother.

### 2. COVID-19's Rapid Spread Through the BOP System is an Unprecedented Public Health Crisis.

Courts have found that the COVID-19 pandemic constitutes an extraordinary and compelling reason for release. **See** e.g., **United States v. Campagna**, 2020 WL 1489829, at *1 (S.D.N.Y. Mar. 27, 2020); **United States v. Hernandez**, 2020 WL 1684062, at *3 (S.D.N.Y. Apr. 2, 2020); **United States v. Smith**, 2020 WL 1849748, at *4 (S.D.N.Y. Apr. 13, 2020). Mr. Hasanoff does not contend that he is within the category of individuals who are at high risk for serious illness or death resulting from COVID-19.

Mr. Hasanoff's family circumstances, and his possible exposure to COVID-19 at FCI Otisville, creates an extraordinary and compelling circumstance that would justify his release from prison. The virus known as COVID-19 has killed more than 190,000 Americans and infected more than 6 million. At this time, there is no known cure, no effective treatment, and no vaccine. Because people may be infected but asymptomatic, they may unwittingly infect others. According to public health experts, incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe," "infection control is challenging in these settings." **See** Achieving A Fair and

Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State and Local Leaders from Public Health and Legal Experts in the United States, March 2, 2020, available at https://bit.ly/2wav605.

Individuals who are incarcerated--like Mr. Hasanoff--are at great risk of contracting the virus--quite simply, the conditions of confinement make social distancing next to impossible. The BOP has itself acknowledged that the risks of the rapid transmission of contagion in the tight quarters of prisons and jails present significant challenges in keeping both staff and inmates safe and healthy. See Fed. Bureau of Prisons, Program Statement 6190.04: Infectious Disease Management.

Recognizing this unprecedented crisis, U.S. Attorney General William Barr has ordered that the BOP reevalute certain requests in this regard. See Prioritization of Home Confinement As Appropriate in Response to COVID-19 Pandemic, Memo. Att'y Gen. (March 26, 2020); Increasing Use of Home Confinement at Institutions Most Affected by COVID-19, Memo. Att'y Gen. (April 3, 2020). Although not a member of the inmate constituency described in those memoranda, Mr. Hasanoff is a 44 year-old male, with an ailing mother suffering from serious medical issues and is the only one available to care for her, who has spent over 10-years of incarceration accumulating work and educational credits and accolades for his rehabilitative efforts. And while Mr. Hasanoff's incarceration has not previously been recognized as severe enough to warrant compassionate release, the current

pandemic must be seen to alter that calculus.

The risk to Mr. Hasanoff in the BOP is serious. And, because Mr. Hasanoff is incarcerated, he is unable to follow expert guidance to reduce his risk of exposure to COVID-19. Accordingly, time served may be his only chance of avoiding contracting COVID-19. It is also undeniable that an imprisoned individual is more likely to contract COVID-19 than a free one.

### III. The Court Should Exercise Its Discretion and Sentence Mr. Hasanoff To Time Served.

The passage of time allows Mr. Hasanoff to provide Your Honor with clear and unambiguous confirmation of his remorse and contrition, backed up by concrete evidence of his full and unconditional rehabilitation, thereby demonstrating that they are genuinely and deeply felt. Significantly, Mr. Hasanoff expressed his regret and rehabilitated himself well before this motion was even contemplated--a fact that should give Your Honor comfort in concluding that the equities favor resentencing and that a sentence of time served is fair, just and appropriate.

Additionally, Mr. Hasanoff has a sound plan for the rest of his life should Your Honor resentence him to time served, and an extraordinary network of family and friends to support him in successfully achieving his goal of leading an exemplary life as a productive citizen. Mr. Hasanoff has engaged in model citizenry, receiving a Bachelor's degree in Business from Baruch College and demonstrating his dedication to his family.

**A. The 3553(a) Factors Weigh Strongly in Favor of A Sentence Reduction For Mr. Hasanoff.**

The § 3553(a) factors also weigh in favor of a sentence reduction for Mr. Hasanoff. <u>See</u> 18 U.S.C. § 3582(c)(1)(A) (directing the Court to "consider the sentencing factors set forth in section 3553(a) to the extent that they are applicable."); <u>see</u> <u>also</u> U.S.S.G. § 1B1.13(2) (advisory guideline suggesting one factor weighing in favor of compassionate release is that "the defendant is not a danger to the safety of any other person or to the community").

Your Honor is able to determine with a high degree of confidence that a sentence of time served is consistent with Mr. Hasanoff's history and characteristics. It has letters about Mr. Hasanoff from his family and friends, as well as from the most credible and reliable of sources--Mr. Hasanoff's jailers for the past decade, who view him as a dependable, considerate and trusted individual with integrity and a positive attitude, and someone who is remorseful for, and long ago accepted responsibility for, his wrongful conduct.

For example, officers at FCI-Otisville who have known Mr. Hasanoff for more than 3-years report that he has always conducted himself in a respectful professional manner while maintaining a positive outlook as mentor to other inmates, and is always helping others and himself, in rehabilitation programming at FCI-Otisville. (Ex. I). Likewise, he has proven to be an outstanding worker, and the utmost respect towards family. (Ex. J).

The words of Mr. Hasanoff's family and friends echos the views of the corrections officers at FCI-Otisville. Mr. Hasanoff's sister, Gulsara Akyol, wrote that Sabirhan has always been the sweetest, kindest person I know. He will go out of his way to help others (Ex. H); and his uncle, Kurban J. Ruzehaji, attest on his sincere and honest character (Ex. K).

Simply put, Mr. Hasanoff is no longer the man who Your Honor sentenced more than a decade ago. By all accounts, he is more mature and reflective--someone who has managed to remain positive and forward-looking, and is fully rehabilitated, notwithstanding having to live under circumstances that would break most people.

Mr. Hasanoff has served nearly 13-years calculating good time credit under 18 U.S.C. § 3624(b)(1), as amended by FSA. Especially in light of the danger Mr. Hasanoff's mother faces and his possible exposure to COVID-19 if he remains in custody, the nearly 13-years Mr. Hasanoff has already served are sufficient "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense" under § 3553(a)(2)(A).

For example, if a sentence of time served was sufficient to accomplish these important criminal justice objectives for Wesam El-Hanafi (Mr. Hasanoff's co-defendant), who was number one in the indictment and had medical issues, then a sentence of time served is surely sufficient to accomplish those same ends for Mr. Hasanoff, who has extreme family circumstances. Significantly, Mr. El-Hanafi was released from prison on May 19, 2020, while Mr.

10

Hasanoff remains incarcerated.

Mr. Hasanoff's conduct for the past decade demonstrates that the equities favor resentencing and that a sentence of "time served" is sufficient, but not greater than necessary, to afford adequate deterrence and protect the public from further crimes.

Given the nature of Mr. Hasanoff's convictions and non-violent behavior in prison, incarceration is not necessary "to protect the public from further crimes of Mr. Hasanoff." § 3553(a)(2)(c). The BOP appears to agree that Mr. Hasanoff has made progress. In a "Risk and Needs Assessment Tool Targeting Estimated risk and Needs ("PATTERN"), Mr. Hasanoff's "Recidivism Risk Level" was determined to be "minimum"--the lowest possible risk level. See (Ex. L).

Additionally, it bears noting that courts nationwide have recognized that the "positive correlation between age and recidivism" is "impossible to deny." **United States v. Nellum**, 2005 WL 300073, at [*]3 (N.D. Ind. Feb. 3, 2005); U.S. Sentencing Commission, The Effects of Aging on Recidivism Among Federal Offenders, p.30 (Dec. 2017), available at http://www.ussc.gov/sites/default/files/pdf/research-and-publications /research-publications/2017/20171207_Recidivism-Age.pdf ("Among offenders released younger than age 21, 67.6% were rearrested compared to 13.4% of those released age 65 or older. The pattern is consistent across age groups, as age increases recidivism by any measure declined. Sentencing Commission studies further indicate these low recidivism rates hold constant regardless of whether

someone served their full-sentence or gained early release. Id. at p.23. More particularly, courts have recognized that defendants over the age of 40 (like Mr. Hasanoff, who is 44 years old) have lower recidivism rates than younger defendants, and that a defendant's age is grounds for a lower sentence than would otherwise be imposed. **See United States v. Marzouca**, 2008 WL 2169517, at *3-4 (E.D.N.Y. May 21, 2008)(reducing sentence from 239 months imprisonment to time served based in part on the conclusion that "defendant is now approximately fifty years of age").

Keeping Mr. Hasanoff incarcerated is not necessary "to protect the public from further crimes" under § 3553(a)(2)(c). The last decade of Mr. Hasanoff's life shows that he has committed himself to becoming a law-abiding citizen. Moreover, Mr. Hasanoff's age renders him a very low risk of recidivism.

The fact that Mr. Hasanoff will be an asset to the community, rather than a danger, is further demonstrated by the multiple offers of employment that have already been extended to him. Mr. Hasanoff has secured a job offer from KJR&SONS INC. in New Jersey, a wholesale business. **See** (Ex. K, Letter from Kurban J. Ruzehaji). Mr. Ruzehaji, Mr. Hasanoff's uncle, has known Mr. Hasanoff since birth and is the owner of KJR&SONS INC. Farid Tursonzadah, is also prepared to hire Mr. Hasanoff. **See** (Ex. M, Letter from Farid Tursonzadah). Mr. Tursonzadah believes that Mr. Hasanoff has completely rehabilitated from any past wrong doings. Id.

