Otisville FCI
Sabirhan Hasanoff
Reg No. 75730-083
PO Box 1000
Otisville, NY 10963

United States District Court
For the Southern District of New York
Attn: Clerk of the Court
500 Pearl Street
New York, NY 10007

September 1, 2020

Re: Personal statement in support of compassionate release motion

Dear Honorable Judge Wood,

The change to compassionate relief being expanded to include 'other reasons' which encompass my family circumstances as an 'extraordinary and compelling reason' has been a godsend. This Court may now consider to impose a sentence 'sufficient but not greater than necessary' to accomplish the goals of sentencing or put another way, this Court may consider giving me a second chance at life. So here I am writing. What do I say? Where do I begin? How do I start? Do I start with how big I really messed up and explain who, what, when, where and why? Or how much remorse and regret I carry with me daily? Or how, after over a decade in prison, I've lost my last two remaining grandparents and now my Dad? Or about my wife and kids who have been shunned by some of both our families due to the publicity of my case and the nature of my charges? Or my mother? The only one that would leave every visit with watery, sad eyes in her goodbyes. Do I speak about my youngest daughter Fatima, who once asked on a visit, "When are you coming home from this place anyway?" "Soon Fati, soon," I would reply. So I write to you, your Honor, my thoughts and feelings.

When it comes to family, I am truly blessed. My wife has stuck with me and brought the kids on regular visits to see me. She's endured so much pain and suffering and continues to do so. I'm lucky to have such a good woman. My sister and her husband continue, without complaint, to send me commissary and support my family - even paying my son's SAT prep classes as he prepares to apply to college this fall. It breaks my heart when I have to tell my son that we can't afford more than a public college

1/5

tuition. Everyone wants better for their children - I do feel the guilt of not being able to provide that.

My mother's eyes betray her outward sense of composure on each and every visit throughout the years. They get watery with grief at the beginning and end of every visit. I still hear it in her voice on the phone calls I make. She frequently asks: "Are you o.k.? How's your cholesterol levels? Be safe - stay away from people and eat - are you eating good?" I reply with the standard: "Yes mom I'm good, eating good." I put my arms around her and try to keep my composure for her sake. Truly, a mother's love is unconditional and enduring. She's more concerned about my well being whereas she's the one going through it - losing my father to COVID-19, contracting it herself and not having anyone to adequately care for her failing health. I think how selfless and loving she is; even in her current misery she's worried and thinking of me. My mother's health is failing. She has always been a never rest, do everything for everyone type of a person. She's made sure, over the years, that I've had visits, books, newspapers and anything else I needed while incarcerated. She made sure to send me pictures and tell me of what was going on with everyone in our family. She's always tried to keep me in the loop, to keep me part of the family, even though physically I was not.

Reading my sister's affidavit brought home how tragically my father passed without even a proper funeral. I still ask myself would he have kept working into his 70's if I was not incarcerated? He was a patient, hard working man. He raised us, paid for our college educations and continued to support my wife and kids for my entire time incarcerated. He didn't sign up for that. I remember him as a tireless, vibrant man. He ran his business 12 hours a day, 7 days a week, 365 days a year for over 30 years and still found time to take us as kids to the playground, attend our school events and counsel us on the importance of family. I never said goodbye. I never thanked him for everything he did. I never asked him to forgive me. I certainly never came close to repaying him for his lifelong sacrifices he made for my family and I.

About a year ago, my youngest daughter came crying in a tantrum from the vending machine in the prison visit room. Her favorite chocolate bar had run out. I instinctively wanted to scold her for acting like a baby when she was 9 years old. Something in me overcame my anger realizing she was acting up as a means of getting my attention and sympathy. I sat her on my lap, wiped her tears and kissed her telling her, "I'll tell your mom to get you 2 of those chocolates as soon as you go out and I'm gonna complain why those bars have run out." I realized she needed to be babied as daddy's little girl. She needed my caressing and empathy. She needed me. These moments really hurt more than doing the sentence I've received. How do I make things up to my daughters,

son, wife, mom, sister, family , community and society? Is it possible to really repay them? This mountain of moral debt I carry is what I'll be trying, for the rest of my life, to repay. It literally keeps me up some nights thinking long and hard on what I can do to make things right. I have had no visits for over several months and will probably not have any until a COVID-19 vaccine comes out. What if the next time I saw my family was not in a prison visit room but in my house living room? I'm excited with hopeful optimism doused with a cautious skepticism. What a dream come true it would be.

After sentencing so many thoughts raced through my mind. I'm the first ever in my family with a criminal conviction. I let so many people down. How do I face my family? Friends? Community? I truly felt ashamed of myself but the thought of my family and friends being ashamed of me hurt even more. All of my family are either businesspeople or have successful careers. I don't come from a family where trouble with the law is the norm. I'm the first to put such a shame on my family's reputation in our community. That feeling is like a weight on my shoulders. I am a good person though - just one who was struggling with my identity and sought guidance in all the wrong places. I've learned from my mistakes. I have no excuses or cop outs to explain away my criminal conduct. I do regret and have remorse for what I did. I certainly will never, ever, engage in, or come anywhere near, anything or with anyone that is involved in any type of criminal activity whatsoever. Period.

