Saiyara Hasanoff
60 Oceana Dr West #6A
Brooklyn, NY 11235

United States District Court
For the Southern District of New York
Attn: Clerk of the Court
500 Pearl Street
New York, NY 10007

September 5, 2020

Dear Honorable Judge Wood,

My name is Saiyara Hasanoff, the mother of Sabirhan Hasanoff. I would like to take this opportunity to address the Court about my living conditions which have changed dramatically for the worse in the last several months.

I was born in Western China in 1949. As the eldest daughter of my parents' 11 children I had to drop out of school in the 6th grade in order to help my mother raise my 10 other siblings. My father was forced to work as a farmhand in the communist government collective farm as a punishment for him being part of the 'bourgeoisie' land owning class. We grew up poor. After immigrating to America in 1980 my mother worked as an evening office cleaner while my father ran a small business in Brooklyn, NY. Though we did not have much we were a tight knit family. After I married I continued to work in a plastics factory and later with my husband in a newsstand he ran for over 30 years until his death in April, 2020 from the Coronavirus.

My husband was my lifelong companion and for the past few years my primary caregiver. He helped me with day to day tasks including grocery shopping, laundry and running errands. My daughter, who lived within walking distance before moving to Long Island in July, would take care of helping me bathing, dressing, cooking and cleaning. It pains me to think about how my husband passed away - it was devastating how suddenly his death came. He was rushed out to the urgent care and didn't even have a cell phone on him when he was taken away by the ambulance. His condition progressively worsened from requiring an oxygen mask to a ventilator. He died in a crowded, chaotic ER by himself and was buried alone with no proper funeral and family around to share our pain with.

In the past month my daughter has taken me to several specialist doctor appointments to both diagnose and treat my many health issues. I feel guilty of having my daughter drive all the way to Brooklyn then to drive me around to my appointments. My daughter brings her youngest in order to breastfeed her and I feel burdensome on her. She struggles even helping me in and out of the car. While I love all my grandchildren, my daughter's toddler is extremely undisciplined and makes everything challenging for the both of us. I just pray for Sabir's release - everything

1/4

would change for the better having him home taking care of my many needs. I feel alone and neglected without him and burdensome to my daughter. I feel my son in law is just tired of my constant needs taking my daughter's time and attention away from their family. It is an awful feeling to be old and dependent on others. This continued pandemic makes things even more challenging as my daughter is deathly afraid of giving me the virus for the second time. She already blames herself for all our first infections.

My current health issues include osteoarthritis, degenerative disc disease, rheumatism, dementia, memory loss, anxiety and depression. I take several different medications for chronic pain and to improve my cognitive abilities. Due to my chronic pain I get epidural injections every several months. I've lost my appetite and I feel lonely. I never thought I would be so helpless at 71 years of age. I don't know if it's my grief over my husband's death or side effects of COVID 19 or both but I've become helpless and so dependent in just the past few months. I never imagined needing a walker, help in bathing, dressing, cooking, running outside errands and even doing routine housework. My spine cannot handle more than half an hour of sitting and my knees can't handle too much standing. I've always been the caregiver and provider - I'm now the one needing care. My feelings of depression are made worse by my anxiety of the future including who will care for me. From burns due to my weak grip of objects to sleeplessness that I've tried so many remedies for I wonder how much worse it can get. My son's possible early release to care for me gives me hope and I take solace in praying for that outcome. If he were out I'd live with him and not be so alone and isolated. It really would improve my day to day living by having him assisting me in all my needs. Sabir himself has promised me to never leave my side and to give me the full attention I need. Just like his father I have complete faith in him and trust him when he tells me that he'll always be there for me.

Like my mother I have been diagnosed with dementia. Before her passing my mother's condition worsened to the point she could no longer recognize her own children, including me. My forgetfulness and short term memory loss have become so bad I have left my apartment door unlocked on more than one occasion and even left food unattended on the stove. It has really gotten noticeably worse after getting COVID 19. Sabir's current release date is almost 5 years away - it scares me to think I may not even recognize my own son by then. I'm incredibly afraid of what condition I'll be in five years from now.

I feel I've become a burden on my daughter. She now visits me 2-3 times per week to do my cleaning, laundry, cooking, doctor's appointments and other housework. I know it's difficult for her as she has 3 young children and a husband who is a doctor in the medical profession with high exposure to possible COVID contraction on a daily basis. Being an hours drive away is further stress on her. When she was walking distance away it was so much easier. It seems the past several months have brought on several years worth of changes. My husband's passing, my deteriorating health, my daughter's moving to Long Island have all compounded the stress and anxiety at what the future holds. I became hopeful when I heard the Court may consider Sabir's compassionate release plea. I do believe God has a plan for all of us and things will get better after this phase of hardship. Nothing is the same without my late husband.

The void of his absence is made worse by Sabir's continued absence. Sabir not only resembles his father in looks but also in character. They are both easy going and friendly with all those they interact with. I've never heard anyone speak ill of him or describe him as difficult to get along with.

Sabir, like his late father, has always been sweet, kind and responsible. It has been his nature since childhood. He was never a problem child, never got into trouble or caused problems. His father seldom had to punish or discipline him. Even as a teen he was not difficult. He never smoked, used drugs or drank alcohol or got into trouble. Your Honor, I do understand the seriousness of his crime and the lifelong consequences my son will have to pay for them. No matter his mistakes though there is no one in the world more regretful and remorseful for his actions than my son. I want to make it clear that his actions were a disappointment to all of us -- we do not condone or excuse them in any way.

I know my son is hurting knowing my condition and not being able to do anything to help. He's also concerned about his own children's future. His son is not doing well in school learning remotely and his two daughters need their father's presence and love. Your Honor, my son is not a criminal. His crime was a one time aberration and I can assure this Court that he will not go off course again. I will keep him by my side and he will once again become a positive role model and contribute to society. Even while absent, my son has been the most wonderful and caring father to his kids. I have seen how he is with them during visitations and how they speak about their father. He tries his hardest to communicate with them regularly on prison calls and be in their life as much as he is able. He cares deeply about his family and I'm proud of his positive attitude given the circumstances. Though incarcerated for over a decade our friends, family and neighbors still ask about him. He's my first child to graduate from college and I am proud of his achievements having graduated with honors.

I can't express how much it would mean to me to have my son back home in my life. He could do all the things his late father did. I would have a caregiver in the truest sense of the word. Sabir never tires of me and our conversations together feel more like that between friends than that of those between a mother and son. He would not struggle in helping me in and out of a car as my daughter does. He's 's my eldest and has always had a genuine concern for my well being. On prison visits he holds my hands, massages my knees and never forgets to call me regularly. It would relieve a huge burden of stress and anxiety if he were home to take care of me. I could live with Sabir and have the full time attention I need and it would help with my loneliness I'm currently suffering - it's so depressing without my late husband and my children around.

Besides my own worsening health, I worry about my son's health and the spread of COVID 19 in prisons; there is no guarantee that being relatively young keeps you symptom free. One of Sabir's friends, Azam Riaz, died from Coronavirus only this past June as did Azam's father; both father and son passed away within 2 days of each other. He was the same age as Sabir. I beg

you, Your Honor, to please take this into consideration. I've already lost my husband and I do not want to lose my eldest son to the same virus. That would be my worst nightmare come true.

My husband and I were living for the day that we would welcome our son home from prison. Unfortunately my husband couldn't see that day. I humbly ask you, Your Honor, to grant my son's compassionate release so I may live to see that day and spend my last remaining years having him beside me and caring for me.

Thank you very much.

Sincerely,

S, HASANoFF,

Saiyara Hasanoff