BP-S148.055 **INMATE REQUEST TO STAFF**  CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Petrucci | DATE: 6/1/2020 |
|---|---|
| FROM: Hasanoff, S. | REGISTER NO.: 75730-083 |
| WORK ASSIGNMENT: Chapel Orderly | UNIT: GA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

My family mailed a Cares Act release petition which was received by OTV on 5/5/20 by certified mail.

Please confirm if your office has received packet & status on progress?

Thank You.

*[signature]*

(Do not write below this line)

DISPOSITION:



| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)      and BP-S148.070 APR 94

 PRINTED ON RECYCLED PAPER

RECEIVED
JUN 0 9 2020
By

Gulsara Akyol

Brooklyn, NY 11235

April 26, 2020

Dear Warden,

I am writing to respectfully ask you to consider my brother, Sabirhan Hasanoff Reg# 75730083 for compassionate release.

Our father, Abitkhan Hasanoff, died on April 12, 2020 from Covid-19.  He was sick at home for a week, and was in the hospital for another week on a ventilator.  Prior to the shut-down order, my father was working full time in his Brooklyn newsstand.  He worked at his newsstand 7 days a week for the past 31 years and used it to support his own kids; and after Sabirhan's incarceration, his grandchildren.

Despite being 73 and having had major heart surgery in 2015; he continued to work to provide financially for Sabirhan's wife and 3 children, ages 16, 13 and 10.  His biggest concern before his illness and death was how to provide for his grandchildren.

Sabirhan has served almost 70% of his sentence, having spent over a decade of his sentence. I understand the seriousness of his crime, but I know he deeply feels remorse and regret and has always accepted full responsibility.  His conduct has been exemplary and he has been a model inmate.  He is the inmate liaison with senior staff for the Muslim community in Otisville, and has taught classes in the education department.  He has also been working closely with Rabbi Richter on creating a "de-radicalization" program for other inmates.

If he were to be released, he would reside with his wife and children, and our Mother, who currently ███████████████████ and requires care.  He would be able to run my father's newsstand to financially support himself and his family.

I hope you will consider our request.

Please stay healthy and safe.

Regards,

Gulsara Akyol
(917) 498 3081

