**Response to Inmate Request to Staff**

HASANOFF, Sabirhan
Reg. No.: 75730-083
Unit: GA

This is in response to the request for Compassionate Release/Reduction In Sentence submitted on your behalf by your sister, received on June 5, 2020. Specifically, she requested consideration stating your father passed having contracted the COVID-19 virus and he provided for your wife and kids.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition, debilitated medical condition, status as a new law elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate", the death or incapacitation of the family member caregiver of the inmate's child, or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize inmates have legitimate concerns and fears about the spread and effects of the virus. However, based on the above information, you do not currently warrant an early release from your sentence.

Accordingly, your request for Compassionate Release/Reduction In Sentence is denied at this time.

If you are not satisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, U.S. Custom House, 2nd and Chestnut Street, Philadelphia, Pennsylvania, 19106, within twenty (20) calendar days of the date of this response.

| | |
|---|---|
| _____ | _____ |
| J. Petrucci, Warden | Date |