UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2020_____

v.

10-CR-162 (KMW)

**ORDER**

SABIRHAN HASANOFF,

               Defendant.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

     Defendant Sabirhan Hasanoff has filed a motion for compassionate release based on his family circumstances, his post-sentencing rehabilitation, and the COVID-19 pandemic. (ECF No. 257.) His sister previously submitted an administrative request on his behalf to the Bureau of Prisons ("BOP"), asking for Compassionate Release/Reduction in Sentence based upon the death of his father, who provided for Mr. Hasanoff's wife and children, and Mr. Hasanoff's post-sentencing rehabilitation. On June 1, 2020, Mr. Hasanoff himself asked for an update on his sister's request. (Gov't Opp'n at Ex. 1, ECF No. 260.) His sister's request was denied on July 13, 2020. (*Id.* at Ex. 2.) Mr. Hasanoff himself also submitted an administrative request to be placed in home confinement based on risk of COVID-19 (which was denied on August 25, 2020). (*Id.* at 5-6.) The Government opposes Mr. Hasanoff's motion.

     As a supplement to his motion, Mr. Hasanoff shall file, as soon as practicable, an explanation of why his mother cannot be cared for by a home health aide, and the feasibility of his mother living with his wife.

     As a supplement to its opposition, the Government shall confirm that the Warden denied the request for Mr. Hasanoff to be given Compassionate Release/Reduction in Sentence on

account of his father's death and his own rehabilitation, and that the Warden has denied his request to be placed on home confinement on account of the risk of his infection by COVID-19. The Government shall provide the Court with copies of the BOP records, referenced at page 5 of its opposition memorandum, regarding Mr. Hasanoff's request for home confinement.   (*Id.* at 5.)

    SO ORDERED.

Dated: New York, New York
       October 2, 2020

                                                     /s/ *Kimba M. Wood*
                                                      KIMBA M. WOOD
                                           United States District Judge