```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                       :
UNITED STATES OF AMERICA               :
                                       :
      - v. -                           :
                                       :
SABIRHAN HASANOFF,                     :
   a/k/a "Tareq,"                      :
                                       :
            Defendant.                 :
                                       :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/27/2020_____

~~[PROPOSED]~~
ORDER

S7 10 Cr. 162 (KMW)

WHEREAS, the Court issued a decision in the above-referenced matter on October 27, 2020, entered on the same date at Docket No. 265;

WHEREAS, the United States of America, by and through Audrey Strauss, Acting United States Attorney, Michael D. Lockard, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's decision and determine whether to appeal the decision;

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of

appeal is extended by 30 days, until and including December 28, 2020.

Dated: New York, New York
November 27, 2020

/s/ *Kimba M. Wood*
HON. KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE