```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

US SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/22

      -against-　　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　10 CR 162 (KMW)
SABIRHAN HASANOFF,

                        Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court has received the defendant's August 18, 2022, Motion to Terminate Restitution.

      The Government shall file a response by September 23, 2022.

      SO ORDERED.

Dated: New York, New York
       August 24, 2022

                                      */s/ Kimba M. Wood*
                                  KIMBA M. WOOD
                         UNITED STATES DISTRICT JUDGE