Mr. Hasanoff's extreme family circumstances and his possible exposure to COVID-19 at FCI Otisville, together with his remorse and contrition, his extraordinary rehabilitation, his conduct as model prisoner and man of extraordinary character, his leadership in the religious community at FCI Otisville, and his dedication to help others all constitute extraordinary and compelling reasons justifying a reduction in Mr. Hasanoff's sentence.

The time Mr. Hasanoff has already served is more than sufficient to achieve the objectives of his sentence and incarceration, including to deter similar conduct.

### CONCLUSION

For all the foregoing reasons, Mr. Hasanoff respectfully requests that Your Honor find that there are extraordinary and compelling reasons warranting a reduction in Mr. Hasanoff's sentence, and to reduce his sentence to time served.

Dated: September 14, 2020
      Otisville, NY

Respectfully submitted,

Sabirhan Hasanoff
Reg. No. 75730-083
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Deefendant-Pro se

13

## CERTIFICATE OF SERVICE

I, Sabirhan Hasanoff, hereby certify under penalty of perjury that on this 14th day of September, 2020, I caused to be served a true and correct copy of the foregoing RESPONSE TO COURT ORDER, EXHIBITS **and** AFFIDAVIT OF SABIRHAN HASANOFF by U.S. Priority Mail (in a properly-addressed envelope with first-class postage duly paid) via U.S. Postal Service by depositing said envelope and contents in the institutional's internal mail system, on the following:

**Department of Justice**
United States Attorney's Office
for the Southern District of New York
1 Saint Andrew's Plaza
New York, NY 10007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2020.

Sabirhan Hasanoff

14

# EXHIBITS

# EXHIBIT A

 QuestQuanum

# HASANOFF,SAIYARA ▲

DOB: 04/16/1949   Age: 70    Specimen: NJ018874E    Collected: 04/09/2020 14:30    Client #: 73916342
Sex: F     Fasting: U    Requisition: 2120499    Received: 04/10/2020 23:11    RUZEHAJI,SEVIM
Phone:                Report Status: FINAL / SEE REPORT    Reported: 04/11/2020 15:28    AFC UC NJ KEARNY
Patient ID:                                                        276 PASSAIC AVE UNIT A
                                                          KEARNY, NJ 07032-1129
                                                          Phone: (201) 719-9371

## ▲ SARS CORONAVIRUS W/CoV 2 RNA,QL REAL TIME RT PCR    (FINAL)        Lab: QTE

| | | |
|---|---|---|
| PATIENT SYMPTOMATIC? (75325-1) | **NOT GIVEN** | (FINAL) |
| | *No Historical Data* | |
| SOURCE: (31208-2) | **NOT GIVEN** | (FINAL) |
| | *No Historical Data* | |
| ▲ **OVERALL RESULT:** | **DETECTED** | (FINAL) |
| Reference Range: NOT DETECTED | *No Historical Data* | |

The specimen is positive for SARS-CoV-2, the coronavirus associated with COVID-19.

| | | |
|---|---|---|
| ▲ **SARS-CoV-2 RNA:** (94500-6) | **POSITIVE** | (FINAL) |
| Reference Range: NEGATIVE | *No Historical Data* | |
| ▲ **PAN-SARS RNA:** (41458-1) | **POSITIVE** | (FINAL) |
| Reference Range: NEGATIVE | *No Historical Data* | |

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples
from a wide variety of swabs and media for COVID-19
testing. In order to serve patients during this
public health crisis, samples from appropriate clinical
sources are being tested. Negative test results derived
from specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Please review the "Fact Sheets" for health care providers,
and patients and the FDA authorized labeling available
on the Quest website:
www.QuestDiagnostics.com/Covid19

**Performing Sites**
QTE Quest Diagnostics-Teterboro, One Malcolm Ave, Teterboro, NJ 07608-1011 Laboratory Director: Lawrence Tsao MD

**Key**

⊕ Priority Out of Range    ▲ Out of Range    (PEND) Pending Result    (PRE) Preliminary Result    (FINAL) Final Result    (RE) Reissued Result

## Report Insights

## OVERALL RESULT:

### Coronavirus (COVID-19) Result — Detected

A detected result is considered a positive test result for COVID-19, meaning that you are highly likely to be infected with COVID-19 (coronavirus). COVID-19 is highly contagious. Even if you don't have symptoms, you can infect others through coughing, sneezing, and exhaling. So it is very important that you avoid contact with anyone in your home and in public. We suggest you continue to follow

your federal, state, and local government guidance.

For the latest information on COVID-19, please visit our website for information for patients: https://www.questdiagnostics.com/home/Covid-19/Patients/ and healthcare professionals: https://www.questdiagnostics.com/home/Covid-19/HCP/.

## Next Steps for Healthcare Professionals, First Responders, and Frontline Workers

If you are a healthcare professional, first responder, or frontline worker and believe you have been directly exposed while at work by a patient, you should consult your place of work for specific occupational health guidance about testing and whether to stay home or continue working while waiting for your results. You should adhere to recommendations set forth by your employer or the Department of Health, as they may differ from the CDC's guidelines.

Whether or not you have symptoms, multiple sources, including the CDC and healthcare experts, recommend that you self-quarantine (follow recommendations for isolation: https://iicontent.care360.com/ii-content-service/media/image?path=/insights/689c798d-6c60-4000-8117-e7708160032c/images/Coronavirus_(COVID_19)_Isolation_Quarantine_Info_for_Patients_2020_03_24.pdf ). This means isolating yourself from anyone in your home or in public until a healthcare provider says you can return to normal activities.

Recommendations from multiple sources, including the CDC and healthcare experts, are that you:

- Continue to monitor your symptoms closely.
- Call your healthcare provider, if your symptoms are severe, do not improve, or get worse.
- Get medical attention right away if you experience any of the following:
  - Severe shortness of breath or difficulty breathing
  - Continuous pain or pressure in the chest
  - Persistent fever greater than 102°F
  - Coughing up blood
  - Irregular heartbeat
  - Persistent vomiting or diarrhea
  - Confusion
  - Blue lips or face
  - Dizzy, lightheaded, or too weak to stand
  - Feeling very tired or lethargic

## Next Steps for Non-Healthcare Professionals

Whether or not you have symptoms, multiple sources, including the CDC and healthcare experts, recommend that you self-quarantine ( follow recommendations for isolation : https://iicontent.care360.com/ii-content-service/media/image?path=/insights/d553c423-ad92-4659-88ce-850213d3d89f/images/Coronavirus_(COVID_19)_Isolation_Quarantine_Info_for_Patients_2020_03_24.pdf[2] ). This means isolating yourself from anyone in your home or in public until a healthcare provider says you can return to normal activities.

Recommendations from multiple sources, including the CDC and healthcare experts, are that you:

- Continue to monitor your symptoms closely.
- Call your healthcare provider, if your symptoms are severe, do not improve, or get worse.
- Get medical attention right away if you experience any of the following:
  - Severe shortness of breath or difficulty breathing
  - Continuous pain or pressure in the chest
  - Persistent fever greater than 102°F
  - Coughing up blood
  - Irregular heartbeat
  - Persistent vomiting or diarrhea
  - Confusion
  - Blue lips or face
  - Dizzy, lightheaded, or too weak to stand
  - Feeling very tired or lethargic

## Tips to Prevent the Spread of Infection

There are currently no vaccines to prevent COVID-19. However, everyday actions can help prevent you from infecting others. Multiple sources, including the CDC and healthcare experts, recommend that you:



# Radiology Consultation

### NATIONAL RADIOLOGY INTERPRETATION SERVICES     (888) 819 0808

| | | | |
|---|---|---|---|
| Patient Name: | **SAIYARA HASANOFF** | DOB: | 4/16/49 |
| Patient MRN: | 01 | Gender: | M |
| Study Date: | Apr 9, 2020 2:34:44 PM EDT | Accession: | 2020040914300403 |
| Description: | XR CHEST 2 VIEWS | Ref Phys: | |

HISTORY / PRELIM DIAGNOSIS:   covid positive patient

Chest:  PA and lateral views

PA and lateral views of the chest were obtained on April 9 2020.  The interpretation is being provided on August 10, 2020.

There are right mid and bilateral basilar pulmonary infiltrates.  Infiltrates are combination of groundglass interstitial and alveolar.  Infiltrates in right mid lung films are somewhat subtle and are accompanied by discoid changes.  The findings are consistent with multifocal pneumonitis.  Infiltrates at the left base and right mid lung field  are peripheral.  The findings seen are worrisome for a COVID–19 pneumonic process.

No radiographic evidence for either active or old healed pulmonary tuberculosis is present.

The visualized costophrenic angles are sharp, without evidence for effusion.

Heart size and mediastinal contours are within normal limits. The thoracic aorta is tortuous and calcified.

There is no osseous abnormality identified.

The visualized soft tissues are unremarkable.

IMPRESSION:

Bilateral multifocal subsegmental pulmonary infiltrates which are worrisome for COVID–19 pneumonic process.

*Electronically signed on Aug 10, 2020 2:18:23 PM EDT (ET) by:*
*Surendra Pawar, M.D.*
*1-888-819-0808*

EXHIBIT B

# Atlantic Health System

**NMC Mental Health OP**
**175 HIGH ST**
**NEWTON NJ 07860-1004**
**Dept Tel: 973-383-1533**
**Dept Fax: 973-383-4895**

7/19/2023

To whom it may concern,

Salyara Hasanoff (DOB 4/16/1949) is a patient in Atlantic Health System Newton Medical Center Behavioral Health Clinic.