I don't know what I was thinking. I had a devoted, beautiful wife. A great job and career. The future was looking brighter than my past. I was also disillusioned. I led a luxurious life compared to so many who suffered so I found belonging in the radical fringe where I could get "meaning" by supporting "the cause" using my relatively more material wealth. Did I not have any sense? I did - but it was a distorted sense of the world. It took me coming to prison to realize you can add meaning to life in many ways without breaking the law. Looking back I think I was young, impressionable and gullible. I never thought about how quick your life can be taken away. This is not what I envisioned for myself. I threw away so much I had accomplished and I regret every day that I was a stubborn, hardheaded young man. But I don't let my regret and remorse for my criminal and wrongful past affect my here and now. That brings me to my past decade plus imprisonment. I could have 'let go' and lived wasting away my time with mindless board games, cards or T.V. But I didn't. I looked around in prison and saw that I could make a contribution and give back meaningfully. I was a CPA with a college degree, extensive work experience and a productive member of society. So I've taught for the past several years at different institutions, programmed extensively and acted as inmate liaison for the our religious community in the chapel and also as mentor to many. I've

done almost a 13 year sentence but it was not wasted. I could now be doing so much more good outside than inside especially for the welfare of my mother.

I had a chip on my shoulder when it came to programming - I thought what could prison staff or inmates teach me about anything? Classes like cognitive behavioral thinking in Allenwood, victim impact and positive mental attitude here in Otisville had a profound and eye opening impact on my outlook. Hearing inmates with life sentences speak about what they're going through, their missed family weddings, anniversaries and other life events they will never witness really made me feel blessed that I was sentenced to a number and not to a life sentence. It also reminded me about my missed events in my own family. I haven't even met most of my family members under 11 years of age and I can't recognize so many others I left as children. I missed my last two grandparents funerals and now my father's burial. It's been so much I've missed out on. Having crime victim families personally come to Otisville and tell their stories left me in tears. Especially touching was the mother of a murder victim, Rhonda Sigowsky, who came to Otisville and presented to our group how years after losing her son to violent crime she's still haunted by her loss. Sometimes you just have to fall into a hole in order to learn how to avoid them.

The past is the past. As much as I want to I can't change that. Now my focus is on the future. It doesn't matter how my life began, it is how it will end that matters. Every path, for better or for worse, led me to where I am today. The book is not finished though and I'd like to leave the chapters already written behind me for the new chapters of my life. I've got no time to lose. I'm prepared for this moment and I will seize this chance, should the Court grant it to me, to show I'm a better, more mature and responsible man. I've already planned out what I intend to do. Move my mother in with me ASAP. Set up the house to accommodate her disabilities. Get her the best medical treatment available and spend quality time with her showing her love and compassion. Get my paperwork in order. Help my son with his college applications, spoil my daughters. Renew my wedding vows. Work from home and be the best son, father, husband and model citizen. I will pull off an astonishing turnaround and something that everyone, including myself, will be proud of. I pray this is it and I pray this is my time.

I'm a determined man. I'm determined to honor my late father and repay his sacrifices made for me by serving and honoring my mother. I'll live with her, care for her, massage her and make her proud by never leaving her side. I'll shower her when it comes to that and treat her with the love and care I have received from her and my late father. I know this would please my Dad and he would nod his head in approval. Your Honor, you can help me accomplish this by granting me this second chance. At this point it's no longer

important how big I messed up but how I've prepared myself for the future. I'll make my Dad, up in heaven, proud of me yet. I owe it to him, my mom and to myself. Right now my sister alone has the sole responsibility of taking care of my mother to the extent she is able. She has a husband, 3 young children of her own including a breastfeeding toddler and lives an hours drive away. This situation is not something sustainable - I need to help alleviate things for her and it would really change the lives of all our families having me take up the responsibility for our mother.

I've done an equivalent of almost a 13 year sentence. Many with similar situations have received relief; even those with far worse offenses. I have a moderate case compared to some I've come across in my legal research. My classification in the BOP is 'camp' status and I've never seen a penitentiary. I could've gone to a Low years ago but I chose to renew my management variable to stay at Otisville FCI to avoid the dorm settings of most Low security prisons. I don't have money, past lawyers or prosecutors helping me. What I do have is my family, friends and my determination to make a different outcome for my future and that of my family's.

It's easy to write and say I'm a changed man than who I was before. And I am. But I look forward to some point after my release to write to you - and show you - that this is one decision you will not regret should you grant my motion. It may sound trivial but the simple touch of a massage on my mother's aching knees means so much to her - I've promised her to do that for her every day of her life. I have moral debts to repay and a promise to my family to keep that once I'm back, I'll never leave them again. As I vowed to my wife it really will be until death do us part. Never again prison doing us part.

Thank you for your time and patience with this lengthy letter. I've tried to balance too much vs. too little. I did the best I could. I hope now is my time and I pray for your compassion and mercy towards me and by extension the many lives that I touch.

Very truly yours,

Sabirhan Hasanoff

5/5