She carries the diagnoses of Major Depressive Disorder and Generalized Anxiety Disorder. She has been on medication for the treatment of her psychiatric illnesses.

As her psychiatrist, I am aware of her medical history, functional restrictions and certain limitations related to mental condition. Should you have any further questions, please do not hesitate to contact me.

Sincerely,

Zeynep Ozinci, M.D.

Psychiatrist
Department of Psychiatry
Newton Medical Center
Atlantic Health System

Hasanoff, Salyara    Counsel New Patient
90 Oceania Dr West Apt 6h, Brooklyn NY
11287 7719    TEL: (317) 196-0001

## Prescription Information

### MIRTAZAPINE 7.5 MG TABLET
Common brand(s):Remeron

Take 1 tablet by mouth every day in the evening

1 TABLET
BEDTIME
A PHARMACY ADVICE'
See back for more information

**Important Information**
- May cause drowsiness. Use care when operating a vehicle, vessel or machine.
- Before using alcohol with this drug, talk to your healthcare professional.
- Call doctor if you experience mood changes, sadness, depression or fear.
- May cause dizziness
- 3rd trimester use may cause health problems. Discuss with dr or rph

## Receipt & Refill Information

**CVS Pharmacy**    STORE#: 1073
450 Main St.
Farmingdale, NY

STORE TEL: (516) 694-6210
RX: **991222**    00

INSURANCE INFORMATION:
PDP BN400023 PN0020050403
IP:23115    GR: 3XS000016193952AUTH#: UXWRKKE

RETAIL PRICE:$62.99

**MIRTAZAPINE 7.5 MG TABLET**

NDC: 67664-0810-89    DAW:0
QTY: 30 EA

CAP: Safety    MFR PKG: Yes

REFILL: 0 Refills
MFR: SUN PHARMACEUTI
PRSCBR: Zeynep Ozinci
DAYS SUPPLY: 30
DATE FILLED: 9/1/20

AMOUNT DUE: $0.00

## Notes from the Pharmacy



PRIVACY: An important notice related to the privacy of your information is included with this label. Please acknowledge receipt of this notice by signing in store or sign/mail the back of this label to the address in the notice.

❤ CVS pharmacy™    OPEN ▶ HERE ▶

---

# MIRTAZAPINE 7.5 MG TABLET

MANUFACTURER: SUN PHARMACEUTI

This is a YELLOW, ROUND-shaped TABLET imprinted with C on the front.

**ACTIVE INGREDIENT:**
MIRTAZAPINE - ORAL - (mer-TAZE-uh-peen)
**COMMON BRAND NAME(S):**
Remeron
**WARNING:**
Antidepressant medications are used to treat a variety of conditions, including depression and other mental/mood disorders. These medications can help prevent suicidal thoughts/attempts and provide other important benefits. However, studies have shown that a small number of people (especially people younger than 25) who take antidepressants for any condition may experience worsening depression, other mental/mood symptoms, or suicidal thoughts/attempts. Therefore, it is very important to talk with the doctor about the risks and benefits of antidepressant medication (especially for people younger than 25), even if treatment is not for a mental/mood condition. Tell the doctor right away if you notice worsening depression/other psychiatric conditions, unusual behavior changes (including possible suicidal thoughts/attempts), or other mental/mood changes (including new/worsening anxiety, panic attacks, trouble sleeping, irritability, hostile/angry feelings, impulsive actions, severe restlessness, very rapid speech). Be especially watchful for these symptoms when a new antidepressant is started or when the dose is changed.
**USES:**
Mirtazapine is used to treat depression. It improves mood and feelings of well-being. Mirtazapine is an antidepressant that works by restoring the balance of natural chemicals (neurotransmitters) in the brain.
**HOW TO USE:**
Read the Medication Guide provided by your pharmacist before you start using mirtazapine and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Take this medication by mouth with or without food as directed by your doctor, usually once daily at bedtime. The dosage is based on your medical condition and response to treatment. Use this medication regularly in order to get the most benefit from it. To help you remember, take it at the same time each day. It may take 1 to 4 weeks to notice improvement in your symptoms. Do not increase your dose or take it more often than prescribed. Keep taking this medication even if you feel well. Do not stop taking this medication without consulting your doctor. Some conditions may become worse when you suddenly stop this drug. Your dose may need to be gradually decreased. Tell your doctor if your condition does not get better or if it gets worse.
**SIDE EFFECTS:**
See also the Warning section. Dizziness, drowsiness, lightheadedness, increased appetite, weight gain, dry mouth, or constipation may occur. If any of these effects persist or worsen, tell your doctor or pharmacist promptly. To relieve dry mouth, suck on (sugarless) hard candy or ice chips, chew (sugarless) gum, drink water or use a saliva substitute. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if you have any serious side effects, including: swelling of the hands/feet, shaking (tremor), confusion, signs of infection (e.g., fever, persistent sore throat). Get medical help right away if you have any very serious side effects, including: fast/irregular heartbeat,

# EXHIBIT C

# TOTAL NEURO CARE, P.C
## 1513 VOORHIES AVENUE, BROOKLYN, NY- 11235
TEL: (718)-332 7878   FAX: (718)-332 8051
TOTALNEUROCARE.COM

**PATIENT: HASANOFF. SAIYARA**
**DOB: 04/16/1949**

08/21/2020

*To Whom It May Concern,*

Please be advised that the patient has been under my professional care and treatment and was recently seen in our office. The patient has severe headaches, memory loss and cognitive disorder

The patient's diagnosis includes vascular dementia. These diagnoses severely impair her ability to ambulate independently. The patient has lower back pain, severe gait unsteadiness, weakness 4/5 in bilateral upper and lower extremities, back pain associated with numbness and tingling in bilateral upper and lower extremities. She also was prescribed Namenda and Aricept.

On examination patient is in distress because of the symptoms noted above.
The patient is cooperative, alert and oriented. The pupils are round, equal, reactive to light and accommodation. Fundi are unremarkable. CN 2-12 are intact. The motor strength 4/5 in all muscle groups except 4/5 weakness in left arm and leg. The range of motion within normal limits. DTR 2+ bilaterally, symmetrical, except for left biceps jerk which is 1+. Sensation is intact over all dermatomes.

The patient requires to a **home care assistant** as she is unable to take care of herself and has extreme difficulty of going about activities of daily living. Home health aide would be needed for 8 hours, 7 days a week for maintenance of a safe living environment and assistance with activities of daily living such as bathing, dressing, eating, preparing for meals, moving around, positional changes, walking, doctor's visits and many more.
Prognosis is guarded.

Please feel free to contact me at the above contact information if you have any questions
Thank you very much.

Sincerely,

*R C Krishna*

**R.C. KRISHNA, M.D.**
License # 194198-8B- New York
License # 25MA07585300- New Jersey
Workers Compensation Rating CPN-N
Workers Compensation Authorization # 194-198-8B
Member of American Academy of Neurology
Member of American Association of Electro diagnostic Medicine
Fellowship in Clinical Neurophysiology
Diplomate American Academy of Pain Management
Diplomate American Board of Independent Medical Examiners 02-07
Diplomate American Board of Psychiatry and Neurology4/00-12/10

Ranga C Krishna
1513 Voorhies Ave
Brooklyn, NY 11235
718-332-7878

# GULDENIZ DOGANAY, M.D.
## Cardiology
2270 Kimball Street, Suite 210, Brooklyn, New York 11234
Phone: (718) 692-2700 / Fax: (718) 692-3583
9021 Seaview Avenue, Brooklyn, New York 11236
Phone: (718) 444-4515 / Fax: (718) 444-4643

August 12, 2020

To whom it may concern:

Ms. Saiyara Hasanoff (dob:4/16/1949) is followed by me. She has arthritis with total left knee replacement, lumbar radiculopathy and dementia. She is followed by pain management, neurology and orthopedist and is on Gabapentin and Aricept.

Please do not hesitate to contact me if you need further assistance in this matter.

Sincerely,

Guldeniz Doganay, M.D.

GD/jc

# EXHIBIT D



**Levittown**
3235 Hempstead Turnpike
Levittown, NY 11756
Phone: (516)-544-5001
Fax: (516)-544-5002

:: Ranga Krishna, MD
:: 1513 Voorhies Avenue
Brooklyn, NY 11235

| | |
|---|---|
| Patient: | Saiyara Hasanoff |
| MRN: | 3076877 |
| Acc#: | 19205006 |
| DOB: | 4/16/1949 |
| Home Phone: | (917)498-3081 |
| Exam Date: | 8/29/2020 10:54 AM |
| Exam: | MRI-3T BRAIN NON CONTRAST \| 70551 |

MRI-3T BRAIN NON CONTRAST

HISTORY: R41.3 Memory Loss

Technique: Multiplanar, multisequence MRI of the brain was performed without the administration of intravenous contrast.

Findings:

Comparison: None available

Brain: There are periventricular and subcortical white matter T2/FLAIR hyperintensities most commonly seen in the setting of chronic small vessel ischemic changes. No acute intracranial hemorrhage or infarct. No midline shift or mass lesion. No diffusion weighted abnormality.

Ventricles: There is prominence of the ventricles, cisterns and sulci in the setting of mild diffuse cerebral atrophy.

Flow voids: The flow voids at the skull base are unremarkable.

Extra-axial spaces: There is no extra-axial collection or extra-axial mass.

Extracranial findings: The visualized portions of the paranasal sinuses and mastoid air cells are unremarkable. The craniocervical junction is within normal limits. The orbits are intact.

IMPRESSION:

Mild chronic small vessel ischemic changes.

Mild diffuse cerebral atrophy.

ICD 10 =
Chronic cerebral ischemia I67.82

Continued...

MRN: 3076877
Patient: Saiyara Hasanoff
Acc#: 19205006

Exam Date: 8/29/2020
Exam: MRI-3T BRAIN NON CONTRAST | 70551

Signed by: John Duncan MD
Signed Date: 8/31/2020 9:37 AM EDT

John Duncan M.D, Ext. 4663

Reports and Images are available on the Physicians Portal.

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
713 Brighton Beach Ave
Brooklyn, NY 11235
(718)615-3103

| | |
|---|---|
| **PATIENT** | SAIYARA HASANOFF |
| **BIRTH DATE** | 04/16/49 |
| **MEDICATION** | DONEPEZIL 10MG TABLETS |
| **QUANTITY** | 30 |
| **DIRECTIONS** | TAKE 1 TABLET BY MOUTH DAILY |

**DOCTOR** R. KRISHNA, MD

**PATIENT ALLERGIES**

**DRUG DESCRIPTION**

WHITE
FRONT: J
BACK: 10.

**INGREDIENT NAME:** Donepezil Tablets (doh NEP e zil)

**COMMON USES:** It is used to treat dementia in people with Alzheimer's disease. It may be given to you for other reasons. Talk with the doctor.

**BEFORE USING THIS MEDICINE:** WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you have an allergy to donepezil or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. This drug may interact with other drugs or health problems. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE:** HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. Take this drug at bedtime. Take with or without food. Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses. If you miss 7 days of this drug, call your doctor to find out what to do.

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. This drug is not a cure for Alzheimer's disease. Stay under the care of your doctor. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**POSSIBLE SIDE EFFECTS:** WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT

RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Very bad dizziness or passing out. Slow heartbeat. A heartbeat that does not feel normal. Trouble passing urine. Seizures. Heartburn. Very bad belly pain. Throwing up blood or throw up that looks like coffee grounds. Black, tarry, or bloody stools. Trouble breathing that is new or worse. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Feeling dizzy, tired, or weak. Diarrhea, upset stomach, or throwing up. Trouble sleeping. Muscle cramps. Not hungry. Weight loss. Headache. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**OVERDOSE:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**ADDITIONAL INFORMATION:** If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

KEEP OUT OF REACH OF CHILDREN: STORE IN

**SAIYARA HASANOFF**
60 Oceana Dr W Apt 6a, Brooklyn, NY 112356664
(646)326-8491
**RX # 0885789-10326**     DATE: 08/21/20

**DONEPEZIL 10MG TABLETS**
QTY: 30     3 REFILLS BEFORE 08/21/21
New-E     NDC: 59746-0330-90
Retail Price: $236.99     Your Insurance Saved You: $236.99

$ 0.00

R. KRISHNA, MD     PLAN: HIPMPD
MFG: CADISTA
XXX/AGR/AGR/AGR/AGR     CLAIM REF# YRNPQCF

*Walgreens*     713 BRIGHTON BEACH AVE BROOKLYN, NY 11235
PH: (718)615-3103

Customer Receipt

**SAIYARA HASANOFF**
60 Oceana Dr W Apt 6a, Brooklyn, NY 112356664
(646)326-8491
**RX # 0885789-10326**     DATE: 08/21/20

**DONEPEZIL 10MG TABLETS**
QTY: 30     3 REFILLS BEFORE 08/21/21
New-E     NDC: 59746-0330-90
Retail Price: $236.99     Your Insurance Saved You: $236.99

$ 0.00

R. KRISHNA, MD     PLAN: HIPMPD
MFG: CADISTA
XXX/AGR/AGR/AGR/AGR     CLAIM REF# YRNPQCF

*Walgreens*     713 BRIGHTON BEACH AVE BROOKLYN, NY 11235
PH: (718)615-3103

Duplicate Receipt

**Pharmacy use only**

FRI     3:37PM

New-E

DONEPEZIL 10MG TABLETS
59746-**0330**-90
FAST RACK

QTY 30
10 DRAM



WHITE
FRONT: J
BACK: 10

XXX/AGR/AGR/AGR/AGR

**Your Walgreens Pharmacy Location**
713 Brighton Beach Ave
Brooklyn, NY 11235
(718)615-3103

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS

| PATIENT | SAIYARA HASANOFF | DOCTOR | R. KRISHNA, MD | DRUG DESCRIPTION |

**PATIENT** SAIYARA HASANOFF
**BIRTH DATE** 04/16/49
**MEDICATION** MEMANTINE 5MG TABLETS
**QUANTITY** 60
**DIRECTIONS** TAKE 1 TABLET BY MOUTH TWICE DAILY

**DOCTOR** R. KRISHNA, MD

**PATIENT ALLERGIES**

**DRUG DESCRIPTION**



OFF-WHITE
FRONT: U
BACK: 171

---

**INGREDIENT NAME:** Memantine Tablets (me MAN teen)

**COMMON USES:** It is used to treat dementia in people with Alzheimer's disease.

**BEFORE USING THIS MEDICINE:** WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. This drug may interact with other drugs or health problems. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE:** HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take with or without food. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses. If you miss taking this drug for a few days in a row, call your doctor before you start taking it again.

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

**POSSIBLE SIDE EFFECTS:** WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Feeling confused. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Dizziness. Headache. Diarrhea or constipation. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**OVERDOSE:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**ADDITIONAL INFORMATION:** If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

KEEP OUT OF REACH OF CHILDREN. STORE IN SAFETY CONTAINER OR SECURE AREA

## SAIYARA HASANOFF
60 Oceana Dr W Apt 6a, Brooklyn, NY 112356664
(646)326-8491
**RX # 0885788-10326**   DATE: 08/21/20

### MEMANTINE 5MG TABLETS
QTY: 60      NO REFILLS
New-E        NDC: 29300-0171-16
Retail Price: $364.99   Your Insurance Saved You: $364.99   $ 0.00

R. KRISHNA, MD        PLAN: HIPMPD
MFG: UNICHEM
XXX/AGR/AGR/ /AGR      CLAIM REF# ORKMXLE



713 BRIGHTON BEACH AVE BROOKLYN, NY 11235
PH: (718)615-3103

Customer Receipt

## SAIYARA HASANOFF
60 Oceana Dr W Apt 6a, Brooklyn, NY 112356664
(646)326-8491
**RX # 0885788-10326**   DATE: 08/21/20

### MEMANTINE 5MG TABLETS
QTY: 60      NO REFILLS
New-E        NDC: 29300-0171-16
Retail Price: $364.99   Your Insurance Saved You: $364.99   $ 0.00

R. KRISHNA, MD        PLAN: HIPMPD
MFG: UNICHEM
XXX/AGR/AGR/ /AGR      CLAIM REF# ORKMXLE

713 BRIGHTON BEACH AVE BROOKLYN, NY 11235
PH: (718)615-3103

Duplicate Receipt

**Pharmacy use only**

FRI    3:37PM       MEMANTINE 5MG TABLETS       **QTY 60**
**New-E**           29300-**0171**-16           10 DRAM
                    ALPHA



OFF-WHITE
FRONT: U
BACK: 171

XXX/AGR/AGR/ /AGR

# EXHIBIT E

# HADI MEDICAL GROUP P.C.

210 West Park Avenue
Long Beach, NY 11561
Phone# (516) 897-2790
Fax# (516) 897-2791

875 Old Country Road
Plainview, NY 11803
Phone# (516)681-0202
Fax# (516)681-0283

1893 Eastern Parkway
Brooklyn, NY 11233
Phone# (718) 385-7373
Fax# (718) 385-4759

08/31/2020

Dr. Mohammed Hadi D.O. FAABPMR

To Whom it May Concern:

I, Dr. Mohammed Hadi, am the treating physician of Mrs. Saiyara Hasanoff. I am a Pain Management physician and I have had the pleasure of treating her since 8/17/2020. Mrs. Hasanoff has developed chronic and permanent spinal pain. Her MRI shows 5 mm of right 5 mm of right lateral listhesis of L2 on L3. Grade 1 anterolisthesis of L4 on L5 secondary to bilateral L4 spondylolysis. Congenitally short pedicles contributing to overall narrowing of the spinal canal. Modic type I endplate changes at L2-L3. Multilevel spondylosis with disc bulges/herniations contributing to spinal canal stenosis at multiple levels most pronounced at L4-L5. Multiple levels of varying degrees of mild to moderate neural foraminal narrowing most pronounced at L4-L5 on the right with abutment of the exiting L4 nerve root.

Saiyara is also seeing her orthopedic surgeon who has tried and failed conservative medications and physical therapy. She has started another series of epidurals and is considering a spinal cord stimulator trial. Her impairment is expected to be of indefinite duration. She continues to have debilitating axial and radicular pain.

Current Diagnosis:
(G89.4) Chronic pain syndrome
(M54.5) Low back pain
(M54.16) Radiculopathy, lumbar region
(M12.88) Other specific arthropathies, lumbar
(M51.26) Other intervertebral disc displacement, lumbar region

CONFIDENTIALITY SAFEGUARDS - In compliance with HIPAA confidentiality mandates permission for this personal health information has been obtained by the patient, and as such this letter should be treated as highly confidential records and not shared without the patient's permission.

If you have any further questions, you may call the office at any time.
Sincerely,

Mohammed Hadi D.O. Medical Director



:: Abdussami Hadi, MD
:: 875 Old Country Road
  Plainview, NY 11803

| | |
|---|---|
| Patient: | Saiyara Hasanoff |
| MRN: | 3076877 |
| Acc#: | 19205025 |
| DOB: | 4/16/1949 |
| Home Phone: | (917)498-3081 |
| Exam Date: | 8/29/2020 11:15 AM |
| Exam: | MRI-3T LUMBAR SPINE NON CONTRAST \| 72148 |

## MRI-3T LUMBAR SPINE NON CONTRAST

HISTORY: M54.41 Lower back pain with right sciatica M54.5 Lower Back Pain
M48.061 Spinal stenosis, lumbar region without neurogenic claud

Technique: Multiplanar, multisequence MRI of the lumbar spine was performed without the administration of intravenous contrast .

Findings:

Priors: None

There is mild lumbar dextroscoliosis. There is 5 mm of right lateral listhesis of L2 on L3. There is grade 1 anterolisthesis of L4 on L5 secondary to bilateral L4 pars interarticularis defects. The pedicles are congenitally short contributing to overall narrowing of the spinal canal. The vertebral body heights are maintained. There are multiple small Schmorl's nodes involving the endplates of T12-L4. There are Modic type I endplate changes at L2-L3. There is a hemangioma within the T12, L1 and L2 vertebral bodies. There is multilevel loss of T2 signal involving the intervertebral discs compatible with disc dehydration. The visualized spinal cord demonstrate normal signal intensity and caliber. The conus medullaris terminates at expected level.

At T12-L1: Central protruding disc herniation mildly narrowing the spinal canal. There is thickening of the ligamentum flavum and facet arthrosis. There is mild left-sided neural foraminal narrowing. The right neural foramen is patent.

At L1-2: Broad-based central protruding disc herniation mildly narrowing the spinal canal. There is thickening of the ligamentum flavum and mild facet arthrosis. There is a left foraminal zone annular fissure. There is mild left-sided neural foraminal narrowing. The right neural foramen is patent.

At L2-3: Circumferential disc bulge with a superimposed central protrusion disc herniation moderately narrowing the spinal canal and subarticular recesses. There is thickening of the ligamentum flavum and mild facet arthrosis. There is mild left-sided neural foraminal narrowing. The right neural foramen is patent.

Continued...

MRN: 3076877
Patient: Saiyara Hasanoff
Acc#: 19205025

Exam Date: 8/29/2020
Exam:    MRI-3T LUMBAR SPINE NON
         CONTRAST | 72148

At L3-4: Circumferential disc bulge moderately narrowing the spinal canal and subarticular recesses. There is thickening of the ligamentum flavum and asymmetric right-sided facet arthrosis. There is mild right-sided neural foraminal narrowing with abutment of the exiting L3 nerve root. The left neural foramen is patent.

At L4-5: Circumferential disc bulge moderate to severely narrowing the spinal canal. There is thickening of ligamentum flavum and moderate facet arthrosis. There is moderate right-sided neural foraminal narrowing with abutment of the exiting L4 nerve root. There is mild left-sided neural foraminal narrowing.

At L5-S1: Left paracentral/foraminal disc herniation which abuts the descending left S1 nerve root within the subarticular recess. There is mild left-sided neural foraminal narrowing. The right neural foramen is patent. There is no significant spinal canal stenosis. There is thickening of the ligamentum flavum and facet arthrosis.

IMPRESSION:

Mild lumbar dextroscoliosis.

5 mm of right lateral listhesis of L2 on L3.

Grade 1 anterolisthesis of L4 on L5 secondary to bilateral L4 spondylolysis.

Congenitally short pedicles contributing to overall narrowing of the spinal canal.

Modic type I endplate changes at L2-L3.

Multilevel spondylosis with disc bulges/herniations contributing to spinal canal stenosis at multiple levels most pronounced at L4-L5.

Multiple levels of varying degrees of mild to moderate neural foraminal narrowing most pronounced at L4-L5 on the right with abutment of the exiting L4 nerve root.

ICD 10 -
Spinal stenosis, M48.06

Signed by: John Duncan MD

Continued...

MRN: 3076877
Patient: Saiyara Hasanoff
Acc#: 19205025

Exam Date: 8/29/2020
Exam: MRI-3T LUMBAR SPINE NON
CONTRAST | 72148

Signed Date: 8/31/2020 9:36 AM EDT

John Duncan M.D, Ext. 4663

Reports and Images are available on the Physicians Portal.

# MARINE PARK RADIOLOGY, P.C.

2270 Kimball Street, Brooklyn, NY 11234   Telephone: (718) 253-6616  Fax: (718) 253-7059

Mohammad Aalai, MD
1599 East 15th Street
Suite #2
Brooklyn, NY  11230

RE:   SAIYARA HASANOFF
DOB:  04/16/1949  ID: 34170
DOS:  09/17/2019  DOT: 09/18/19
Exam: MR lumbosacral spine.

Dear Dr. Aalai:

CLINICAL DATA: Back and left leg pain.
Comparison study: MR lumbosacral spine 12/5/16.

FINDINGS:
MR scan of the lumbosacral spine, without intravenous contrast, was performed with axial and sagittal T1 and T2 sequences.

Adequate alignment is maintained. No fractures or dislocations are identified.  A 2 cm bright T1 and bright T2 lesion lies in the body of L1.  There is small small nodes at the superior and inferior endplates of L1 and the opposing endplates at L3-L4.

The L1-L2 disc space presents with partial loss of height and signal. There is bulging of the disc with a superimposed left foraminal herniation.  There is bilateral facet arthrosis.  Mild left foraminal stenosis is demonstrated.  The central canal presents with mild stenosis.  The right exit foramen is normal.
The L2-L3 disc space presents with partial loss of height and signal. Bulging of the disc is noted.  Bilateral facet arthrosis is demonstrated.  There is moderate central stenosis.  There is mild left foraminal stenosis.  The right exit foramen is patent.
The L3-L4 disc space presents for partial loss of height and signal. There is bulging of the disc and bilateral facet arthrosis.  Moderate central stenosis is demonstrated.  There is mild bilateral foraminal stenosis.
The L4-L5 disc space presents with maintenance of height, and loss of signal.  Bulging of the disc is noted.  There is bilateral facet arthrosis.  A rounded 8 mm intermediate T1 and low T2 area extends from the right facet joint causing extrinsic pressure upon the dural sac (this finding was not present on the prior lumbosacral spine MR of 12/5/16).  Severe central stenosis is demonstrated.  There is moderate bilateral foraminal stenosis.
The L5-S1 disc space presents with maintenance of height, and partial loss of signal.  There is no herniated or bulging disc.  Bilateral facet arthrosis is present.  The central canal is maintained.  There

*ACCREDITED IN MRI - CT SCAN - ULTRASOUND - 3D MAMMOGRAPHY*

DICOM IMAGES AVAILABLE IN A SECURE, MEDIA-FREE ONLINE FORMAT WITH PATIENT AUTHORIZATION

is mild bilateral foraminal stenosis.

The conus is normal in size, position, and signal intensity.

The visualized paravertebral soft tissues are unremarkable.

**IMPRESSION:**
**L1 hemangioma.**
Degenerative disc disease and facet arthrosis with intermittent central and foraminal stenosis L1-S1.
L4-L5 complex/hemorrhagic right synovial cyst has developed (as compared to the prior lumbosacral spine MR of 12/5/16) and contributes to severe central stenosis at this level.


Thank you for the courtesy of this referral.

Yours truly,

Harold Tanenbaum, MD, MBA.
Board Certified Radiologist.
CAQ Neuroradiology
Electronically Signed - TANENBAUM, HAROLD   09/18/19 13:27

# EXHIBIT F



**NYU Langone Health**

**Heidi Leann Kleinhenz, NP**
**CMC ORTHOPAEDICS - ADULT RECONSTRUCTION**
333 EAST 38TH STREET, 4TH FLOOR
NEW YORK NY 10016
Phone: 646-501-7300
Fax: 646-754-9512

August 31, 2020

To Whom It May Concern:

Saiyara Hasanoff is being treated by Dr. Justin Lamont. She has a history of having severe left knee osteoarthritis which required left total knee replacement surgery in 2014. She is now being seen and treated for severe arthritis of her right knee and she will require surgery for a right knee replacement.

Sincerely,

*Heidi Kleinhenz NP*

Heidi Leann Kleinhenz, NP
New York License 306041

Dr. Justin Lamont
NYU Langone Health
Langone Orthopedic Center
333 East 38th Street, 4th Floor
New York, NY 10016
Phone # 646-501-7300
Fax # 646-754-5212

# EXHIBIT G

## Your Walgreens Pharmacy Location
713 Brighton Beach Ave
Brooklyn, NY 11235
(718)615-3103

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

**PATIENT** SAIYARA HASANOFF
**BIRTH DATE** 04/16/49
**MEDICATION** MELOXICAM 15MG TABLETS
**QUANTITY** 60

**DIRECTIONS** TAKE 1 TABLET BY MOUTH EVERY DAY, TAKE ONE AFTER DINNER FOR ONE WEEK

**DOCTOR** J. LAMONT, MD

**PATIENT ALLERGIES**

**DRUG DESCRIPTION**

LIGHT YELLOW
FRONT: UL
BACK: 15

**INGREDIENT NAME:** Meloxicam Tablets (mel OKS i kam)

**WARNING:** This drug may raise the risk of heart and blood vessel problems like heart attack and stroke. These effects can be deadly. The risk may be greater if you have heart disease or risks for heart disease. However, it can also be raised even if you do not have heart disease or risks for heart disease. The risk can happen within the first weeks of using this drug and may be greater with higher doses or long-term use. Do not use this drug right before or after bypass heart surgery. This drug may raise the chance of severe and sometimes deadly stomach or bowel problems like ulcers or bleeding. The risk is greater in older people, and in people who have had stomach or bowel ulcers or bleeding before. These problems may occur without warning signs.

**COMMON USES:** It is used to treat some types of arthritis. It may be given to you for other reasons. Talk with the doctor.

**BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG?** TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If you have an allergy to aspirin or nonsteroidal anti-inflammatory drugs (NSAIDs) like ibuprofen or naproxen. TELL YOUR DOCTOR: If you have any of these health problems: GI (gastrointestinal) bleeding or kidney problems. TELL YOUR DOCTOR: If you have heart failure (weak heart). TELL YOUR DOCTOR: If you have had a recent heart attack. TELL YOUR DOCTOR: If you are taking any other NSAID, a salicylate drug like aspirin, or pemetrexed. TELL YOUR DOCTOR: If you are having trouble getting pregnant or you are having your fertility checked. TELL YOUR DOCTOR: If you are pregnant or may be pregnant. Do not take this drug if you are in the third trimester of pregnancy. You may also need to avoid this drug at other times during pregnancy. Talk with your doctor to see when you need to avoid taking this drug during pregnancy. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN?** Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take with or without food. Take with food if it causes an upset stomach. Do not take more than what your doctor told you to take. Taking more than you are told may raise your chance of very bad side effects. Do not take this drug for longer than you were told by your doctor. **HOW DO I STORE AND/OR THROW OUT THIS DRUG?** Store at room temperature in a dry place. Do not store in a bathroom. Protect from heat. Keep lid tightly closed. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. **WHAT DO I DO IF I MISS A DOSE?** Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses.

**CAUTIONS:** Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. Have your blood work checked if you are on this drug for a long time. Talk with your doctor. High blood pressure has happened with drugs like this one. Have your blood pressure checked as you have been told by your doctor. Talk with your doctor before you drink alcohol. If you smoke, talk with your doctor. If you have asthma, talk with your doctor. You may be more sensitive to this drug. You may bleed more easily. Be careful and avoid injury. Use a soft toothbrush and an electric razor. The chance of heart failure is raised with the use of drugs like this one. In people who already have heart failure, the chance of heart attack, having to go to the hospital for heart failure, and death is raised. Talk with the doctor. The chance of heart attack and heart-related death is raised in people taking drugs like this one after a recent heart attack. People taking drugs like this one after a first heart attack were also more likely to die in the year after the heart attack compared with people not taking drugs like this one. Talk with the doctor. If you are taking aspirin to help prevent a heart attack, talk with your doctor. Liver problems have happened with drugs like this one. Sometimes, this has been deadly. Call your doctor right away if you have signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing

up, or yellow skin or eyes. If you are 65 or older, use this drug with care. You could have more side effects. NSAIDs like this drug may affect egg release (ovulation) in women. This may cause you to not be able to get pregnant. This goes back to normal when this drug is stopped. Talk with your doctor. This drug has caused fertility problems in male animals. Fertility problems may affect being able to father a child. If this effect happens, it is not known if it will go back to normal. This drug may cause harm to the unborn baby if you take it while you are pregnant. If you are pregnant or you get pregnant while taking this drug, call your doctor right away. Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

**POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY?** WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Signs of bleeding like throwing up or coughing up blood; vomit that looks like coffee grounds; blood in the urine; black, red, or tarry stools; bleeding from the gums; abnormal vaginal bleeding; bruises without a cause or that get bigger; or bleeding you cannot stop. Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain. Signs of high potassium levels like a heartbeat that does not feel normal; feeling confused; feeling weak, lightheaded, or dizzy; feeling like passing out; numbness or tingling; or shortness of breath. Signs of high blood pressure like very bad headache or dizziness, passing out, or change in eyesight. Shortness of breath, a big weight gain, or swelling in the arms or legs. Chest pain or pressure. Weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or blurred eyesight. Feeling very tired or weak. Flu-like signs. A very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Constipation, diarrhea, stomach pain, upset stomach, throwing up, or feeling less hungry. Dizziness or headache. Heartburn. Gas. Signs of a common cold. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**OVERDOSE:** If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

**ADDITIONAL INFORMATION:** If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

60 Oceana Dr W Apt 6a, Brookly. . .
(646)326-8491
**RX # 0885124-10326** DATE: 08/19/20

## MELOXICAM 15MG TABLETS
QTY: 60    NO REFILLS - DR. AUTH REQUIRED
New-E    NDC: 29300-0125-10
Retail Price: $63.99    Your Insurance Saved You: $63.99

$ 0.00

J. LAMONT, MD    PLAN: HIPMPD
MFG: UNICHEM
AGR/AGR/AGR/AGR/AGR    CLAIM REF# UXA3RAM

*Walgreens*

713 BRIGHTON BEACH AVE BROOKLYN, NY 11235
PH: (718)615-3103

Customer
Receipt

**SAIYARA HASANOFF**
60 Oceana Dr W Apt 6a, Brooklyn, NY 112356664
(646)326-8491
**RX # 0885124-10326** DATE: 08/19/20

## MELOXICAM 15MG TABLETS
QTY: 60    NO REFILLS - DR. AUTH REQUIRED
New-E    NDC: 29300-0125-10
Retail Price: $63.99    Your Insurance Saved You: $63.99

$ 0.00

J. LAMONT, MD    PLAN: HIPMPD
MFG: UNICHEM
AGR/AGR/AGR/AGR/AGR    CLAIM REF# UXA3RAM

*Walgreens*

713 BRIGHTON BEACH AVE BROOKLYN, NY 11235
PH: (718)615-3103

Duplicate
Receipt

---

**Pharmacy use only**

WED    2:44PM

New-E

MELOXICAM 15MG TABLETS    **QTY 60**
29300-**0125**-10    10 DRAM
FAST RACK

LIGHT YELLOW
FRONT: UL
BACK:    15

AGR/AGR/AGR/AGR/AGR    Med Guide

EXHIBIT H

Gulsara Akyol
377 Carnation Dr
Farmingdale, NY 11735

United States District Court
For the Southern District of New York
Attn: Clerk of the Court
500 Pearl Street
New York, NY 10007

August 25, 2020

Dear Honorable Judge Wood,

I am writing to humbly request that you consider my brother, Sabir Hasanoff for compassionate release. As you are aware our father Abitkhan Hasanoff passed away on April 12, 2020 due to COVID-19. His passing has left a devastating hole in our family and has upended the circumstances regarding the daily care of our mother, Saiyara Hasanoff.

Prior to the pandemic, my husband and I purchased a home in Long Island with the intention of moving at the end of the school year. My parents were intent on remaining in Brooklyn due to the close proximity of their doctors and the ease of public transit. Prior to his death, my father was healthy and very active in the daily care of my ageing and ailing mother. Then came the Coronavirus and the unexpected death of my mother's caregiver and our beloved Father.

My entire family was infected with the virus sometime in late March of 2020. Given the timelines I suspect my husband was infected first and then it spread to the rest of my family. He had very mild symptoms; but my parents, myself, and my 3 daughters were all infected in quick succession. Although my symptoms were relatively mild, my father progressively worsened and was taken to the ER at Coney Island Hospital. He was eventually put on a ventilator, transferred to Kings County Hospital for ICU care where he passed away. See attached hospital discharge report.

Your Honor, I cannot begin to describe the guilt I feel for having been the cause of the infection in my parents and my father's death. We could not see or speak to him in the hospital due to restrictions related to the virus. We made many desperate phone calls to the doctors/nurses for updates only to have him die alone, with nothing but a plastic bag of his personal belongings at his bedside. My family and I will forever carry the grief and burden of his loss. It was always my father's wish to one day see his oldest son come home and help his family in the traditional way and to welcome him back to society. To be able to have him see his ageing and frail mother and to assist in her care was something my father longed for. Instead my father died alone and was buried alone - with just myself and my husband at his burial.

It was already difficult to assist my father in caring for my mother while we were all in Brooklyn. Now with my father's passing and my husband and I moving, providing care for my mother has become distressing, strenuous, and straining. I am really struggling as everything is complicated by the need to socially distance. I'm afraid of my husband bringing home the virus again to me and me then reinfecting my mother. I couldn't live with myself if this tragedy were to happen all over again. I have three small girls all under the age of ten; the youngest of whom is still breastfeeding. I make several long trips to Brooklyn each week, but my mother requires constant care and supervision and I simply cannot provide the full time attention that she requires or be her primary caregiver. Since my father's passing, her emotional and physical symptoms have worsened. She is easily agitated, especially around my active children and toddler. Her chronic pain and ailments have limited her abilities significantly; especially her spinal and knee pain. However, the very dangerous and serious concern is the decline in her mental health. As was the case with my grandmother, my mother now has dementia and short term memory loss - forgetting that she ate, leaving the gas on, repeating the same stories only after mentioning them moments earlier. In addition, her COVID-19 symptoms resulted in lung damage that still leaves her winded even during short walks. We are concerned that without constant supervision and long-term care, she will not be with us for very long.

In addition to her physical ailments, she is also emotionally and mentally fragile and does not want to leave the house she shared with my father. She is constantly trying to calculate how much time Sabir has remaining and keeps the phone by her bedside eagerly awaiting his phone calls; sometimes not remembering whether she has already spoken with him that day. For the past several months, with the exception of her coronavirus test, my mother has not had any medical appointments due to the pandemic. It has been a blessing that the Court has asked for further medical documentation for it has allowed us to see that her condition has worsened markedly in just the past several months. Her orthopedic surgeon has recommended a second knee replacement due to severe osteoarthritic pain. Her COVID-19 test results indicate that she had pneumonia, a common side effect of the COVID virus. Furthermore, her neurological tests show her dementia has progressively worsened since her last visit. In addition, her psychiatrist has confirmed that she is suffering from depression, anxiety and isolation.

She is constantly stressed and worries about the poor sanitary conditions in prison and the spread of COVID-19 amongst the inmate population. In our culture, it is customary for the eldest son to care for elderly parents and having Sabir home to care for her would have a huge positive effect on her mental and overall health. Although I have considered having her move in with me, my home is small and not conducive to her needs nor suited for someone with her physical and mental ailments. Having three small children constantly underfoot is very agitating for her and worsens her health. I am also concerned about a potential second wave of Coronavirus coupled with the flu season. That, along with and my husband's exposure at work as a front line medical worker is a big risk factor for my mother's long-term survival and

health. It is still an open question as to how long immunity lasts and a second infection would have devastating consequences for her health.

Your Honor, my family and I, including my deceased father fully understand the severity of Sabir's crimes and we make no excuses for him or his actions. He knows that he was wrong and he has let his family, friends, and many loved ones down. I know Sabir fully regrets his crimes and he has done everything he can to rectify and remedy his wrongful acts. He is remorseful and is actively teaching against the false ideologies that led him astray.
While incarcerated he has worked to become a role model and representative for other inmates in his religious faith group. He is highly respected by all staff members and prisoners alike. I've even been told by prison staff on visits how nice of a guy they thought of my brother. Over the past decade I have visited Sabir regularly. My children know him as the fun uncle and he is really a gentle giant to my kids as well as his own. He makes it a point to spend time playing with them, games like Uno, Charades and has taught my kids, as well as his own, how to play Scrabble. While on visits the children get loud and excited as they compete with each other guessing what my brother is imitating in their game of Charades. This is Sabir's nature, a sweet, kind hearted person always maintaining a positive attitude. He'll go out of his way to be helpful to others. As a father he tries his best to be there for his kids. Sabir tries to be a positive role model for them and they all know their Dad loves them. I sometimes wish my own husband was more like my brother with our kids. Sabir has never blamed others for his actions and he has genuine remorse for his crimes. He realizes there are lifelong consequences he will have to live with and has taken responsibility for that.

Sabir told me recently that, just prior to my father's passing, he had a stressful dream in which he lost a tooth. He told of his dream to the supervisory chaplain, Rabbi Richter, who my brother works for in the chapel. The Rabbi interpreted it; that in the Jewish tradition, this has a good and bad meaning. The bad was the upcoming death of a family member and the good being a significant positive life change was coming. The bad has come to pass; and I hope that with your merciful consideration and understanding, that we can now experience the good.

If Sabir continues to serve his remaining sentence and my mother continues to deteriorate at this level, then he will have lost both of his parents while incarcerated, or maybe his own life due to the ongoing threats of the virus and the risk of exposure. Sabir's compassionate release will save my mother's life and possibly his own.

Thank you, your Honor, for your time and your consideration.

Sincerely,

Gulsara Akyol

## Demographics

| Patient Name | Patient ID | Sex | Date of Birth | Marital Status |
|---|---|---|---|---|
| Hasanoff, Abitkhan | 3844818 | Male | 09/12/1946 | Widowed |
| Address | Home Phone | Work Phone | Mobile Phone | Religion |
| 60 OCEANA DRIVE WEST APT 6a BROOKLYN NY 11235 | 917-498-3081 | | 718-753-6293 | Muslim |
| PCP | Insurance Information | Employer | Race | Language |
| Provider, Unknown | EMBLEMHEALTH MCR | | Other | Other |
| Admission Status | | | | Email |
| ED Discharged | | | | |

## ED Progress Note by Eric C. Tang, MD at 04/12/20 2040

| | | |
|---|---|---|
| Author: Eric C. Tang, MD | Service: Emergency Dept | Author Type: Physician |
| Filed: 04/12/20 2308 | Date of Service: 04/12/20 2040 | Creation Time: 04/12/20 2301 |
| Status: Signed | Editor: Eric C. Tang, MD (Physician) | |

ED Progress Note:
ED Attending ICU Note

73 y.o. M with significant comorbidities, at Coney for COVID+ hypoxic respiratory failure, arrived to the MICU unit from Coney Island noted to be hypoxic on mechnical ventilation, in a-fib RVR with normal blood pressure. Noted that ETT cuff was not inflated and was re-inflated by RT. Pt found to be pulseless with 2 rounds of ACLS conducted, with the patient remaining on mechanical ventilation. No ROSC achieved. Given comorbidities, active COVID+ infection and therefore very poor prognosis, resuscitative efforts stopped given medical futility. Time of death 831pm. Not an organ donor or ME case. Spoke to attending on call for family notification, will notify patient.

"Electronically signed by Eric C. Tang, MD at 04/12/20 2308"

## Discharged as Deceased by Craig Carroll, MD at 04/12/20 2040

| | | |
|---|---|---|
| Author: Craig Carroll, MD | Service: Medical Intensive Care | Author Type: Physician |
| Filed: 04/12/20 2048 | Date of Service: 04/12/20 2040 | Creation Time: 04/12/20 2040 |
| Status: Signed | Editor: Craig Carroll, MD (Physician) | |

73 M presented as transfer from Coney Island Medical Center for ongoing care for vent dependent respiratory failure with COVID 19 positive with multiple medical comorbidities. Shortly after arrival and despite initial resuscitative efforts for hypotension and O2 saturations, patient noted to be pulseless and ACLS initiated. After significant ACLS efforts were exhausted with multiple defibrillations and 2 rounds of epinephrine, a survivable rhythm could not be established and patient remained pulseless. As such, considering this in conjunction with COVID positive and multiple medical comorbidities, continued life sustaining measures were considered medically futile and patient was pronounced deceased. Family will be so notified.

"Electronically signed by Craig Carroll, MD at 04/12/20 2048"

## END OF REPORT

# EXHIBIT I



**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

*Federal Correctional Complex, Allenwood*

*Federal Correctional Institution-Allenwood*
*P.O. Box 2500*
*White Deer, PA 17887*

December 8, 2016

To Whom It May Concern:

Inmate Sabirhan Hasanoff, #75730-083 is assigned to the Federal Correctional Institute Allenwood, Education Department as VT Worker from 5-20-16 to present.

The work assignment listed above includes the following duties at the FCI Allenwood, Education Department:

- Assisting the Aquaculture VT program with the maintenance, upkeep of its operations.

Along with this work assignment, Inmate Hasanoff has also instructed numerous evening Adult Continuing Education Courses.

He successfully completed a 240 hour Aquaculture VT program with exceptional scores.

This letter is intended to provide certification of the inmate's work assignment and educational programming from the dates listed above; therefore, it does not make any implications of his work attendance, work performance, or personal character.

Thank you

Molly Bittenbender
Assistant Supervisor of Education



# UNITED STATES GOVERNMENT
# MEMORANDUM

Metropolitan Correctional Center, New York, New York

Date: November 16th 2012

MEMORANDUM FOR: TO WHOM IT MAY CONCERN

FROM: Rev. Steve Mun, Chaplain

SUBJECT: Mr. Hasanoff Sabirhan
Register Number: 75730-083/ Housing Unit – 7 S

This memo is being written to acknowledge the outstanding contribution that Mr. Hasanoff has made as an active member of Muslim Faith Community at the MCC New York.

Mr. Hasanoff arrived at the MCC New York in May 2010 and immediately established himself as a faithful member of the Muslim community. Mr. Hasanoff has been attending at weekly Jumah services and assisting for Jumah services in the capacity of helper for Mulsim community, and is doing a wonderful job in that role.

Mr. Hasanoff is in line for a Certificate of Appreciation for his outstanding service to the Muslim Faith Community.

The Religious Services Department sees Mr. Hasanoff a positive model for other Muslim inmates, and prays that he continues to strive for excellence in faith.

Rev. Steve Mun, Chaplain

# EXHIBIT J



**U.S. Department of Justice**

Federal Bureau of Prisons

| | |
|---|---|
| Chaplaincy Services | Federal Correctional Institution Otisville, New York 10963 |

January 13, 2019

To Whom It May Concern:

This letter is in recognition of inmate Hasanoff's role as facilitator and inmate Imam of Muslim community programs at the FCI Otisville NY.

Mr. Hasanoff arrived at Otisville in January 2017 and during this time has facilitated many programs in the Chaplaincy department including:
- Organizing and leading Muslim prayer services
- Facilitating faith based programs including the following:
  - o Redemption and Rectification – lessons and morals for the incarcerated
  - o Beginners prayer classes
  - o Guide to sound creed – tolerance and moderation in Islam

Mr. Hasanoff has also served as liaison with Chaplain staff in arranging Ramadhan fasts, Islamic holidays and religious celebrations. He has always conducted himself in a respectful and professional manner while maintaining a positive outlook as a mentor to other inmates.

In addition to these contributions, Mr. Hasanoff works in the education department where he teaches Introductory Accounting and Money and Banking classes. We appreciate Mr. Hasanoff's continued efforts in helping others, and himself, in rehabilitation programming at the FCI Otisville NY.

Mr. Hasanoff is not only a true asset to our Chapel, but he is an asset to other departments. He is always willing to offer his assistance and has an excellent rapport with all the inmates who come to Chapel whether he is a Muslim or not. He is highly respected by all men regardless of their religious background and their faith traditions. He is humble and his daily walk and service to others have been consistently exemplary to many.

I wholeheartedly recommend him and if you have any questions regarding his character, personality, or all the work he performed here, please contact me at 845-386-6738.

Sincerely,

Chaplain Lee



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

Chaplaincy Services

*Otisville, New York 10963*

August 16, 2019

### MEMORANDUM FOR TREATY TRANSFER

FROM:     Rev. Fr. Ngozi Osuji, Staff Chaplain

SUBJECT:  Hasanoff, Sabirhan, 75730-083

The above stated inmate is the Muslim Faith Liaison at the Federal Correctional Institution (FCI), Otisville, New York.

I/m Hasanoff interacts and coordinates with every department at the OTV facility in a professional, respectful, and amicable manner. Here at our Religious Services Department, he organizes various religious activities in the chapel area for the Islamic inmate population which is exclusively reserved for the Imam at any Mosques during Jumah. His politeness, approachable character, and deep knowledge in various fields, including the Islamic religion, have helped in no small measure to make him retain the leadership position for more than two years. This is not a common experience in a prison setting with big numbers of faith groups. In my position, I know i/m Hasanoff as a man of deep faith which translates to love for his family and peace for entire human race.

I hereby attest to his hard work, affable, and good team spirit in taking viable initiatives. He does not wait to be asked to do any work assigned to him, but does it admirably anyway. I commend his constant clean and neat outlook. His involvement in faith-based, re-entry, and academic programs help him focus on being a better person in and eventually out of prison. While on the streets, he was an Accountant, a skill he teaches freely to other inmates at the Education Department during classes. The positive impact this singular contribution brings to FCI cannot be overstated.

Therefore, I have no reservations recommending him to you for favorable consideration of a treaty transfer with a view to giving him a second chance. God's choices blessings.

# EXHIBIT K

**KJR & SONS INC.**
6900 Anpesil Drive, Unit 6-7
North Bergen, NJ 07047.
Email:kjrsonsinc@gmail.com

Phone: 201-453-1220

To Whom It May Concern,

I am writing to you regarding my nephew, Sabirhan Hasanoff, who is an inmate in FCI Otisville, in Otisville NY. I have known Sabirhan since he was born and I can attest on his sincere and honest character. Based on my most recent conversations, Sabirhan regrets his crimes and actions. I am fully confident in his character to change and improve himself.

Due to the current pandemic, My sister (Sabirhan's mother) is in need of close medical attention due to her deteriorating health and mental condition. In April 2020, both of his parents were tested positive for COVID 19. His mother has had her health deteriorating since. His father suffered greatly and ultimately passed away from the virus. Due to these unfortunate circumstances, there is a void left in the family. I know Sabirhan will do the right thing by taking responsibility for his mother's well being. As the eldest in their family he was always the closest and most responsible in family matters.

I am confident that Sabirhan is a changed man. Based on my conversations with him when I visited him in prison. I know that he is deeply regretful of his actions. As such, Sabirhan Hasanoff is being offered employment at KJR & Sons Inc., my wholesale business, which has been around since 2005.

Sabirhan has over a decade of experience working in big 4 accounting firms and dealing with multinational corporations. Throughout his career, he has demonstrated great ability to deliver results and exceed expectations. As I grow older, I am confident that he has full capability to take charge and help grow my business.

Sincerely,

Kurban J. Ruzehaji - Owner

KJR & Sons Inc.,

August 26, 2020

# EXHIBIT L

# MALE PATTERN RISK SCORING

| Register Number: | 75730-083 | Date: | 6/26/2020 |
|---|---|---|---|
| Inmate Name: | HASANOFF, Sabirhan | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age<br>41-50<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | 14 | 0 | 8 |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN)<br>Yes | No | 0 | 5 | 0 | 5 |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points<br>0 - 1 Points | 0 - 1 Points | 0 | 0 | 0 | 0 |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score<br>HS Degree / GED | Not Enrolled | 0 | -4 | 0 | -2 |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status<br>No Need | No DAP Completed | 0 | -9 | 0 | -3 |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months)<br>1 | 0 | 0 | 1 | 0 | 1 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months)<br>1 | 0 | 0 | 2 | 0 | 2 |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse<br>NO | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| 14. Programs Completed<br>> 10 | 0 | 0 | -8 | 0 | -4 |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs<br>>1 Program | 0 Programs | 0 | -2 | 0 | -2 |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |

| Total Score (Sum of Columns) | General: | -1 | Violent: | 5 |
|---|---|---|---|---|
| General/Violent Risk Levels | General: | Minimum | Violent: | Minimum |
| OVERALL MALE PATTERN RISK LEVEL | | | | **Minimum** |

DATE REVIEWED: _11/25/2019_

INSTITUTION: _FCI OTV_ UNIT: _6A_

INMATE NAME: _Hasanoff, Sabirhan_ REG NO: _75730 - 083_

FIRST STEP ACT (Circle One): ELIGIBLE / (INELIGIBLE)

RECIDIVISM RISK LEVEL (Circle One): (MINIMUM) LOW MEDIUM HIGH

# EXHIBIT M

 **EXCEL WHOLESALE DISTRIBUTORS**

15-13 132nd Street, College Point, NY 11356                Office(718) 321 3103  Fax (718) 321 3139

August 31, 2020

Dear Honorable Judge Kimba Wood,

My name is Farid Tursonzadah; I am the brother-in-law of Mr. Sabirhan Hasanoff.  My brother Latif Tursonzadah and I own Excel Wholesale Distributors Inc., a wholesale convenience store distribution business based in Queens, New York.

I have known Sabirhan for over 18 years, since before he married my sister Wahida Hasanoff.  We have always known Sabir to be an upright family man.  If I had to pick one quality that stood out to me the most, it is that he is always willing to help others around him without expecting anything in return.   We always had a close relationship when he lived in New York, from getting together on weekends, to family vacations and outings. He was always known to be a great BBQ host, and I know he has been longing to get that going again.

In consideration for his release, I can attest that Sabirhan would have far too much positive things going for him after his release. There would be no opportunity for him to be led astray or slip up.

His wife, my sister, has been by his side throughout these rough years and has been required to become emotionally strong in order to be there for their kids. She needs her husband to rebuild their lives and raise their young children to be upright individuals.

He has a mom who has multiple medical issues and desperately needs her sons help. The idea of just him possibly being released has already given her more strength and a positive approach to once again embrace life, get better and move forward.  She not only had to deal with being infected with the Corona Virus but also coping with her husband's death due to Covid-19 as well.

He has a bright son who is turning 17. This is a crucial time for a young man.  Learning to drive, deciding on college, and making important life decisions.  A young teenage daughter who needs to hear every day from her father how beautiful and valuable she is.  As well as a ten year old girl who he has not spent any time with because she was born during his incarceration.  She desperately needs her father's love, support, and presence in her life. We have tried to be there for them as uncles, but we can never replace the position of a father as we are busy with our own families and kids.

During his time in federal prison many of our family members including myself have visited him on numerous occasions. If Sabirhan were to be released please be assured that we are here to fully support him with a job with in our company. Even during our visits many of our conversations consisted of us taking his advice and input on some of our business ideas and important decisions we had. On top of his solid accounting and financial background he has developed many skills and abilities during his time in federal prison. He has not wasted any time, became a better person and has completely rehabilitated from any past wrongdoings. His honesty, leadership skills and commitment to hard work is just what we need to help our business grow. He would be a great asset if he were even to choose to work with us upon his release. We have management and sales positions available. Our scope of work can even be done remotely from home if need be to help facilitate Sabirhan's caring for his mother.

I personally thank you for your consideration and taking the time to read this letter. Your honorable decision will be fully respected.

Farid Tursonzadah

Excel Wholesale Distributors

Owner



# UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.



**Retail**

## US POSTAGE PAID
**$0.00**
Origin: 10963
09/16/20
3562650083-25

### PRIORITY MAIL 1-DAY®

1 Lb 1.20 Oz

**1020**

EXPECTED DELIVERY DAY: 09/17/20

C014

SHIP
TO:
500 PEARL ST
New York NY 10007-1316

### USPS TRACKING® NUMBER

9505 5147 8526 0260 0951 64

PS00001000014

**FROM:**

Sabirhan Hasanoff
Reg. No. 75730-083
FCI Otisville
P.O. Box 1000
Otisville, New York 10963

**RECEIVED**
SEP 17 2020
CLERK'S OFFICE
S.D.N.Y.

**TO:**

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

PRIOR MAI

ate of delivery spec

SPS TRACKING™ inc

ternational destinatic

mited international in

ick up available.*

rder supplies online.

/hen used internation

eclaration label may

Domestic only

stic only.    ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

Attn: Sarah Tomasello 2540